BLANK ROME, LLP
Attorneys for Plaintiff
FAR EASTERN SHIPPING CO. PLC.
Thomas H. Belknap, Jr. (TB-3188)
The Chrysler Building
405 Lexington Ave.
New York, NY 10174-0208
(212) 885-5000

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

FAR EASTERN SHIPPING CO. PLC.,

    Plaintiff,

-against-

SEA TRANSPORT CONTRACTORS
LIMITED, MARACHART SHIPPING
CO. LTD. and SWORD TRADING S.A.,

    Defendants.

---

07 Civ.

**RULE 7.1 STATEMENT**

07 CIV 9887



Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for plaintiff FAR EASTERN SHIPPING CO. PLC., ("Plaintiff"), certifies that, according to information provided to counsel by its client, Plaintiff is not a publicly held corporation or subsidiary or affiliate of a publicly held corporation.

Dated:    New York, New York
            November 8, 2007

                                 BLANK ROME, LLP
                                 Attorneys for Plaintiff
                                 FAR EASTERN SHIPPING CO. PLC.

                                 By_____
                                    Thomas H. Belknap, Jr. (TB-3188)
                                 The Chrysler Building
                                 405 Lexington Ave.
                                 New York, NY 10174-0208
                                 (212) 885-5000