ORIGINAL

BLANK ROME, LLP
Attorneys for Plaintiff
FAR EASTERN SHIPPING CO. PLC.
Thomas H. Belknap, Jr. (TB-3188)
The Chrysler Building
405 Lexington Ave.
New York, NY 10174-0208
(212) 885-5000

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: JAN 1 5 2008

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FAR EASTERN SHIPPING CO. PLC.,

　　　　　　Plaintiff,

-against-

SEA TRANSPORT CONTRACTORS LIMITED, MARACHART SHIPPING CO. LTD. and SWORD TRADING S.A., AMBIENT SHIPHOLDING CO., S.A. and TOUGH TRADER MARITIME PTE LTD.,

　　　　　　Defendants.

07 Civ. 9887 (PAC)

**AMENDED ORDER APPOINTING PROCESS SERVER**

　　Plaintiff, having moved for an Order pursuant to Fed.R.Civ.P. 4(c) appointing Michael Watson, or any other person appointed by Blank Rome, LLP who is over 18 years of age and is not a party to this action, to serve a Process of Maritime Attachment and Garnishment in this matter, and it appearing from the affidavit of Thomas H. Belknap, Jr., Esq., that such appointment will result in substantial economies in time and expense,

　　NOW, on motion of Blank Rome, LLP, attorneys for Plaintiff, it is

　　**ORDERED**, that Michael Watson or any other person at least 18 years of age and not a party to this action, appointed by Blank Rome, LLP, be and hereby is, appointed to serve the Amended Order Directing Clerk to Issue Process of Maritime Attachment and Garnishment, the

900200.00001/6589289v.2

Amended Process of Maritime Attachment and any Supplemental Process, and a copy of the Verified Amended Complaint on garnishees identified in the garnishment order issued by the Court and such additional garnishees as so permitted therein.

Dated:   New York, New York
         January 15, 2008

SO ORDERED:

_____
U.S.D.J.

900200.00001/6589289v.2                    2

A CERTIFIED COPY
J. MICHAEL McMAHON,                CLERK

BY _____
        DEPUTY CLERK