CHALOS, O'CONNOR & DUFFY, LLP
Attorneys for Defendants,
MARACHART SHIPPING CO. LTD.,
SWORD TRADING S.A., AMBIENT
SHIPHOLDING CO. S.A. and TOUGH
TRADER MARITIME PTE LTD.
366 Main Street
Port Washington, New York 110050
Telephone:   516-767-3600
Telefax:   516-767-3605
Owen F. Duffy (OD-3144)
George E. Murray (GM-4172)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
FAR EASTERN SHIPPING CO., PLC,        :
                                       :
                                       :
            Plaintiff,                 :    07 CV 9887 (PAC)
                                       :
   - against -                         :    **NOTICE OF RESTRICTED**
                                       :    **APPEARANCE PURSUANT**
                                       :    **TO FED. R. CIV. P.**
SEA TRANSPORT CONTRACTORS LIMITED,     :    **E(8) OF THE**
MARACHART SHIPPING CO., LTD.,          :    **SUPPLEMENTAL**
SWORD TRADING S.A., AMBIENT            :    **RULES FOR ADMIRALTY**
SHIPHOLDING CO., S.A., and             :    **OR MARITIME CLAIMS**
TOUGH TRADER MARITIME PTE LTD.,        :
                                       :
            Defendants.                :
-------------------------------------------------------------x

PLEASE TAKE NOTICE, that Chalos, O'Connor & Duffy LLP has been retained by certain Defendants, namely MARACHART SHIPPING CO. LTD., SWORD TRADING S.A., AMBIENT SHIPHOLDING CO. S.A. and TOUGH TRADER MARITIME PTE LTD., to represent said Defendants in the above-entitled action, and Chalos, O'Connor & Duffy LLP hereby demands that copies of all proceedings in this action subsequent to the Summons and Complaint be served upon Chalos, O'Connor & Duffy LLP at its office as listed below.

PLEASE TAKE FURTHER NOTICE, that Defendants MARACHART SHIPPING CO. LTD., SWORD TRADING S.A., AMBIENT SHIPHOLDING CO. S.A. and TOUGH

TRADER MARITIME PTE LTD., by its attorneys, Chalos, O'Connor & Duffy LLP, hereby enters a restrictive appearance on behalf of said Defendants pursuant to Rule E(8), of the Fed. R. Civ. P. Supplementary Rules for Admiralty or Maritime Claims solely to defend against the alleged admiralty and maritime claim asserted by Plaintiff FAR EASTERN SHIPPING CO., PLC with respect to money, funds and EFT payments restrained by garnishees named in the Process of Maritime Attachment and Garnishment issued in this matter on January 15, 2008 in connection with an Amended Verified Complaint filed on January 14, 2008 and any other or supplemental garnishees who may restrain the property of Defendants MARACHART SHIPPING CO. LTD., SWORD TRADING S.A., AMBIENT SHIPHOLDING CO. S.A. and TOUGH TRADER MARITIME PTE LTD. and as to which there has issued Process of Maritime Attachment and Garnishment.

Dated: Port Washington, New York
February 14, 2008

CHALOS O'CONNOR & DUFFY, LLP
Attorneys for Defendant
SEA TRANSPORT CONTRACTORS LIMITED

By: _____
Owen F. Duffy (OD-3144)
George E. Murray (GM-4172)
366 Main Street
Port Washington, New York 11050
Tel:    516-767-3600
Telefax: 516-767-3605
Email: ofd@codus-law.com

To:   Via ECF
      Clerk of the Court
      United States District Court
      Southern District of New York
      500 Pearl Street
      New York, New York 10007

To:   Via ECF
BLANK ROME LLP
Attorneys for the Plaintiff,
FAR EASTERN SHIPPING CO., PLC
405 Lexington Avenue
New York, NY 10174
Tel: (212) 885-5000
Fax: (212) 885-5001

Attn: Thomas H. Belknap, Esq.