# EXHIBIT A



# SEA TRANSPORT CONTRACTORS LTD

## LETTER OF INDEMNITY

TO: JCS "FAR EASTERN SHIPPING COMPANY"
THE OWNERS OF M/V "CHELYABINSK"
15, ALEUTSKAYA ST. VLADIVOSTOCK, 690019, RUSSIA

22 December 2005

Dear Sirs,

| | |
|---|---|
| Ship | : M/V "CHELYABINSK" |
| Voyage | : KAKINADA, INDIA/LOME PORT, TOGO |
| Cargo | : 2,000 MTS INDIAN WHITE RICE LONG GRAIN 25PCT BROKENS (IR-64) |

Bill of Lading: KKD/LT/01, KAKINADA, INDIA 11.10.2005

The above cargo was shipped on the above vessel by ITC LIMITED 31 SARO JINI DEVI ROAD SECUNDERABAD 500 003 and consigned to THE ORDER OF CREDIT AGRICOLE (SUISSE) SA for delivery at the port of LOME, TOGO but the bill of lading has not arrived and we SEA TRANSPORT CONTRACTORS LTD, hereby request you to deliver the said cargo to TRANSIT GATO C/O GROUPE GATO ROND POINT DU PORT AUTONOME DE LOME, PLACES DES 4 ETOILES B.P. 61088 LOME, TOGO at the port LOME PORT, TOGO without production of the original Bill of Lading.

In consideration of your complying with our above request, we hereby agree as follows :-

1. To indemnify you, your servants and agents and to hold all of you harmless in respect of any liability, loss, damage or expense of whatsoever nature which you may sustain by reason of delivering the cargo in accordance with our request.

2. In the event of any proceedings being commenced against you or any of your servants or agents in connection with the delivery of the cargo as aforesaid, to provide you or them on demand with sufficient funds to defend the same.

3. If, in connection with the delivery of the cargo as aforesaid, the ship, or any other ship or property in the same or associated ownership, management or control, should be arrested or detained or should the arrest or detention thereof be threatened, or should there be any interference in the use or trading of the vessel (whether by virtue of a caveat being entered on the ship's registry or otherwise howsoever), to provide on demand such bail or other security as may be required to prevent such arrest or detention or to secure the release of such ship or property or to remove such interference and to indemnify you in respect of any



liability, loss, damage or expense caused by such arrest or detention or threatened arrest or detention or such interference, whether or not such arrest or detention or threatened arrest or detention or such interference may be justified.

4. If the place at which we have asked you to make delivery is a bulk liquid or gas terminal or facility, or another ship, lighter or barge, then delivery to such terminal, facility, ship, lighter or barge shall be deemed to be delivery to the party to whom we have requested you to make such delivery.

5. As soon as all original bills of lading for the above cargo shall have come into our possession, to deliver the same to you, or otherwise to cause all original bills of lading to be delivered to you, whereupon our liability hereunder shall cease.

6. The liability of each and every person under this indemnity shall be joint and several and shall not be conditional upon your proceeding first against any person, whether or not such person is party to or liable under this indemnity.

7. This indemnity shall be governed by and construed in accordance with English law and each and every person liable under this indemnity shall at your request submit to the jurisdiction of the High Court of Justice of England.

Yours faithfully
For and on behalf of
SEA TRANSPORT CONTRACTORS LTD
The Requestor

ANASTASIOS G. RAISSIS
MANAGING DIRECTOR

**FIRST ORIGINAL**

CODE NAME: "CONGENBILL" EDITION 1994

C 1.2    Page 2

| Shipper | BILL OF LADING<br>TO BE USED WITH CHARTER-PARTIES | B/L NO.<br>KKD/LT/01 |
|---|---|---|
| ITC LIMITED<br>31 SAROJINI DEVI ROAD<br>SECUNDERABAD 500 003 | Reference No. | |



Consignee

TO THE ORDER OF CREDIT AGRICOLE
(SUISSE) SA.

Notify address

NOTIFY PARTY :
RUSTAL TRADING LTD,
26 RUE ADRIEN-LACHENAL,
1207 GENEVA, SWITZERLAND.

OWNERS NAME
FAR-EASTERN SHIPPING CO PLC

| Vessel | Port of loading |
|---|---|
| M/V CHELYABINSK | KAKINADA, INDIA |

Port of discharge
LOME PORT, TOGO

Shipper's description of goods | SAID TO CONTAIN | Gross weight

BAG MARKS:
ONE SIDE
('TOP' WRITTEN IN
THE 4 CORNERS)
(GREEN STRIPE WITH BLUE CROWN)
(BIG R IN A CIRCLE) (BLUE)
INDIAN (RED)
WHITE RICE (RED)
LONG GRAIN (RED)
25 PCT (RED)
EXTRA QUALITY (BLUE)
50 KGS NET (RED)

'INDIAN WHITE RICE LONG GRAIN
25PCT BROKENS(IR-64) PACKING IN
NEW POLYPROPYLENE BAGS OF
50KGS NET EACH'

LOADED ON BOARD OF THE VESSEL
OF 2 PCT EMPTY BAGS.

SAID TO WEIGH
GROSS WEIGHT
2005.600 METRIC TONS

NET WEIGHT
2000.000 METRIC TONS

NUMBER OF BAGS LOADED
40,000

OTHER SIDE
('TOP' WRITTEN IN
THE 4 CORNERS)
(GREEN STRIPE WITH BLUE CROWN)
(BIG R IN A CIRCLE) (BLUE)
RIZ BLANC (RED)
INDIEN (RED)
LONG GRAIN (RED)
25 PCT (RED)
QUALITE EXTRA (BLUE)
50 KGS NET (RED)

'FREIGHT PREPAID'

'CLEAN ON BOARD'



(of which   NIL   on deck at Shipper's risk: the Carrier not
being responsible for loss or damage howsoever arising)

| Freight payable as per<br>CHARTER-PARTY dated | 09-09-2005 | SHIPPED at the Port of Loading in apparent good order and Condition on board the Vessel for Carriage to the port of discharge or so near thereto as she may safely get the goods specified above.<br>weight, measure, quality, quantity, condition, contents and value unknown.<br>IN WITNESS whereof the Master or Agent of the said vessel has signed the number of Bills of Lading indicated below all of this tenor and date, any one of which being accomplished the others shall be void |
|---|---|---|
| FREIGHT ADVANCE<br>Received on account of freight | | |
| Time used for loading   days   hours | | FOR CONDITIONS OF CARRIAGE SEE OVERLEAF |

| Freight payable at<br>'FREIGHT PREPAID' | Place and date of issue<br>KAKINADA INDIA   11-10-2005 |
|---|---|
| Number of original B/L<br>3/3 | Signature<br>For Sri Sharmila & Co.,<br>AS AGENTS<br>SRI SHARMILA & CO.,<br>AS AGENT FOR AND ON BEHALF OF<br>MASTER OF THE VESSEL<br>M/V CHELYABINSK<br>CAPT. MOTRICH VLADIMIR |

Printed and sold by
Wimsoby & Company Limited. 32/36 Aylesbury Street
London EC1R 0ET
Tel No. 020 7251 5341 Fax No. 020 7251 1296
authority of the Baltic and International Maritime Council,
BIMCO Copenhagen.



# SEA TRANSPORT CONTRACTORS LTD

## LETTER OF INDEMNITY

TO: JCS "FAR EASTERN SHIPPING COMPANY"
THE OWNERS OF M/V "CHELYABINSK"
15, ALEUTSKAYA ST. VLADIVOSTOCK, 690019, RUSSIA

22 December 2005

Dear Sirs,

Ship        : M/V "CHELYABINSK"

Voyage      : KAKINADA, INDIA/LOME PORT, TOGO

Cargo       : 2,000 MTS INDIAN WHITE RICE LONG GRAIN
              25PCT BROKENS (IR-64)

Bill of Lading: KKD/LT/02, KAKINADA, INDIA 11.10.2005

The above cargo was shipped on the above vessel by ITC LIMITED 31 SARO JINI DEVI ROAD SECUNDERABAD 500 003 and consigned to THE ORDER OF CREDIT AGRICOLE (SUISSE) SA for delivery at the port of LOME, TOGO but the bill of lading has not arrived and we SEA TRANSPORT CONTRACTORS LTD, hereby request you to deliver the said cargo to TRANSIT GATO C/O GROUPE GATO ROND POINT DU PORT AUTONOME DE LOME, PLACES DES 4 ETOILES B.P. 61088 LOME, TOGO at the port LOME PORT, TOGO without production of the original Bill of Lading.

In consideration of your complying with our above request, we hereby agree as follows :-

1. To indemnify you, your servants and agents and to hold all of you harmless in respect of any liability, loss, damage or expense of whatsoever nature which you may sustain by reason of delivering the cargo in accordance with our request.

2. In the event of any proceedings being commenced against you or any of your servants or agents in connection with the delivery of the cargo as aforesaid, to provide you or them on demand with sufficient funds to defend the same.

3. If, in connection with the delivery of the cargo as aforesaid, the ship, or any other ship or property in the same or associated ownership, management or control, should be arrested or detained or should the arrest or detention thereof be threatened, or should there be any interference in the use or trading of the vessel (whether by virtue of a caveat being entered on the ship's registry or otherwise howsoever), to provide on demand such bail or other security as may be required to prevent such arrest or detention or to secure the release of such ship or property or to remove such interference and to indemnify you in respect of any



liability, loss, damage or expense caused by such arrest or detention or threatened arrest or detention or such interference, whether or not such arrest or detention or threatened arrest or detention or such interference may be justified.

4. If the place at which we have asked you to make delivery is a bulk liquid or gas terminal or facility, or another ship, lighter or barge, then delivery to such terminal, facility, ship, lighter or barge shall be deemed to be delivery to the party to whom we have requested you to make such delivery.

5. As soon as all original bills of lading for the above cargo shall have come into our possession, to deliver the same to you, or otherwise to cause all original bills of lading to be delivered to you, whereupon our liability hereunder shall cease.

6. The liability of each and every person under this indemnity shall be joint and several and shall not be conditional upon your proceeding first against any person, whether or not such person is party to or liable under this indemnity.

7. This indemnity shall be governed by and construed in accordance with English law and each and every person liable under this indemnity shall at your request submit to the jurisdiction of the High Court of Justice of England.

Yours faithfully
For and on behalf of
SEA TRANSPORT CONTRACTORS LTD
The Requestor

............................
Signature

ANASTASIOS G. RAISSIS
MANAGING DIRECTOR

| | | | |
|---|---|---|---|
| CODE NAME: "CONGENBILL" EDITION 1994 | | **FIRST ORIGINAL** | C 1.2   Page 2 |
| Shipper | | BILL OF LADING | B/L NO. |
| ITC LIMITED<br>31 SAROJINI DEVI ROAD<br>SECUNDERABAD 500 003 | | TO BE USED WITH CHARTER-PARTIES<br><br>Reference No. | KKD/LT/02 |

Consignee

TO THE ORDER OF CREDIT AGRICOLE
(SUISSE) SA.

Notify address

NOTIFY PARTY :
RUSTAL TRADING LTD,
26 RUE ADRIEN-LACHENAL,
1207 GENEVA, SWITZERLAND.

OWNERS NAME
FAR-EASTERN SHIPPING CO PLC

| Vessel | Port of loading |
|---|---|
| M/V CHELYABINSK | KAKINADA, INDIA |

Port of discharge

LOME PORT, TOGO

| Shipper's description of goods | | Gross weight |
|---|---|---|
| BAG MARKS:<br>ONE SIDE<br>('TOP' WRITTEN IN<br>THE 4 CORNERS)<br>(GREEN STRIPE WITH BLUE CROWN)<br>(BIG R IN A CIRCLE) (BLUE)<br>INDIAN (RED)<br>WHITE RICE (RED)<br>LONG GRAIN (RED)<br>25 PCT (RED)<br>EXTRA QUALITY (BLUE)<br>50 KGS NET (RED)<br><br>OTHER SIDE<br>('TOP' WRITTEN IN<br>THE 4 CORNERS)<br>(GREEN STRIPE WITH BLUE CROWN)<br>(BIG R IN A CIRCLE) (BLUE)<br>RIZ BLANC (RED)<br>INDIEN (RED)<br>LONG GRAIN (RED)<br>25 PCT (RED)<br>QUALITE EXTRA (BLUE)<br>50 KGS NET (RED) | **SAID TO CONTAIN**<br><br>'INDIAN WHITE RICE LONG GRAIN<br>25PCT BROKENS(IR-64) PACKING IN<br>NEW POLYPROPYLENE BAGS,OF<br>50KGS NET EACH'<br><br>LOADED ON BOARD OF THE VESSEL<br>OF 2 PCT EMPTY BAGS. | **SAID TO WEIGH**<br>GROSS WEIGHT<br>2005.600 METRIC TONS<br><br>NET WEIGHT,<br>2000.000 METRIC TONS<br><br>NUMBER OF BAGS LOADED<br>40,000<br><br>'FREIGHT PREPAID'<br><br>'CLEAN ON BOARD' |

(of which   NIL   on deck at Shipper's risk; the Carrier not being responsible for loss or damage howsoever arising)

| Freight payable as per CHARTER-PARTY dated | 09-09-2005 | SHIPPED at the Port of Loading in apparent good order and Condition on board the Vessel for Carriage to the port of discharge or so near thereto as she may safely get the goods specified above. |
|---|---|---|
| FREIGHT ADVANCE<br>Received on account of freight: | | weight, measure, quality, quantity, condition, contents and value unknown.<br>IN WITNESS whereof the Master or Agent of the said vessel has signed the number of Bills of Lading indicated below all of this tenor and date  any one of which being accomplished the others shall be void |
| Time used for loading        days | hours | FOR CONDITIONS OF CARRIAGE SEE OVERLEAF |

| Freight payable at | Place and date of issue |
|---|---|
| 'FREIGHT PREPAID' | KAKINADA INDIA   11-10-2005 |
| Number of original B/L | Signature |
| 3/3 | For Sri Sharmila & Co.,<br><br>AS AGENTS<br>SRI SHARMILA & CO<br>AS AGENT FOR AND ON BEHALF OF<br>MASTER OF THE VESSEL<br>M/V CHELYABINSK<br>CAPT. MOTRICH VLADIMIR |

C 15  Printed and sold by
   Witherby & Company Limited 32/36 Aylesbury Street
   London EC1R OET
   Tel No. 020 7251 5341  Fax No. 020 7251 1296
   authority of the Baltic and International Maritime Council
   BIMCO Copenhagen



# SEA TRANSPORT CONTRACTORS LTD

### LETTER OF INDEMNITY

TO: JCS "FAR EASTERN SHIPPING COMPANY"
THE OWNERS OF M/V "CHELYABINSK"
15, ALEUTSKAYA ST. VLADIVOSTOCK, 690019, RUSSIA.

22 December 2005

Dear Sirs,

| | |
|---|---|
| Ship | : M/V "CHELYABINSK" |
| Voyage | : KAKINADA, INDIA/LOME PORT, TOGO |
| Cargo | : 5,000 MTS INDIAN WHITE RICE LONG GRAIN 25PCT BROKENS (IR-64) |

Bill of Lading: KKD/LT/04, KAKINADA, INDIA 11.10.2005

The above cargo was shipped on the above vessel by ITC LIMITED 31 SARO JINI DEVI ROAD SECUNDERABAD 500 003 and consigned to THE ORDER OF BANQUE CANTONALE DE GENEVE, GENEVA for delivery at the port of LOME, TOGO but the bill of lading has not arrived and we SEA TRANSPORT CONTRACTORS LTD, hereby request you to deliver the said cargo to TRANSIT GATO C/O GROUPE GATO ROND POINT DU PORT AUTONOME DE LOME, PLACES DES 4 ETOILES B.P. 61088 LOME, TOGO at the port LOME PORT, TOGO without production of the original Bill of Lading.

In consideration of your complying with our above request, we hereby agree as follows :-

1. To indemnify you, your servants and agents and to hold all of you harmless in respect of any liability, loss, damage or expense of whatsoever nature which you may sustain by reason of delivering the cargo in accordance with our request.

2. In the event of any proceedings being commenced against you or any of your servants or agents in connection with the delivery of the cargo as aforesaid, to provide you or them on demand with sufficient funds to defend the same.

3. If, in connection with the delivery of the cargo as aforesaid, the ship, or any other ship or property in the same or associated ownership, management or control, should be arrested or detained or should the arrest or detention thereof be threatened, or should there be any interference in the use or trading of the vessel (whether by virtue of a caveat being entered on the ship's registry or otherwise howsoever), to provide on demand such bail or other security as may be required to prevent such arrest or detention or to secure the release of such ship or property or to remove such interference and to indemnify you in respect of any



liability, loss, damage or expense caused by such arrest or detention or threatened arrest or detention or such interference, whether or not such arrest or detention or threatened arrest or detention or such interference may be justified.

4. If the place at which we have asked you to make delivery is a bulk liquid or gas terminal or facility, or another ship, lighter or barge, then delivery to such terminal, facility, ship, lighter or barge shall be deemed to be delivery to the party to whom we have requested you to make such delivery.

5. As soon as all original bills of lading for the above cargo shall have come into our possession, to deliver the same to you, or otherwise to cause all original bills of lading to be delivered to you, whereupon our liability hereunder shall cease.

6. The liability of each and every person under this indemnity shall be joint and several and shall not be conditional upon your proceeding first against any person, whether or not such person is party to or liable under this indemnity.

7. This indemnity shall be governed by and construed in accordance with English law and each and every person liable under this indemnity shall at your request submit to the jurisdiction of the High Court of Justice of England.


Yours faithfully
For and on behalf of
SEA TRANSPORT CONTRACTORS LTD
The Requestor

Signature

ANASTASIOS G. RAISSIS
MANAGING DIRECTOR

**FIRST ORIGINAL**

CODE NAME: "CONGENBILL" EDITION 1994

C 1.2  Page 2

| Shipper | BILL OF LADING TO BE USED WITH CHARTER-PARTIES | B/L NO. KKD/LT/04 |
|---|---|---|

Shipper:
ITC LIMITED
31 SAROJINI DEVI ROAD
SECUNDERABAD 500 003

Reference No

Consignee:
TO ORDER OF BANQUE CANTONALE
DE GENEVE, GENEVA.

Notify address:
NOTIFY
RUSTAL TRADING LTD.
28 RUE ADRIEN-LACHENAL,
1207 GENEVA, SWITZERLAND.

OWNERS NAME
FAR-EASTERN SHIPPING CO PLC

| Vessel | Port of loading |
|---|---|
| M/V CHELYABINSK | KAKINADA INDIA |

Port of discharge
LOME/ TOGO

Shipper's description of goods

BAG MARKS:
ONE SIDE
("TOP" WRITTEN IN RED IN
THE 4 CORNERS)
(GREEN STRIPE WITH BLUE CROWN)
(BIG R IN A CIRCLE) (BLUE)
INDIAN (RED)
WHITE RICE (RED)
LONG GRAIN (RED)
25 PCT (RED)
EXTRA QUALITY (BLUE)
50 KGS NET (RED)

OTHER SIDE
("TOP" WRITTEN IN RED IN
THE 4 CORNERS)
(GREEN STRIPE WITH BLUE CROWN)
(BIG R IN A CIRCLE) (BLUE)
RIZ BLANC (RED)
INDIEN (RED)
LONG GRAIN (RED)
25 PCT (RED)
QUALITE EXTRA (BLUE)
50 KGS NET (RED)

**SAID TO CONTAIN**

INDIAN WHITE RICE LONG GRAIN
25PCT BROKENS (IR-64) PACKING IN
NEW SINGLE POLYPROPYLENE BAGS
OF 50KGS NET EACH

LOADED ON BOARD OF THE VESSEL
OF 2 PCT EMPTY BAGS.

Gross weight

SAID TO WEIGH

GROSS WEIGHT
5014.000 METRIC TONS

NET WEIGHT
5000.000 METRIC TONS

NUMBER OF BAGS LOADED
100,000

'FREIGHT PREPAID'

'CLEAN ON BOARD'



(of which  NIL  on deck at Shipper's risk: the Carrier not being responsible for loss or damage howsoever arising)

| Freight payable as per CHARTER-PARTY dated | 09-09-2005 | SHIPPED at the Port of Loading in apparent good order and Condition on board the Vessel for Carriage to the port of discharge or so near thereto as she may safely get the goods specified above. weight, measure, quality, quantity, condition, contents and value unknown. IN WITNESS whereof the Master or Agent of the said vessel has signed the number of Bills of Lading indicated below all of this tenor and date, any one of which being accomplished the others shall be void |
|---|---|---|
| FREIGHT ADVANCE Received on account of freight: | | |
| Time used for loading  days  hours | | FOR CONDITIONS OF CARRIAGE SEE OVERLEAF |

| Freight payable at 'FREIGHT PREPAID' | Place and date of issue KAKINADA INDIA  11-10-2005 |
|---|---|
| Number of original Bs/L 3/3 | Signature For Sri Sharmila & Co. AS AGENTS SRI SHARMILA & CO., AS AGENT FOR AND ON BEHALF OF MASTER OF THE VESSEL M/V CHELYABINSK CAPT. MOTRICH VLADIMIR |

C. 15 Printed and sold by
Witherby & Company Limited, 32/36 Aylesbury Street,
London EC1R OET.
Tel No. 020 7251 5341  Fax No. 020 7251 1296
by authority of the Baltic and International Maritime Council,
(BIMCO) Copenhagen



# SEA TRANSPORT CONTRACTORS LTD

## LETTER OF INDEMNITY

TO: JCS "FAR EASTERN SHIPPING COMPANY"
   THE OWNERS OF M/V "CHELYABINSK"
   15, ALEUTSKAYA ST. VLADIVOSTOCK, 690019, RUSSIA

22 December 2005

Dear Sirs,

Ship       : M/V "CHELYABINSK"

Voyage    : NANJING, CHINA/ANY AFRICAN PORT (S)

Cargo     : 150 MTS CHINESE PARBOILED RICE LONG GRAIN 5 PCT SORTEXED, 2004 CROP

Bill of Lading: CHELYABINSK 02, NANJING PORT, CHINA SEP 17, 2005

The above cargo was shipped on the above vessel by COFCO INERNATIONAL (BEIJING) LTD FOR AND ON BEHALF OF RUSTAL TRADING LTD and consigned to THE ORDER OF BNP PARIBAS (SUISSE) for delivery at the ANY AFRICAN PORT (S) and we SEA TRANSPORT CONTRACTORS LTD, hereby request you to order the vessel to proceed and to deliver the said cargo to TRANSIT GATO C/O GROUPE GATO ROND POINT DU PORT AUTONOME DE LOME, PLACES DES 4 ETOILES B.P. 61088 LOME, TOGO at the port of LOME PORT, TOGO without production of the original Bill of Lading.

In consideration of your complying with our above request, we hereby agree as follows:-

1. To indemnify you, your servants and agents and to hold all of you harmless in respect of any liability, loss, damage or expense of whatsoever nature which you may sustain by reason of the ship proceeding and giving delivery of the cargo in accordance with our request.

2. In the event of any proceedings being commenced against you or any of your servants or agents in connection with the ship proceeding and giving delivery of the cargo as aforesaid, to provide you or them on demand with sufficient funds to defend the same.

3. If, in connection with the delivery of the cargo as aforesaid, the ship, or any other ship or property in the same or associated ownership, management or control, should be arrested or detained or should the arrest or detention thereof be threatened, or should there be any interference in the use or trading of the vessel (whether by virtue of a caveat being entered on the ship's registry or otherwise howsoever), to provide on demand such bail or other security as may be required to prevent such arrest or detention or to secure the release of such ship or property or to remove such



interference and to indemnify you in respect of any liability, loss, damage or expense caused by such arrest or detention or threatened arrest or detention or such interference, whether or not such arrest or detention or threatened arrest or detention or such interference may be justified.

4. If the place at which we have asked you to make delivery is a bulk liquid or gas terminal or facility, or another ship, lighter or barge, then delivery to such terminal, facility, ship, lighter or barge shall be deemed to be delivery to the party to whom we have requested you to make such delivery.

5. As soon as all original bills of lading for the above cargo shall have come into our possession, to deliver the same to you, or otherwise to cause all original bills of lading to be delivered to you.

6. The liability of each and every person under this indemnity shall be joint and several and shall not be conditional upon your proceeding first against any person, whether or not such person is party to or liable under this indemnity.

7. This indemnity shall be governed by and construed in accordance with English law and each and every person liable under this indemnity shall at your request submit to the jurisdiction of the High Court of Justice of England.

Yours faithfully,
For and on behalf of
SEA TRANSPORT CONTRACTORS LTD
The Requestor

ANASTASIOS G. RAISSIS
MANAGING DIRECTOR

CODE NAME: "CONGENBILL" EDITION 1994

Page 2

Shipper

**COFCO INTERNATIONAL (BEIJING) LTD**
**FOR AND ON BEHALF OF RUSTAL TRADING LTD**

BILL OF LADING
TO BE USED WITH CHARTER-PARTIES

B/L No. CHELYABINSK02
Reference No.

Consignee

**TO THE ORDER OF BNP PARIBAS (SUISSE) SA**

**ORIGINAL**

Notify address

OWNERS NAME: FAR-EASTERN SHIPPING CO PLC

Vessel: MV CHELYABINSK
Port of loading: NANJING, CHINA
Port of discharge: ANY AFRICAN PORT (S)

Shipper's description of goods:

MARKING: GOLDEN TERRA

3,000 BAGS
CHINESE PARBOILED RICE LONG GRAIN
5 PCT. SORTEXED, 2004 CROP

Gross weight:
GROSS WEIGHT: 150.360 METRIC TONS
NET WEIGHT: 150.000 METRIC TONS

PACKING: IN NEW SINGLE P.P. BAGS OF 50 KGS NET
LOADING ON BOARD OF THE VESSEL OF 2 PCT (60) EMPTY BAGS WITH SIMILAR MARKING FREE OF CHARGE.

CHINA OCEAN SHIPPING
CLEAN ON BOARD
SEP 17, 2005
FREIGHT PREPAID

SAY: THREE THOUSAND BAGS ONLY.
(of which ____ on deck at Shipper's risk; the Carrier not being responsible for loss or damage howsoever arising)

Freight payable as per CHARTER-PARTY dated SEP. 09, 2005

FREIGHT ADVANCE.
Received on account of freight:

Time used for loading ____ days ____ hours.

SHIPPED at the Port of loading in apparent good order and condition on board the Vessel for carriage to the port of Discharge or so near thereto as she may safely get the goods specified above.
Weight, measure, quality, quantity, condition, contents and value Unknown.
IN WITNESS whereof the Master or Agent of the said Vessel has signed the number of Bills of Lading indicated below all of this tenor and date, any one of which being accomplished the others shall be void.
FOR CONDITIONS OF CARRIAGE SEE OVERLEAF

Freight payable at: PBNAVICO

Place and date of issue: NANJING PORT, CHINA, SEP 17, 2005

Number of original B/L: THREE (3)

CHINA OCEAN SHIPPING AGY
AS VESSEL AGENT OF LOADPORT
FOR AND ON BEHALF OF THE MASTER
(CPT. VLADIMIR MOTRICH)
Manager



# SEA TRANSPORT CONTRACTORS LTD

### LETTER OF INDEMNITY

TO: JCS "FAR EASTERN SHIPPING COMPANY"
THE OWNERS OF M/V "CHELYABINSK"
15, ALEUTSKAYA ST. VLADIVOSTOCK, 690019, RUSSIA

22 December 2005

Dear Sirs,

| | |
|---|---|
| Ship | : M/V "CHELYABINSK" |
| Voyage | : NANJING PORT, CHINA/ANY AFRICAN PORT (S) |
| Cargo | : 3,500 MTS CHINESE LONG GRAIN PARBOILED RICE 100 PCT GRADE B SORTEXED |

Bill of Lading: CHELYABINSK 01-A, NANJING PORT, CHINA SEP 17, 2005

The above cargo was shipped on the above vessel by COFCO INERNATIONAL (BEIJING) LTD FOR AND ON BEHALF OF RUSTAL TRADING LTD and consigned to THE ORDER OF CREDIT AGRICOLE (SUISSE) for delivery at the ANY AFRICAN PORT (S) and we SEA TRANSPORT CONTRACTORS LTD, hereby request you to order the vessel to proceed and to deliver the said cargo to TRANSIT GATO C/O GROUPE GATO ROND POINT DU PORT AUTONOME DE LOME, PLACES DES 4 ETOILES B.P. 61088 LOME, TOGO at the port of LOME PORT, TOGO without production of the original Bill of Lading.

In consideration of your complying with our above request, we hereby agree as follows:-

1. To indemnify you, your servants and agents and to hold all of you harmless in respect of any liability, loss, damage or expense of whatsoever nature which you may sustain by reason of the ship proceeding and giving delivery of the cargo in accordance with our request.

2. In the event of any proceedings being commenced against you or any of your servants or agents in connection with the ship proceeding and giving delivery of the cargo as aforesaid, to provide you or them on demand with sufficient funds to defend the same.

3. If, in connection with the delivery of the cargo as aforesaid, the ship, or any other ship or property in the same or associated ownership, management or control, should be arrested or detained or should the arrest or detention thereof be threatened, or should there be any interference in the use or trading of the vessel (whether by virtue of a caveat being entered on the ship's registry or otherwise howsoever), to provide on



demand such bail or other security as may be required to prevent such arrest or detention or to secure the release of such ship or property or to remove such interference and to indemnify you in respect of any liability, loss, damage or expense caused by such arrest or detention or threatened arrest or detention or such interference, whether or not such arrest or detention or threatened arrest or detention or such interference may be justified.

4. If the place at which we have asked you to make delivery is a bulk liquid or gas terminal or facility, or another ship, lighter or barge, then delivery to such terminal, facility, ship, lighter or barge shall be deemed to be delivery to the party to whom we have requested you to make such delivery.

5. As soon as all original bills of lading for the above cargo shall have come into our possession, to deliver the same to you, or otherwise to cause all original bills of lading to be delivered to you.

6. The liability of each and every person under this indemnity shall be joint and several and shall not be conditional upon your proceeding first against any person, whether or not such person is party to or liable under this indemnity.

7. This indemnity shall be governed by and construed in accordance with English law and each and every person liable under this indemnity shall at your request submit to the jurisdiction of the High Court of Justice of England.

Yours faithfully,
For and on behalf of
SEA TRANSPORT CONTRACTORS LTD
The Requestor

ANASTASIOS G. RAISSIS
MANAGING DIRECTOR

CODENAME: "CONGENBILL" EDITION, 1994

Page 2

**Shipper**

COFCO INTERNATIONAL (BEIJING) LTD
FOR AND ON BEHALF OF RUSTAL TRADING LTD

**BILL OF LADING**
**TO BE USED WITH CHARTER—PARTIES**

B/L No. CHELYABINSK01-A
Reference No.

# ORIGINAL

**Consignee**

TO THE ORDER OF CREDIT AGRICOLE (SUISSE) S.A.

**Notify address**

OWNERS NAME: FAR-EASTERN SHIPPING CO PLC

**Vessel**          **Port of loading**

M/V CHELYABINSK     NANJING PORT, CHINA

**Port of discharge**

ANY AFRICAN PORT (S)

**Shipper's description of goods**                           **Gross weight**

BAG MARKS:          70,000 BAGS                              GROSS WEIGHT: 3,508.400 METRIC TONS
BUYER'S MARKS       CHINESE LONG GRAIN PARBOILED RICE        NET WEIGHT: 3,500.000 METRIC TONS
                    100 PCT GRADE B SORTEXED

PACKING IN NEW SINGLE POLYPROPYLENE BAGS OF 50 KGS NET EACH, DOUBLE MACHINE SEWN AT MOUTH, ALL IN BRAND NEW CONDITION AND PACKED IN ACCORDANCE WITH EXPORT STANDARD PACKING TARE OF EACH EMPTY BAG IS 120 GRAMS.
LOADING ON BOARD OF THE VESSEL OF 2 PCT (1,400) EMPTY BAGS WITH SIMILAR MARKING, FREE OF CHARGE.

CLEAN ON BOARD
SEP. 17, 2005
FREIGHT PREPAID

SAY: SEVENTY THOUSAND BAGS ONLY.

(of which on deck at Shipper's risk, the Carrier not being responsible for loss or damage howsoever arising)

**Freight payable as per CHARTER—PARTY dated** SEP 09, 2005

**FREIGHT ADVANCE.**
Received on account of freight:

Time used for loading ............ days ............ hours.

**SHIPPED** at the Port of loading in apparent good order and condition on board the Vessel for carriage to the port of Discharge or so near thereto as she may safely get the goods specified above.
Weight, measure, quality, quantity, condition, contents and value Unknown.
IN WITNESS whereof the Master or Agent of the said Vessel has signed the number of Bills of Lading indicated below all of this tenor and date, any one of which being accomplished the others shall be void.
FOR CONDITIONS OF CARRIAGE SEE OVERLEAF

**Freight payable at**             **Place and date of issue**
                                    NANJING PORT, CHINA SEP. 17, 2005

**Number of original B/L**         **Signature**

THREE (3)                          AS VESSEL'S AGENT AT LOADPORT,
                                   FOR AND ON BEHALF OF THE MASTER
                                   ( CPT. VLADIMIR MOTRICH )



# SEA TRANSPORT CONTRACTORS LTD

### LETTER OF INDEMNITY

TO: JCS "FAR EASTERN SHIPPING COMPANY"
THE OWNERS OF M/V "CHELYABINSK"
15, ALEUTSKAYA ST. VLADIVOSTOCK, 690019, RUSSIA

22 December 2005

Dear Sirs,

Ship        : M/V "CHELYABINSK"

Voyage      : NANJING, CHINA/ANY AFRICAN PORT (S)

Cargo       : 1,500 MTS CHINESE LONG GRAIN PARBOILED RICE 100 PCT
              GRADE B SORTEXED

Bill of Lading: CHELYABINSK 01-B, NANJING PORT, CHINA SEP 17, 2005

The above cargo was shipped on the above vessel by COFCO INERNATIONAL (BEIJING) LTD FOR AND ON BEHALF OF RUSTAL TRADING LTD and consigned to THE ORDER OF BNP PARIBAS (SUISSE) for delivery at the ANY AFRICAN PORT (S) and we SEA TRANSPORT CONTRACTORS LTD, hereby request you to order the vessel to proceed and to deliver the said cargo to TRANSIT GATO C/O GROUPE GATO ROND POINT DU PORT AUTONOME DE LOME, PLACES DES 4 ETOILES B.P. 61088 LOME, TOGO at the port of LOME PORT, TOGO without production of the original Bill of Lading.

In consideration of your complying with our above request, we hereby agree as follows:-

1. To indemnify you, your servants and agents and to hold all of you harmless in respect of any liability, loss, damage or expense of whatsoever nature which you may sustain by reason of the ship proceeding and giving delivery of the cargo in accordance with our request.

2. In the event of any proceedings being commenced against you or any of your servants or agents in connection with the ship proceeding and giving delivery of the cargo as aforesaid, to provide you or them on demand with sufficient funds to defend the same.

3. If, in connection with the delivery of the cargo as aforesaid, the ship, or any other ship or property in the same or associated ownership, management or control, should be arrested or detained or should the arrest or detention thereof be threatened, or should there be any interference in the use or trading of the vessel (whether by virtue of a caveat being entered on the ship's registry or otherwise howsoever), to provide on



demand such bail or other security as may be required to prevent such arrest or detention or to secure the release of such ship or property or to remove such interference and to indemnify you in respect of any liability, loss, damage or expense caused by such arrest or detention or threatened arrest or detention or such interference, whether or not such arrest or detention or threatened arrest or detention or such interference may be justified.

4. If the place at which we have asked you to make delivery is a bulk liquid or gas terminal or facility, or another ship, lighter or barge, then delivery to such terminal, facility, ship, lighter or barge shall be deemed to be delivery to the party to whom we have requested you to make such delivery.

5. As soon as all original bills of lading for the above cargo shall have come into our possession, to deliver the same to you, or otherwise to cause all original bills of lading to be delivered to you.

6. The liability of each and every person under this indemnity shall be joint and several and shall not be conditional upon your proceeding first against any person, whether or not such person is party to or liable under this indemnity.

7. This indemnity shall be governed by and construed in accordance with English law and each and every person liable under this indemnity shall at your request submit to the jurisdiction of the High Court of Justice of England.

Yours faithfully,
For and on behalf of
SEA TRANSPORT CONTRACTORS LTD
The Requestor

ANASTASIOS G. RAISSIS
MANAGING DIRECTOR

CODE NAME: "CONGENBILL" EDITION 1994

Page 2

**Shipper**

COFCO INTERNATIONAL (BEIJING) LTD
FOR AND ON BEHALF OF RUSTAL TRADING LTD.

**BILL OF LADING**
TO BE USED WITH CHARTER-PARTIES

B/L No. CHELYABINSK01-B
Reference No.

**Consignee**

TO THE ORDER OF BNP PARIBAS (SUISSE) SA

# ORIGINAL

**Notify address**

OWNERS NAME: FAR-EASTERN SHIPPING CO PLC

**Vessel**: CHELYABINSK
**Port of loading**: NANJING, CHINA
**Port of discharge**: ANY AFRICAN PORT (S)

**Shipper's description of goods**

BAG MARKS:
BUYER'S MARKS

30,000 BAGS
CHINESE LONG GRAIN PARBOILED RICE
100 PCT GRADE B SORTEXED

**Gross weight**
GROSS WEIGHT: 1,503.600 METRIC TONS
NET WEIGHT: 1,500.000 METRIC TONS

PACKING IN NEW SINGLE POLYPROPYLENE BAGS OF 50 KGS NET EACH, DOUBLE MACHINE SEWN AT MOUTH, ALL IN BRAND NEW CONDITION AND PACKED IN ACCORDANCE WITH EXPORT STANDARD PACKING TARE OF EACH EMPTY BAG IS 120 GRAMS.
LOADING ON BOARD OF THE VESSEL OF 2 PCT (600) EMPTY BAGS WITH SIMILAR MARKING FREE OF CHARGE.

CLEAN ON BOARD
SEP 17, 2005
FREIGHT PREPAID

SAY: THIRTY THOUSAND BAGS ONLY.
(of which ................ on deck at Shipper's risk, the Carrier not being responsible for loss or damage howsoever arising)

Freight payable as per
CHARTER-PARTY dated ........ SEP.09,.2005 ..............

FREIGHT ADVANCE.
Received on account of freight:

Time used for loading ............ days ............ hours.

SHIPPED at the Port of loading in apparent good order and condition on board the Vessel for carriage to the port of Discharge or so near thereto as she may safely get the goods specified above.
Weight, measure, quality, quantity, condition, contents and value Unknown.
IN WITNESS whereof the Master or Agent of the said Vessel has signed the number of Bills of Lading indicated below all of this tenor and date, any one of which being accomplished the others shall be void.
FOR CONDITIONS OF CARRIAGE SEE OVERLEAF

**Freight payable at**

**Number of original Bs/L**

THREE (3)

**Place and date of issue**

NANJING

AS VESSEL'S AGENT AT LOADPORT
FOR AND ON BEHALF OF THE MASTER
(CPT. VLADIMIR MOTRICH)

Printed and sold by
I/O, Sovfracht Bogtrykkeri A/S, 55 Toldbodgade, DK-1253 Copenhagen K.