CHALOS, O'CONNOR & DUFFY, LLP
Attorneys for Defendant,
SEA TRANSPORT CONTRACTORS LIMITED
366 Main Street
Port Washington, New York 110050
Telephone:   516-767-3600
Telefax:       516-767-3605
Owen F. Duffy (OD-3144)
George E. Murray (GM-4172)

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: FEB 1 9 2008

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

FAR EASTERN SHIPPING CO., PLC,

           Plaintiff,

- against -

SEA TRANSPORT CONTRACTORS LIMITED,
MARACHART SHIPPING CO., LTD.,
SWORD TRADING S.A., AMBIENT
SHIPHOLDING CO., S.A., and
TOUGH TRADER MARITIME PTE LTD.,

           Defendants.
------------------------------------------------------------x

07 CV 9887 (PAC)

**ORDER TO SHOW CAUSE
WHY RULE B ATTACHMENT SHOULD NOT BE VACATED**

Upon the annexed Memorandum of Law and the pleadings and proceedings heretofore had herein:

Let the Plaintiff FAR EASTERN SHIPPING CO., PLC show cause before the Honorable Paul A. Crotty, United States District Judge, at 500 Pearl Street, Courtroom 20C, New York, New York 10007, pursuant to Supplemental Admiralty Rule E and Local Admiralty Rule E.1, which provides for an adversary hearing on attachment within

1

Courtroom 20-C,

✓three court days, on the 20th day of February, 2008 at 11:45 o'clock, A .m., or as soon thereafter as counsel can be heard, why the following relief should not be granted:

1. An ORDER vacating the Process of Maritime Attachment and Garnishment on the basis that the claims of the Plaintiff are contingent and/or have not yet accrued,

or in the alternative,

2. An ORDER reducing the amount of the Process of Maritime Attachment and Garnishment by removing any and all claims that are contingent and/or have not yet accrued,

or in the alternative,

3. An ORDER for such other and further relief as the Court may deem just and proper in the circumstances of this case.

Let service of a copy of this Order, and the accompanying Memorandum of Law, ✓be served on counsel for the Plaintiff, BLANK ROME LLP, on or before 5 o'clock, ✓pm., on February 19, 2008. Service of this Order may be made by Federal Express in addition to ECF filing, which is deemed to constitute good and sufficient service;

Answering papers, if any, including but not limited to affidavits, affirmations, declarations, exhibits and/or memorandum of law, shall be served so as to be received by counsel for the movant, Chalos, O'Connor & Duffy, LLP at their offices at 366 Main ✓Street, Port Washington, New York, 11050, by either telefax or email on or before the 20 ✓day of February, 2008 at 5 o'clock p .m.;

2

Reply papers, if any, on behalf of the movant shall be served by ECF filing so as to be received by counsel for the Plaintiff at their offices as described above, on or before the ___ day of February 2008 at ___ o'clock __.m.

Dated: New York, New York
    February ___, 2008

_____
Honorable Paul A. Crotty, U.S.D.J.

To:   BLANK ROME LLP
      Attorneys for the Plaintiff,
      FAR EASTERN SHIPPING CO., PLC
      405 Lexington Avenue
      New York, NY 10174
      Tel: (212) 885-5000
      Fax: (212) 885-5001