

Phone:  (212) 885-5270
Fax:    (917) 332-3795
Email:  tbelknap@blankrome.com

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: FEB 2 0 2008

February 19, 2008

Application GRANTED. The Hearing is adjourned to 3/4/08 at 11:30 am in Courtroom 20-C

By E-Mail: CrottyNYSDChambers@nysd.uscourts.gov

Honorable Paul A. Crotty
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

SO ORDERED: FEB 2 0 2008

HON. PAUL A. CROTTY
UNITED STATES DISTRICT JUDGE

Re:  Far Eastern Shipping Co. PLC v. Sea Transport Contractors Limited et al.,
     07 Civ. 9887 (PAC)   Our Ref.: 601650-00603

Dear Judge Crotty:

We represent Plaintiff Far Eastern Shipping Co. PLC in the above-referenced matter. We write to request that the hearing date set by the Court in respect of defendants' motions to vacate the attachments in this matter be adjourned to March 4, 2008. Defendants' counsel has advised that he does not object to our request.

Briefly, approximately $290,000 of defendants funds have been attached in respect of this maritime Rule B matter. Pursuant to Local Rule B.2, notices were sent to defendants by e-mail on January 29, 2008, and again to defendants' counsel on February 7, 2007 advising of the attachments. Today, defendants obtained two orders to show cause (one for Sea Transport Contractors Limited and one for the other defendants) seeking to vacate these attachments. These orders require that plaintiff provide its response papers by 5 pm tomorrow, February 20, with a hearing set for February 21, 2008 at 11:45 pm.

Because our clients are overseas (Vladivostok and London), it would be extremely difficult to adequately prepare responsive papers within the time allowed. Because of this, and to accommodate the undersigned's travel schedule in another case, we respectfully request that the briefing and hearing schedule be adjourned. Defendants' counsel has advised that he does not oppose our request.

**MEMO ENDORSED**

The Chrysler Building  405 Lexington Avenue  New York, NY 10174-0208
www.BlankRome.com

601650.00603/6617088v.1

Delaware  •  Florida  •  New Jersey  •  New York  •  Ohio  •  Pennsylvania  •  Washington, DC  •  Hong Kong

Case 1:07-cv-09887-PAC    Document 16    Filed 02/20/2008    Page 2 of 2



February 19, 2008
Page 2

     As noted above, we would propose the following schedule which we understand is acceptable to defendants: Hearing date on March 4, 2008, at the Court's convenience; Plaintiff to serve its response papers so that they are received by defendants by Noon on February 28, with Defendant to serve its reply papers so they are received by 5:30 pm on March 3, 2008.

     Your Honor's Deputy Clerk also asked that we advise the Court how long we would expect the hearing to take. In our estimation, it should not take more than an hour, but we are assuming that plaintiff does not intend to introduce any witness testimony at the hearing. If they do so intend, then we will leave it to them to advise the Court (and us) in advance of the hearing of what evidence they intend to proffer.

     Thank you in advance for your consideration in this request.

                                    Respectfully submitted,

                                    Thomas H. Belknap, Jr.

THB:
cc (by e-mail): Owen Duffy, Esq.

601650.00603/6617088v.1