## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                           ) ss.:
COUNTY OF NASSAU    )

Afnan Altaf, being duly sworn, deposes and says:

1.    That he is an employee at **CHALOS, O'CONNOR & DUFFY** attorneys herein.

2.    That deponent is not a party to the action or proceeding, is over eighteen (18) years of age, and works in Port Washington, New York.

3.    That on **February 19, 2008** he served a copy of the within:
**ORDER TO SHOW CAUSE WHY RULE B ATTACHMENT SHOULD NOT BE VACATED, and MEMORANDUM OF LAW IN DEFENDANTS' MOTION TO VACATE THE PROCESS OF MARITIME ATTACHMENT, on:**

        **John Hammer**
        Blank Rome, LLP
        405 Lexington Ave
        New York, NY 10174
        **at 3:11 pm**

Affirmation

The undersigned, Afnan Altaf, an employee of attorneys for plaintiff, SEA TRANSPORT CONTRACTORS, LTD., affirms that the foregoing statement is true, under penalty of perjury.

Dated: February 20, 2008

                                Afnan Altaf
                                CHALOS, O'CONNOR & DUFFY
                                Attorney for Plaintiff
                                366 Main Street
                                Port Washington, New York 11050
                                Tel: 516-767-3600
                                Our File: 500386.0016

Sworn to before me on this 20th day
of February, 2008

George E. Murray
Notary Public, State of New York
No. 02MU6108120
Commission Expires April 12, 2008

1