## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                                            ) ss.:
COUNTY OF NASSAU  )

Afnan Altaf, being duly sworn, deposes and says:

1. That he is an employee at **CHALOS, O'CONNOR & DUFFY** attorneys herein.

2. That deponent is not a party to the action or proceeding, is over eighteen (18) years of age, and works in Port Washington, New York.

3. That on **February 19, 2008** he served a copy of the within: **ORDER TO SHOW CAUSE WHY RULE B ATTACHMENT SHOULD NOT BE VACATED, NOTICE OF RESTRICTED APPEARANCE PURSUANT TO FED. R. CIV. P. E(8) OF THE SUPPLEMENTAL RULES FOR ADMIRALITY OR MARITIME CLAIMS, MEMORANDUM OF LAW IN DEFENDANTS' MOTION TO VACATE THE PROCESS OF MARITIME ATTACHMENT, and DECLARATION OF ANASTASIOS RAISIS IN SUPPORT OF MOTION TO VACATE PROCESS OF MARITIME ATTACHMENT,** on:

**John Hammer**
Blank Rome, LLP
405 Lexington Ave
New York, NY 10174
**at 3:11 pm**

Affirmation

The undersigned, Afnan Altaf, an employee of attorneys for plaintiff, MARACHART SHIPPING CO. LTD. et al., affirms that the foregoing statement is true, under penalty of perjury.

Dated: February 20, 2008

Afnan Altaf
CHALOS, O'CONNOR & DUFFY
Attorney for Plaintiff
366 Main Street
Port Washington, New York 11050
Tel: 516-767-3600
Our File: 500386.0016

1

Sworn to before me on this 20th day
of February, 2008

_____
George E. Murray
Notary Public, State of New York
No. 02MU6108120
Commission Expires April 12, 2008