

detention or such interference, whether or not such event of detention or threatened arrest or detention or such interference may be justified.

4. If the place at which we have asked you to make delivery is a bulk liquid or gas terminal or facility, or another ship, lighter or barge, then delivery to such terminal, facility, ship, lighter or barge shall be deemed to be delivery to the party to whom we have requested you to make such delivery.

5. As soon as all original bills of lading for the above cargo shall have come into our possession, to deliver the same to you, or otherwise to cause all original bills of lading to be delivered to you, whereupon our liability hereunder shall cease.

6. The liability of each and every person under this indemnity shall be joint and several and shall not be conditional upon your proceeding first against any person, whether or not such person is party to or liable under this indemnity.

7. This indemnity shall be governed by and construed in accordance with English law and each and every person liable under this indemnity shall at your request submit to the jurisdiction of the High Court of Justice of England.

Yours faithfully
For and on behalf of
SEA TRANSPORT CONTRACTORS LTD
The Requestor

CAPT. JOEL C. MANGAHAS
OPERATIONS MANAGER

# SEA TRANSPORT CONTRACTORS LTD

## LETTER OF INDEMNITY

TO: JSC "FAR EASTERN SHIPPING COMPANY"
    THE OWNERS OF M/V "CHELYABINSK"
    15, ALEUTSKAYA ST, VLADIVOSTOCK, 690019, RUSSIA

22 December 2005

Dear Sirs,

Ship        : M/V "CHELYABINSK"

Voyage      : NANJING, CHINA/ANY AFRICAN PORT (S)

Cargo       : 150 MTS CHINESE PARBOILED RICE LONG GRAIN 5 PCT SORTEXED, 2004 CROP

Bill of Lading: CHELYABINSK 02 NANJING PORT, CHINA SEP 17, 2005

The above cargo was shipped on the above vessel by COFCO INERNATIONAL (BEIJING) LTD FOR AND ON BEHALF OF RUSTAL TRADING LTD and consigned to THE ORDER OF BNP PARIBAS (SUISSE) for delivery at the ANY AFRICAN PORT (S) and we SEA TRANSPORT CONTRACTORS LTD hereby request you to order the vessel to proceed and to deliver the said cargo to GATO TRANSIT LOME at the port of LOME PORT, TOGO without production of the original Bill of Lading.

In consideration of your complying with our above request, we hereby agree as follows:

1.  To indemnify you, your servants and agents and to hold all of you harmless in respect of any liability, loss, damage or expense of whatsoever nature which you may sustain by reason of the ship proceeding and giving delivery of the cargo in accordance with our request.

2.  In the event of any proceedings being commenced against you or any of your servants or agents in connection with the ship proceeding and giving delivery of the cargo as aforesaid, to provide you or them on demand with sufficient funds to defend the same.

3.  If, in connection with the delivery of the cargo as aforesaid, the ship or any other ship or property in the same or associated ownership, management or control, should be arrested or detained or should the arrest or detention thereof be threatened, or should there be any interference in the use or trading of the vessel (whether by virtue of a caveat being entered on the ship's registry or otherwise howsoever), to provide on demand such bail or other security as may be required to prevent such arrest or detention or to secure the release of such ship or property or to remove such interference and to indemnify you in respect of any liability, loss, damage or expense

80, Broad street, Monrovia, Liberia



caused by such arrest or detention or threatened arrest or detention or such interference, whether or not such arrest or detention or threatened arrest or detention or such interference may be justified.

4. If the place at which we have asked you to make delivery is a bulk liquid or gas terminal or facility or another ship, lighter or barge, then delivery at such terminal, facility, ship, lighter or barge shall be deemed to be delivery to the party to whom we have requested you to make such delivery.

5. As soon as all original bills of lading for the above cargo shall have come into our possession, to deliver the same to you, or otherwise to cause all original bills of lading to be delivered to you.

6. The liability of each and every person under this indemnity shall be joint and several and shall not be conditional upon your proceeding first against any person, whether or not such person is party to or liable under this indemnity.

7. This indemnity shall be governed by and construed in accordance with English law and each and every person liable under this indemnity shall at your request, submit to the jurisdiction of the High Court of Justice of England.

Yours faithfully,
For and on behalf of
SEA TRANSPORT CONTRACTORS LTD
The Requestor

CAPT. JOHN S. HATZIMANOLIS
OPERATIONS MANAGER



# SEA TRANSPORT CONTRACTORS Ltd

## LETTER OF INDEMNITY

TO: JCS "FAR EASTERN SHIPPING COMPANY"
THE OWNERS OF M/V "CHELYABINSK"
15, ALEUTSKAYA ST, VLADIVOSTOCK, 690019, RUSSIA

22 December 2005

Dear Sirs,

Ship:       M/V "CHELYABINSK"

Voyage:     NANJING PORT, CHINA/ANY AFRICAN PORT(S)

Cargo:      3,500 MTS CHINESE LONG GRAIN PARBOILED RICE 100 PCT
            GRADE B SORTEXED

Bill of Lading: CHELYABINSK 01-A, NANJING PORT, CHINA SEP 17, 2005

The above cargo was shipped on the above vessel by COFCO INTERNATIONAL (BEIJING) LTD FOR AND ON BEHALF OF RUSPAL TRADING LTD and consigned to THE ORDER OF CREDIT AGRICOLE (SUISSE) for delivery at the ANY AFRICAN PORT(S) and we SEA TRANSPORT CONTRACTORS LTD hereby request you to order the vessel to proceed and to deliver the said cargo to GATO TRANSIT, LOME at the port of LOME PORT, TOGO without production of the original Bill of Lading.

In consideration of your complying with our above request, we hereby agree as follows:-

1.  To indemnify you, your servants and agents and to hold all of you harmless in respect of any liability, loss, damage or expense of whatsoever nature which you may sustain by reason of the ship proceeding and giving delivery of the cargo in accordance with our request.

2.  In the event of any proceedings being commenced against you or any of your servants or agents in connection with the ship proceeding and giving delivery of the cargo as aforesaid, to provide you or them on demand with sufficient funds to defend the same.

3.  If, in connection with the delivery of the cargo as aforesaid, the ship, or any other ship or property in the same or associated ownership, management or control, should be arrested or detained or should the arrest or detention thereof be threatened, or should there be any interference in the use or trading of the vessel (whether by virtue of a caveat being entered on the ship's registry or otherwise howsoever), to provide on demand such bail or other security as may be required to prevent such arrest or

80, Broad Street, Monrovia, Liberia



detention or to secure the release of such ship or property or to remove such interference and to indemnify you in respect of any liability, loss, damage or expense caused by such arrest or detention or threatened arrest or detention or such interference, whether or not such arrest or detention or threatened arrest or detention or such interference may be justified.

4. If the place at which we have asked you to make delivery is a bulk liquid or gas terminal or facility, or another ship, lighter or barge, then delivery at such terminal, facility, ship, lighter or barge shall be deemed to be delivery to the party to whom we have requested you to make such delivery.

5. As soon as all original bills of lading for the above cargo shall have come into our possession, to deliver the same to you, or otherwise to cause all original bills of lading to be delivered to you.

6. The liability of each and every person under this indemnity shall be joint and several and shall not be conditional upon your proceeding first against any person, whether or not such person is party to or liable under this indemnity.

7. This indemnity shall be governed by and construed in accordance with English law and each and every person liable under this indemnity shall at your request submit to the jurisdiction of the High Court of Justice of England.

Yours faithfully,
For and on behalf of
SEA TRANSPORT CONTRACTORS LTD.
The Requestor

CAPT. JOHN N. NAVIONNATH
OPERATIONS MANAGER



# SEA TRANSPORT CONTRACTORS LTD

## LETTER OF INDEMNITY

TO: JSC "FAR EASTERN SHIPPING COMPANY"
THE OWNERS OF M/V "CHELYABINSK"
15, ALEUTSKAYA ST. VLADIVOSTOCK, 690019, RUSSIA

22 December 2005

Dear Sirs,

Ship: M/V "CHELYABINSK"

Voyage: NANJING, CHINA/ANY AFRICAN PORT (S)

Cargo: 5,500 MT'S CHINESE LONG GRAIN PARBOILED RICE 100 PCT GRADE B SORTEXED

Bill of Lading: CHELYABINSK 01-A, NANJING PORT, CHINA SEP 17, 2005

The above cargo was shipped on the above vessel by COFCO INTERNATIONAL (BEIJING) LTD FOR AND ON BEHALF OF RUSTAL TRADING LTD and consigned to THE ORDER OF BNP PARIBAS (SUISSE) for delivery at the ANY AFRICAN PORT (S) and we SEA TRANSPORT CONTRACTORS LTD hereby request you to order the vessel to proceed and to deliver the said cargo to CATO TRANSIT - LOME at the port of LOME PORT / TOGO without production of the original Bill of Lading.

In consideration of your complying with our above request, we hereby agree as follows:-

1. To indemnify you, your servants and agents and to hold all of you harmless in respect of any liability, loss, damage or expense of whatsoever nature which you may sustain by reason of the ship proceeding and giving delivery of the cargo in accordance with our request.

2. In the event of any proceedings being commenced against you or any of your servants or agents in connection with the ship proceeding and giving delivery of the cargo as aforesaid, to provide you or them on demand with sufficient funds to defend the same.

3. If, in connection with the delivery of the cargo as aforesaid, the ship, or any other ship or property in the same or associated ownership, management or control, should be arrested or detained or should the arrest or detention thereof be threatened, to provide there be any interference in the use or trading of the vessel (whether by virtue of a caveat being entered on the ship's registry or otherwise howsoever), to provide on demand such bail or other security as may be required to prevent such arrest or

80, Broad street, Monrovia, Liberia



detention or to secure the release of any such ship or cargo and to indemnify such arrest or interference and to indemnify you in respect of any liability, loss, damage or expense caused by such arrest or interference or by the giving of security in order to prevent or secure the release of such arrest or interference as may be limited.

4. [illegible paragraph regarding delivery of cargo to terminal or facility]

5. As soon as all original bills of lading, as the case may be, have come into our possession, to deliver the same to you or in accordance with any of the original bills of lading to be returned to you.

6. The liability of each and every one of us hereunder shall be joint and several and shall not be conditional upon your proceeding first against any person, whether or not such person is party to this indemnity or not.

7. This indemnity shall be governed by and construed in accordance with English law and each and every one of us hereby irrevocably submits to the jurisdiction of the High Court of Justice in England.

Yours faithfully,
For and on behalf of
SEA TRANSPORT CONTRACTORS LTD
The Netherlands



[signature and seal]