# EXHIBIT 4
# TO THE
# AFFIDAVIT OF THOMAS H. BELKNAP, JR.

**UK P&I CLUB**

OUR REFERENCE
DL/2005/006817

YOUR REFERENCE

16 February 2006

To The Cargo Underwriters
of the cargo named below

*The Managers' London Agents*
THOMAS MILLER P&I LTD.
INTERNATIONAL HOUSE
26 CREECHURCH LANE
LONDON EC3A 5BA

TEL: +44 20 7283 4646
FAX: +44 20 7283 5614
TLX: 885271 MUTUAL G
DX621 LONDON/CITY EC3
WEBSITE: WWW.UKPANDI.COM

PLEASE REPLY DIRECT TO:
TEL. +44 20 7204 2504
FAX: +44 20 7204 2106
E-MAIL: london6.ukclub@thomasmiller.com

Dear Sirs

| | |
|---|---|
| Ship: | CHELYABINSK |
| Cargo: | 14,150 MT of bagged rice |
| Bs/L: | CHELYABINSK 01-A, 01-B & 02 dated 17.09.05 Nanjing |
| | KKD/LT/01, 02 & 04 dated 11.10.05 Kakinada |
| Claim: | Alleged shortage/damage during discharge at Lome, January 2006 |

In consideration of and upon condition that you release from arrest and refrain from arresting or otherwise detaining this ship or any other ship, asset or property in the same ownership and/or associated ownership and/or management for the purpose of founding jurisdiction and/or obtaining security in respect of the above claim which you have concerning the cargo mentioned above, we hereby undertake on behalf of the Owners of the above vessel, CHELYABINSK to pay you on your written demand such sum as may be adjudged by an enforceable decision of the Chambre Arbitrale Maritime de Paris, the competence of which is expressly accepted by all parties whose interest lie with the vessel, or as may be agreed between the parties hereto by way of an amicable settlement, to be recoverable from the Owners of the above named ship in respect of the sum claimed, interest and cost, provided that the liability of the Owners shall not exceed the sum of Euro 113,411.00 (Euros One Hundred Thirteen Thousand Four Hundred Eleven only) inclusive of interest and cost.

We confirm that the claims referred as above as well as the execution of this Letter of Undertaking will be exclusively determined by the same court according to French law.

This guarantee will be held null and void and will be returned to the Club if the underwriters have not filed a claim against owners in front of the Chambre Arbitrale Maritime de Paris within two years from the date of this letter, unless underwriters have asked the Club to extend the present guarantee for two additional years only.

....../cont

THE UNITED KINGDOM MUTUAL STEAM SHIP ASSURANCE ASSOCIATION (BERMUDA) LIMITED INCORPORATED IN BERMUDA
THOMAS MILLER P&I LTD  REGISTERED IN ENGLAND NO 1801414 AS ABOVE. A MEMBER OF THE THOMAS MILLER GROUP OF COMPANIES.


UK P&I CLUB

This guarantee is issued without prejudice to the question of the Owner's liability.

Yours faithfully

A J Kennedy
Senior Claims Director
for Thomas Miller P&I Ltd.
as agents for Thomas Miller (Bermuda) Ltd.
Managers for and on behalf of
The United Kingdom Mutual Steam Ship
Assurance Association (Bermuda) Ltd