EXHIBIT 6
TO THE
AFFIDAVIT OF THOMAS H. BELKNAP, JR.



**waterson hicks**

SOLICITORS

130 Fenchurch Street
London EC3M 5LY

Telephone : +44 (0)20 7929 6060
Facsimile : +44 (0)20 7929 6748
Email : law@watersonhicks.com
Web : www.watersonhicks.com

**FACSIMILE TRANSMISSION**

DATE : 13 April 2007

PAGES : Two

TO : FAR EASTERN SHIPPING COMPANY

FAX : +7 4232 52 1551

FAX : +7 4232 41 3037

FAX : +7 4232 521 045
ATTN : Dmitriy Milov

FAX : +7 4232 521 509
ATTN : Alexey Smirnov / Georgy Pikus

FAX : +7 4232 499 882
ATTN : Viktor Katsurbiy

FAX : +7 4232 521 366
ATTN : Andrey Papyshev

FAX : +7 4232 411 419
ATTN : Alexander Fadeev

FAX : +7 4232 521 450
ATTN : Elena Zvezdina


CC : Bentleys, Stokes & Lowless
ATTN : Michael Moon
REF : MWM/J00012.56/mm
FAX : 020 7481 7978


FROM : Tim Baker / Julian White
REF : TDB/JFW/1549-11

CONFIDENTIALITY NOTICE
The contents of this fax and any attachments are confidential, for the use of the addressee only and may be legally privileged. If you are not the intended recipient of this fax, or the employee or the agent responsible for delivering it to the intended recipient any copying, distribution or other action taken or omitted to be taken in reliance upon it is prohibited and may be unlawful. Please return the fax and any attachments to us and destroy any copies which may have been made. Thank you.

J.W. Hicks, M.J. Wisdom, B.M. Isola, M.S. Aspinall, T.D. Baker, A.S. Ridings
Regulated by the Law Society

# waterson hicks

**"CHELYABINSK"**
Bill of Lading : KKD/LT/04 dated 11/10/05

We hereby notify you on behalf of our client, Banque Cantonale de Genève, that it has commenced arbitration and appointed Mr Robert Galsford of Bramdean, Stonegate, Wadhurst, East Sussex, TN5 7EP (tel: 01580 200910 / fax: 01580 201 124) as its arbitrator with regard to all and any disputes arising out of, under and/or in connection with the contract of carriage evidenced by the above bill of lading, to include, for the avoidance of doubt, any variation, amendment or modification thereof.

We call upon you to appoint your arbitrator and give notice of that appointment to us within 14 days of today's date, i.e. by 27 April 2007.

Kind regards,

*[signature]*

WATERSON HICKS

# HOLMAN FENWICK & WILLAN

Marlow House
Lloyds Avenue
London EC3N 3AL

holmans@hfw.co.uk
Telex 8812247 HFWLON
DX 1069 London City EC3

TEL +44 (0) 20 7488 2300
FAX +44 (0) 20 7481 0316

www.hfw.com

Please contact us immediately if all pages are not received.

Direct Line: +44 (0)20 7264 8345

Total Pages including this sheet : 3

Email: john.rollason@hfw.co.uk

| | | |
|---|---|---|
| DATE | : | 13 April 2007 |
| TO | : | Far Eastern Shipping Co (FESCO) |
| FAX NO | : | 00 7 4232 413 037 / 521 551 |
| ATTN | : | Dimitriy Milov |
| FAX NO | : | 00 7 4232 521 045 |
| ATTN | : | Alexey V. Smirnov/Georgiy I. Pilkus |
| FAX NO | : | 00 7 4232 521 509 |
| ATTN | : | Viktor A. Katsurbiy |
| FAX NO | : | 00 7 4232 499 882 |
| ATTN | : | Andrey A. Papyshev |
| FAX NO | : | 00 7 4232 521 366 |
| ATTN | : | Alexander M. Fadeev |
| FAX NO | : | 00 7 4232 411 419 |
| ATTN | : | Elena Zvezdina |
| FAX NO | : | 00 7 4232 521 450 |
| CC | : | Bentley Stokes & Lowless |
| ATTN | : | Michael Moon |
| FAX NO | : | 020 7481 7978 |
| FROM | : | Damian Honey/John Rollason |
| OUR REF. | : | DJH/JRR/286 |
| RE | : | "CHELYABINSK"<br>BNP Paribas (Suisse) SA / Far Eastern Shipping Co Plc<br>B/L No. CHELYABINSK01 dated 17 September 2005<br>30,000 bags Chinese long grain parboiled rice |

**PLEASE SEE ATTACHED**

HFWLDN\205450-1

Confidentiality Notice
This fax (and any attachments) is confidential and may be privileged. It may be read, copied and used only by the intended recipients, and must not be re-transmitted in an amended form without our consent. If you have received it in error, please notify us immediately. Please then destroy it and do not disclose its contents to anyone.

Paris    Rouen    Piraeus    Dubai    Hong Kong    Shanghai    Singapore    Melbourne

This firm is regulated by The Law Society.
A partnership of solicitors and registered foreign lawyers. A list of partners names is available at the London office.

HOLMAN FENWICK & WILLAN                                                                       Page No. 2

no. 01580 200 910, fax no. 01580 201 124, as their arbitrator against you for the purposes of any and all disputes arising out of, under and/or in connection with the contract of carriage evidenced by the above bill of lading, to include, for the avoidance of doubt, any variation, amendment or modification thereof.

We call upon you to appoint your arbitrator and to give notice of that appointment to us within 14 days of today's date, i.e. by 27 April 2007.

We have sent this notice to you directly and copied it to your London solicitors as we are not aware whether they are authorised to accept service of it. We trust you will understand that we intend no discourtesy in doing so.

Yours faithfully

*[signature]*

HOLMAN FENWICK & WILLAN
HFWLDN\4203444.1

c.c.   Bentleys Stokes & Lowless
       International House
       1 St Katharine's Way
       London
       E1W 1YL
       For the attention of Michael Moon
       BY FAX: 020 7481 7978

# FAX TRANSMISSION



61 Eastcheap
London EC3M 1JP
United Kingdom
Telephone: +44 (0) 20 7623 1244
Facsimile: +44 (0) 20 7623 5427
DX: 1071 London/City
www.clydeco.com

ABU DHABI  BELGRADE*  CARACAS  CARDIFF  DUBAI  GUILDFORD  HONG KONG  LONDON  LOS ANGELES*  MOSCOW*  NANTES  NEW YORK*  PARIS  PIRAEUS  RIO DE JANEIRO  SHANGHAI  SINGAPORE  ST PETERSBURG*  *Associate Office

| | |
|---|---|
| TO | FAR EASTERN SHIPPING CO |
| FAX NO | 00 7 4232 52 1551 |
| FAX NO | 00 7 4232 41 3037 |
| FAX NO | 00 7 4232 521 045  ATTN: DMITRIY MILOV |
| FAX NO | 00 7 4232 521 509  ATTN: ALEXEY V SMIRNOV / GEORGIY I PIKUS |
| FAX NO | 00 7 4232 499 882  ATTN: VIKTOR A KATSURBIY |
| FAX NO | 00 7 4232 521 368  ATTN: ANDREY A PAPYSHEV |
| FAX NO | 00 7 4232 411 419  ATTN: ALEXANDER M FADEEV |
| FAX NO | 00 7 4232 521 450  ATTN: ELENA ZVEZDINA |
| YOUR REF | | OUR REF | MNA/RMP/0519969 |
| DATE | 13 April 2007 | TOTAL PAGES (including cover) | 2 |
| CC | BENTLEY STOKES & LOWLESS |
| FAX NO | 020 7481 7978 |
| ATTN | MICHAEL MOON |
| YOUR REF | MWM/U00012.56/mm |

AND BY EMAIL
EMAIL ADDRESS: 90108@90.fesco.ru
FOR THE ATTENTION OF: ZHANNA O RADMAEVA LEGAL COUNSEL

Dear Sirs,

"CHELYABINSK"
B/L CHELYABINSK 01-A dated 17 September 2006
B/L KKD/LT/01 dated 11 October 2006
B/L KKD/LT/02 dated 11 October 2006

---

IF YOU HAVE NOT RECEIVED THE TOTAL NUMBER OF PAGES OR NEED ASSISTANCE, PLEASE CALL +44 (0) 20 7623 1244
CONFIDENTIALITY NOTICE

This facsimile and/or the documents accompanying it may be privileged and confidential and exempt from disclosure under applicable law.
If the reader is not the intended recipient, or the employee or agent responsible for delivering it to the intended recipient,
any unauthorised use, disclosure, copying, distribution or dissemination is strictly prohibited. If you have received our facsimile (or any copy) in error,
please immediately notify us by telephone on +44 (0) 20 7623 1244 and return this facsimile and any copies to us as soon as possible. Thank you.
A multinational partnership of solicitors and registered foreign lawyers. A list of partners' names is available on request.
Regulated by the Law Society

LDNLIT 14966413.1

We hereby notify you on behalf of our clients, Credit Agricole (Suisse) SA, that they have commenced arbitration and appointed Mr Robert Gaisford of Bramdean, Stonegate, Wadhurst, East Sussex, TN5 7EP, Tel: 01580 200910/Fax: 01580 201 124, as their arbitrator against you for the purpose of all and any disputes arising out of, under and/or in connection with the contracts of carriage evidenced by the above bills of lading, to include, for the avoidance of doubt, any variation, amendment or modification thereof.

We call upon you to appoint your arbitrator and to give notice of that appointment to us within 14 days from today's date, i.e. by 27 April 2007.

Yours faithfully

CLYDE & CO.