# EXHIBIT 7
# TO THE
# AFFIDAVIT OF THOMAS H. BELKNAP, JR.

## COMPANY OVERVIEW

| | | | |
|---|---|---|---|
| Short Name | **Marachart Shipping** | Company No. | **0533174** |
| Full Company Name | **Marachart Shipping Co Ltd** | | |
| Nationality of Registration | **Greece** | Nationality of Control | **Greece** |
| | | Founded | |

## RELATIONSHIPS

| |
|---|
| Ambient Shipholding Co Has an Address care of:-Marachart Shipping |
| Ambient Shipholding Co Is a Subsidiary Company of:-Marachart Shipping |
| Angle Maritime Has an Address care of:-Marachart Shipping |
| Angle Maritime Is a Subsidiary Company of:-Marachart Shipping |
| Frigate Marine Ltd Has an Address care of:-Marachart Shipping |
| Frigate Marine Ltd Is a Subsidiary Company of:-Marachart Shipping |
| Lacal Naviera Has an Address care of:-Marachart Shipping |
| Lacal Naviera Is a Subsidiary Company of:-Marachart Shipping |
| Mediterranean Shipping Co Has an Address care of:-Marachart Shipping |
| Mediterranean Shipping Co Is a Subsidiary Company of:-Marachart Shipping |
| Steel Shipping Has an Address care of:-Marachart Shipping |
| Steel Shipping Has an Address care of:-Marachart Shipping |
| Steel Shipping Is a Subsidiary Company of:-Marachart Shipping |
| Steel Shipping Is a Subsidiary Company of:-Marachart Shipping |
| Sword Trading Has an Address care of:-Marachart Shipping |
| Sword Trading Is a Subsidiary Company of:-Marachart Shipping |
| Tough Trader Maritime Has an Address care of:-Marachart Shipping |
| Tough Trader Maritime Is a Subsidiary Company of:-Marachart Shipping |

## ADDRESSES

| | |
|---|---|
| No. | **01** |
| Address | **5, Kapodistriou Street, Metamorfosi, 144 52 Athens, Greece.** |
| Telephone | **+30 210 280 7000** |
| Telex | **214225rais** |
| Fax | **+30 210 280 7080** |
| Cable | |
| Email | **marachart@marachart.gr** |
| Website | **www.marachart.gr** |

| | |
|---|---|
| No. | **02** |
| Address | **Correspondence Address: PO Box 51825, Ayios Stefanos, 145 02 Athens, Greece.** |
| Telephone | |
| Telex | |
| Fax | |
| Cable | |
| Email | |
| Website | |

## PERSONNEL

| | | | | | |
|---|---|---|---|---|---|
| Name | Mr G Raissis | Full Name | George Raissis | Position | President |
| Direct Line | +30 210 800 2353 | Mobile | | After hours | +30 694 570 0491 |
| E-mail | george@marachart.gr | | | | |
| General Contact | Yes | Marketing Contact | | Technical Contact | |
| | | | | | |
| Name | Mr A Raissis | Full Name | Anastasios Raissis | Position | Managing Director |
| Direct Line | +30 210 800 2354 | Mobile | | After hours | +30 694 570 0493 |
| E-mail | tassos@marachart.gr | | | | |
| General Contact | Yes | Marketing Contact | | Technical Contact | |

## GROUP OWNED FLEET (INC NEWBUILDINGS)

At most, the first fifty records of the fleet are returned. Click here to return entire fleet into Search Results. This will include newbuildings and dead ships.

| LRNO | Ship Name | Status | DWT | GT | Type | Built |
|---|---|---|---|---|---|---|
| 7609661 | PIONEER TRADER | In Service/Commission | 17,159 | 10,320 | General Cargo Ship | 1980-03 |
| 7614771 | TOUGH TRADER | In Service/Commission | 15,200 | 9,020 | General Cargo Ship | 1980-02 |

## SHIPMANAGED FLEET (INC NEWBUILDINGS)

At most, the first fifty records of the fleet are returned. This will include newbuildings and dead ships. Click here to return entire fleet into Search Results.

| LRNO | Ship Name | Status | DWT | GT | Type | Built |
|---|---|---|---|---|---|---|
| 7609661 | PIONEER TRADER | In Service/Commission | 17,159 | 10,320 | General Cargo Ship | 1980-03 |
| 7614771 | TOUGH TRADER | In Service/Commission | 15,200 | 9,020 | General Cargo Ship | 1980-02 |

## OPERATED FLEET (INC NEWBUILDINGS)

At most, the first fifty records of the fleet are returned. Click here to return entire fleet into Search Results. This will include newbuildings and dead ships.

| LRNO | Ship Name | Status | DWT | GT | Type | Built |
|---|---|---|---|---|---|---|
| 7609661 | PIONEER TRADER | In Service/Commission | 17,159 | 10,320 | General Cargo Ship | 1980-03 |

## DOC HOLDER FLEET (INC NEWBUILDINGS)

At most, the first fifty records of the fleet are returned. Click here to return entire fleet into Search Results. This will include newbuildings and dead ships.

| LRNO | Ship Name | Status | DWT | GT | Type | Built |
|---|---|---|---|---|---|---|
| 7614771 | TOUGH TRADER | In Service/Commission | 15,200 | 9,020 | General Cargo Ship | 1980-02 |

## COMBINED FLEET (INC NEWBUILDINGS)

At most, the first fifty records of the fleet are returned. Click here to return entire fleet into Search Results. This will

include newbuildings and dead ships.

| LRNO | Ship Name | Status | DWT | GT | Type | Built |
|---|---|---|---|---|---|---|
| 7609661 | PIONEER TRADER | In Service/Commission | 17,159 | 10,320 | General Cargo Ship | 1980-03 |
| 7614771 | TOUGH TRADER | In Service/Commission | 15,200 | 9,020 | General Cargo Ship | 1980-02 |

## FLEET POSITION

At most, the first 200 in service ships of the fleet are returned.



| Name | MMSI | IMO | Callsign | Last Seen | Destination | ETA |
|---|---|---|---|---|---|---|
| PIONEER TRADER | 372551000 | 7609661 | 3EJK8 | 4/1/2008 17:19:17 UTC | PIRAEUS | 4/1/2 |
| TOUGH TRADER | 563431000 | 7614771 | 9VY09 | 30/12/2007 1:14:19 UTC | BANJUL | 2/1/2 |

## COMPANY OVERVIEW

| | | | |
|---|---|---|---|
| Short Name | **Ambient Shipholding Co** | Company No. | **5288866** |
| Full Company Name | **Ambient Shipholding Co** | | |
| Nationality of Registration | **Panama** | Nationality of Control | **Greece** |
| | | Founded | **2007** |

**This Owner is part of Group: Marachart Shipping**

## HISTORY

## RELATIONSHIPS

Marachart Shipping Has a Subsidiary Company:-Ambient Shipholding Co
Marachart Shipping Is the care of Address for:-Ambient Shipholding Co

## ADDRESSES

| | |
|---|---|
| No. | **01** |
| Address | Care Of Marachart Shipping Co Ltd, 5, Kapodistriou Street, Metamorfosi, 144 52 Athens, Greece. |
| Telephone | **+30 210 280 7000** |
| Telex | **214225rais** |
| Fax | **+30 210 280 7080** |
| Cable | |
| Email | **marachart@marachart.gr** |
| Website | **www.marachart.gr** |

## PERSONNEL

## REGISTERED OWNER FLEET (INC NEWBUILDINGS)

At most, the first fifty records of the fleet are returned. This will include newbuildings and dead ships. Click here to return entire fleet into Search Results.

| LRNO | Ship Name | Status | DWT | GT | Type | Built |
|---|---|---|---|---|---|---|
| 7609661 | PIONEER TRADER | In Service/Commission | 17,159 | 10,320 | General Cargo Ship | 1980-03 |

## FLEET POSITION

At most, the first 200 in service ships of the fleet are returned.



| | | | |
|---|---|---|---|
| MMSI | 372551000 | Last seen at | 4/1/2008 17:23:57 UT |
| Name | PIONEER TRADER | Latitude | N 37°57.624' |
| Callsign | 3EJK8 | Longitude | E 23°33.309' |
| IMO number | 7609661 | Heading | 18° |
| Length | 145 m | Speed | 0.0 knots |
| Beam | 21 m | Destination | PIRAEUS |
| Draught | 4.2 m | ETA | 4/1/2008 7:30:00 UTC |
| Vessel Type | Cargo | Status | Under way using engin |

© 2008 Lloyd's Register - Fairplay Ltd. Lloyd's Register - Fairplay Ltd assumes no responsibility and shall not be liable to any person for any loss, damage or expense caused by reliance on the information or advice in this document or howsoever provided, unless that person has a contract with Lloyd's Register - Fairplay Ltd and in that case any responsibility or liability is exclusively on the terms and conditions set out in that contract.

# COMPANY OVERVIEW

| | | | |
|---|---|---|---|
| Short Name | **Tough Trader Maritime** | Company No. | **5269345** |
| Full Company Name | **Tough Trader Maritime Pte Ltd** | | |
| Nationality of Registration | **Singapore** | Nationality of Control | **Greece** |
| | | Founded | **2006** |

**This Owner is part of Group: Marachart Shipping**

## HISTORY

## RELATIONSHIPS

Marachart Shipping Has a Subsidiary Company:-Tough Trader Maritime
Marachart Shipping Is the care of Address for:-Tough Trader Maritime

## ADDRESSES

| No. | 01 |
|---|---|
| Address | **15-01, Bank of China Building, 4, Battery Road, Singapore. 049908** |
| Telephone | |
| Telex | |
| Fax | |
| Cable | |
| Email | |
| Website | |

| No. | 02 |
|---|---|
| Address | **Care Of Marachart Shipping Co Ltd, 5, Kapodistriou Street, Metamorfosi, 144 52 Athens, Greece.** |
| Telephone | |
| Telex | |
| Fax | |
| Cable | |
| Email | |
| Website | |

## PERSONNEL

## REGISTERED OWNER FLEET (INC NEWBUILDINGS)

At most, the first fifty records of the fleet are returned. This will include newbuildings and dead ships. Click here to return entire fleet into Search Results.

| LRNO | Ship Name | Status | DWT | GT | Type | Built |
|---|---|---|---|---|---|---|
| 7614771 | TOUGH TRADER | In Service/Commission | 15,200 | 9,020 | General Cargo Ship | 1980-02 |

## FLEET POSITION

At most, the first 200 in service ships of the fleet are returned.



| | | | |
|---|---|---|---|
| MMSI | 563431000 | Last seen at | 30/12/2007 1:14:20 UTC |
| Name | TOUGH TRADER | Latitude | N 5°03.846' |
| Callsign | 9VY09 | Longitude | W 4°13.616' |
| IMO number | 7614771 | Heading | 231° |
| Length | 144 m | Speed | 10.5 knots |
| Beam | 20 m | Destination | BANJUL |
| Draught | 9.3 m | ETA | 2/1/2008 9:00:00 UTC |
| Vessel Type | Cargo | Status | Under way using engine |

© 2008 Lloyd's Register - Fairplay Ltd. Lloyd's Register - Fairplay Ltd assumes no responsibility and shall not be liable to any person for any loss, damage or expense caused by reliance on the information or advice in this document or howsoever provided, unless that person has a contract with Lloyd's Register - Fairplay Ltd and in that case any responsibility or liability is exclusively on the terms and conditions set out in that contract.