# EXHIBIT 8
# TO THE
# AFFIDAVIT OF THOMAS H. BELKNAP, JR.

23/12 '05 FRI 15:39 FAX                      MARACHART                              ☒001
23/12 '05 FRI 15:28 FAX +30 2104587856       EUROBANK BR. 029



### FAX COVER SHEET

To:         MARACHART

Fax no.:    210 6217155

From:       EFG Eurobank Ergasias S.A. Athens, Greece
            Tel. ++ 30 210 333 7000
            Fax. ++ 30 210 4587 856

Date

Subject:    **CONFIRMATION OF PAYMENT**

CONFIDENTIALITY NOTICE: The information transmitted in this FAX is confidential and for the use of the above recipient. If the reader of this message is not the intended above recipient you are hereby notified that the retention, dissemination, distribution or copy of this FAX is strictly prohibited. If you have received the FAX by mistake, please immediately destroy the message and notify us by telephone to above number.

```
PLEASE BE ADVISED THAT WE HAVE EFFECTED
THE FOLLOWING PAYMENT
CITIUS33XXX
CITIBANK N.A.
NEW YORK,NY 10043
NEW YORK,NY
US
UNITED STATES
20: Sender's Reference
    005C230029X00130
23B: Bank Operation Code
    CRED
32A: Val Dte/Curr/Interbnk Settld Amt
    Date    : 23 December 2005
    Currency : USD (US DOLLAR)
    Amount  :       #140.743,15#
33B: Currency/Instructed Amount
    Currency : USD (US DOLLAR)
    Amount  :       #140.743,15#
50K: Ordering Customer-Name & Address
    MARACHART SHIPPING COMPANY LIMITED
    T.TH 51825.
    14502 AG.STEFANOS
56A: Intermediary Institution - BIC
    IRVTUS3NXXX
    BANK OF NEW YORK

    NEW YORK,NY US
57A: Account With Institution - BIC
    /8900546042
    VTBRRUM2VDV
```

Joan/Gina

23/12 '05 FRI 15:39 FAX          MARACHART                              @002

23/12 '05 FRI 15:28 FAX +30 2104587856    EUROBANK BR. 029              @002



BANK FOR FOREIGN TRADE
(VLADIVOSTOK BRANCH)
VLADIVOSTOK RU
59: Beneficiary Customer-Name & Addr
/40702840734003000236
FAR-EASTERN SHIPPING CO
FOR YR VLADIVOSTOK BRANCH
70: Remittance Information
RE MV CHELYABINSK HIRE 21/12/05
05/01/06 SEA TRANSPORT CONTRA
CTORS LTD
71A: Details of Charges
    OUR
PAYMENT SERVICES DEPARTMENT
BANK EUROBANK EFG EUROBANK ERGASIAS S.A.
GREECE