# EXHIBIT 10
# TO THE
# AFFIDAVIT OF THOMAS H. BELKNAP, JR.

**Belknap, Thomas H.**

| | |
|---|---|
| **From:** | Lumaries Velez [LVelez@zeklaw.com] |
| **Sent:** | Tuesday, December 11, 2007 5:30 PM |
| **To:** | Belknap, Thomas H. |
| **Subject:** | Far Eastern Shipping Co. PLC., v. Sea Transport Contractors Limited, Marachart Shipping Co. Ltd and Sword Trading S.A., - S.D.N.Y. 07 Civ 9887 - Our Ref. No. 601650-00603 |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Red |

Good Afternoon Tom,

In furtherance to our conversation, We recieved a wire today in the amount of $913.20 where Marachart Shipping Co. Ltd. was a c/o to the Originator who is Ambient Shipholding Co. Per your instructions, these funds have been released.

Please confirm your instructions via email.

Thank You
Lumaries Velez
Legal Assistant
Zeichner Ellman & Krause LLP
575 Lexington Avenue, 10th Floor
New York, New York 10022
(212) 826-5300 ext. 395
(212) 753-0396 -Fax
Email: lvelez@zeklaw.com

1

## Belknap, Thomas H.

**From:**     Lilian Philiposian [LPhiliposian@rawle.com]
**Sent:**      Friday, January 11, 2008 3:51 PM
**To:**         Belknap, Thomas H.
**Cc:**         Mitchell, Neal
**Subject:**   RE: Far Eastern Shipping v. Marachart Shipping Co. Ltd.,, et al., 07-CIV-9887

Tom,

Two additional wires came through the Bank of New York Mellon for funds in the amount of $39,020.00 being wire transferred from "Ambient Shipholding Co. c/o Marachart Shipping Co. Ltd." in Greece, and $6,761.00 being wire transferred from "Tough Trader Maritime Pte. Ltd. c/o Marachart Shipping Co." in Singapore.

Please advise if these funds are to be restrained, pursuant to the Writ served on the Bank in the above matter.

Best regards,


Lilian V. Philiposian, Esquire
Rawle & Henderson, LLP
The Widener Building
One South Penn Square
Philadelphia, PA  19107
215-575-4237 - Phone
215-563-2583 - Fax

        -----Original Message-----
        **From:** Belknap, Thomas H. [mailto:tbelknap@BlankRome.com]
        **Sent:** Thursday, January 10, 2008 6:56 PM
        **To:** Lilian Philiposian
        **Cc:** Mitchell, Neal
        **Subject:** Re: Far Eastern Shipping v. Marachart Shipping Co. Ltd.,, et al., 07-CIV-9887

        Dear Lilian-

        Thanks very much for your message.  In the meantime, we have been instructed by our client that these funds should be released.

        Thanks-

        Tom Belknap


        ----- Original Message -----
        From: Lilian Philiposian <LPhiliposian@rawle.com>
        To: Belknap, Thomas H.
        Cc: Mitchell, Neal
        Sent: Thu Jan 10 15:05:03 2008
        Subject: RE: Far Eastern Shipping v. Marachart Shipping Co. Ltd.,, et al., 07-CIV-9887

        Tom,

        I will instruct the Bank to hold the funds until I receive your response tomorrow.


2/27/2008

Best regards,


Lilian V. Philiposian, Esquire
Rawle & Henderson, LLP
The Widener Building
One South Penn Square
Philadelphia, PA 19107
215-575-4237 - Phone
215-563-2583 - Fax

-----Original Message-----
From: Belknap, Thomas H. [mailto:tbelknap@BlankRome.com]
Sent: Thursday, January 10, 2008 3:04 PM
To: Lilian Philiposian
Cc: Mitchell, Neal
Subject: RE: Far Eastern Shipping v. Marachart Shipping Co. Ltd.,, et al., 07-CIV-9887


Thanks Lilian-

I am seeking urgent instructions from my client and will revert tomorrow morning. Trust that is ok?

Best-

Tom Belknap


Thomas H. Belknap Jr. | Blank Rome LLP
The Chrysler Building, 405 Lexington Avenue | New York, NY 10174-0208
Phone: 212.885.5270 | Fax: 917.332.3795 | Mobile: 917.523.4360 | Email: TBelknap@BlankRome.com

---

From: Lilian Philiposian [mailto:LPhiliposian@rawle.com]
Sent: Thursday, January 10, 2008 2:50 PM
To: Belknap, Thomas H.
Cc: Mitchell, Neal
Subject: Far Eastern Shipping v. Marachart Shipping Co. Ltd.,, et al., 07-CIV-9887


Tom,

Two wires came through the Bank of New York Mellon for funds in the amounts of $31,653.00 and $28,061.00 being wire transferred from "Ambient Shipholding Co. c/o Marachart Shipping Co. Ltd." in Greece.

Please advise if these funds are to be restrained, pursuant to the Writ served on the Bank in the above matter.

Best regards,


Lilian V. Philiposian, Esquire
Rawle & Henderson, LLP
The Widener Building
One South Penn Square
Philadelphia, PA 19107

215-575-4237 - Phone
215-563-2583 - Fax

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

This communication, including attachments, may contain information that is confidential and protected by the attorney/client or other privileges. It constitutes non-public information intended to be conveyed only to the designated recipient(s). If the reader or recipient of this communication is not the intended recipient, or you believe that you have received this communication in error, please notify the sender immediately by return e-mail and promptly delete this e-mail, including attachments without reading or saving them in any manner. The unauthorized use, dissemination, distribution, or reproduction of this e-mail, is prohibited and may be unlawful.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

This message and any attachments may contain confidential or privileged information and are only for the use of the intended recipient of this message.  If you are not the intended recipient, please notify the sender by return email, and delete or destroy this and all copies of this message and all attachments.  Any unauthorized disclosure, use, distribution, or reproduction of this message or any attachments is prohibited and may be unlawful.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Any Federal tax advice contained herein is not intended or written to be used, and cannot be used by you or any other person, for the purpose of avoiding any penalties that may be imposed by the Internal Revenue Code. This disclosure is made in accordance with the rules of Treasury Department Circular 230 governing standards of practice before the Internal Revenue Service. Any written statement contained herein relating to any Federal tax transaction or matter may not be used by any person without the express prior written permission in each instance of a partner of this firm to support the promotion or marketing of or to recommend any Federal tax transaction(s) or matter(s) addressed herein.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

This message and any attachments may contain confidential or privileged information and are only for the use of the intended recipient of this message.  If you are not the intended recipient, please notify the sender by return email, and delete or destroy this and all copies of this message and all attachments.  Any unauthorized disclosure, use, distribution, or reproduction of this message or any attachments is prohibited and may be unlawful.
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Any Federal tax advice contained herein is not intended or written to be used, and cannot be used by you or any other person, for the purpose of avoiding any penalties that may be imposed by the Internal Revenue Code. This disclosure is made in accordance with the rules of Treasury Department Circular 230 governing standards of practice before the Internal Revenue Service. Any written statement contained herein relating to any Federal tax transaction or matter may not be used by any person without the express prior written permission in each instance of a partner of this firm to support the promotion or marketing of or to recommend any Federal tax transaction(s) or matter(s)

2/27/2008

addressed herein.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

2/27/2008