# EXHIBIT 11
# TO THE
# AFFIDAVIT OF THOMAS H. BELKNAP, JR.

conjunta y separadamente responsable para con los otros Prestatarios por todas las responsabilidades y obligaciones de los Prestatarios conforme a este Contrato y de manera que dichas obligaciones y responsabilidades no serán perjudicadas por ---- 1. cualquier falta de este Contrato de ser legal, válido, vinculante y exigible en relación con cualquiera de los Prestatarios ya sea como resultado de la falta de capacidad corporativa, autorización debida, ejecución efectiva o de otro modo; -- -- 2. cualquier concesión de tiempo, tolerancia, indulgencia, renuncia o levantamiento en relación con cualquiera de los Prestatarios o a cualquiera otra parte de los Documentos de Garantía; o ---- 3. cualquier otro asunto o caso sea cual fuere que pudiera tener el efecto de perjudicar todas o cualquiera de las responsabilidades y obligaciones de cualquiera de los Prestatarios. ----- 8.02 Cada uno de los Prestatarios declara que es y seguirá siendo, durante todo el Período de Garantía, un deudor principal por todas las sumas adeudadas conforme a este Contrato y ninguno de los Prestatarios será bajo ningunas circunstancia considerado como un garante de las obligaciones de los otros Prestatarios conforme al presente documento. ----- 8.03 Hasta que todas las sumas adeudadas al Prestamista por los Prestatarios conforme a este Contrato y los demás Documentos de Garantía hayan sido pagadas en su totalidad, ninguno de los Prestatarios (en lo sucesivo un "Prestatario Acreedor"), sin el consentimiento escrito previo del Prestamista podrá solicitar, exigir, litigar por, tomar o recibir de cualquier otro Prestatario o cualquier otro miembro del Grupo (en lo sucesivo un "Prestatario Deudor") mediante compensación o en cualquier otra forma la totalidad o cualquier parte de todas las sumas, responsabilidades y obligaciones actuales y futuras pagaderas o adeudadas por el Prestatario Deudor al Prestatario Acreedor, ya sea real o condicionalmente, conjunta o separadamente, o de cualquier otro modo que fuere (cuyas sumas se denominan en adelante las "Obligaciones Subordinadas") mientras que

 
cualesquiera Obligaciones Prioritarias se encuentran pendientes de pago al Prestamista (para cuyo propósito **"Obligaciones Prioritarias"** significa todas las sumas, responsabilidades y obligaciones actuales y futuras de cualquiera clase pagaderas o adeudadas por los Prestatarios (o cualquiera de ellos) de conformidad con los Documentos de Garantía o cualquiera de ellos o de cualquier otro modo que fuere, ya sea real o condicionalmente, conjunta o separadamente o de cualquier otro modo que fuere). ----- 9. **BASE SUSTITUTA** ----- 9.01 Si el Prestamista determinara (cuya determinación será concluyente) que: ---- 9.01.01 a las 11:00 a.m. (hora de Londres) de cualquier Fecha de Determinación de Intereses el Prestamista no tuviera ofertas de bancos en el Mercado Interbancario de Londres para depósitos en Dólares por el monto requerido y para el período requerido; o ---- 9.01.02 por motivo de circunstancias que afectaran al Mercado Interbancario de Londres dichos depósitos no estuvieran disponibles al Prestamista en dicho mercado; o - --- 9.01.03 no existiesen ni existirán medios adecuados y razonables para que el Prestamista determine la Tasa de Interés aplicable al Período de Intereses próximo siguiente; o ---- 9.01.04 Dólares no continuarán o no podrán continuar siendo libremente transferibles; ---- entonces, y en cualquier tal caso el Prestamista le dará aviso de cualquier tal caso a los Prestatarios, y en caso de que cualquiera de lo anterior ocurriese en la Fecha de Determinación de Intereses antes de una Fecha de Retiro de Fondos, el derecho de los Prestatarios a tomar en préstamo la parte de la Facilidad que quede disponible para empréstito será suspendido durante la continuación de dichas circunstancias. ----- 9.02 Sin embargo, si cualquiera de los casos descritos en la Cláusula 9.01 ocurriese en cualquier otra Fecha de Determinación de Intereses pertinente a la Facilidad o cualquier parte de la misma, entonces la duración del (de los) Período(s) de Intereses pertinente(s) será de hasta un (1) mes y durante dicho Período de Intereses la Tasa de Interés

aplicable a la Facilidad o a la parte pertinente de la misma será la
tasa anual determinada por el Prestamista, redondeada hacia arriba al
próximo múltiplo íntegro de un dieciseisavo por ciento (1/16%) que será
el total del Margen Aplicable y el costo (expresado como una tasa de
porcentaje anual) del Prestamista de financiar el monto de la Facilidad
o a la parte pertinente de la misma durante dicho(s) Período(s) de
Intereses. ----- 9.03 Durante dicho(s) Período(s) de Intereses, los
Prestatarios y el Prestamista negociarán de buena fe a fin de convenir
en una Tasa o Tasas de Interés y Período o Períodos de Intereses
satisfactorios para los Prestatarios y el Prestamista a ser sustituida
por aquéllas que, de no ser por la ocurrencia de cualquier tal caso,
según lo especificado en esta Cláusula, se hubiera aplicado. Si los
Prestatarios y el Prestamista fueran incapaces de convenir en dicha(s)
Tasa(s) de Interés y Período(s) de Intereses antes del día que fuera dos
(2) Días Bancarios antes del final del Período de Intereses al que
arriba se hace referencia, los Prestatarios amortizarán la Facilidad,
junto con los intereses acumulados sobre la misma, a la Tasa de Interés
que figura arriba expuesta, junto con todas las demás sumas adeudadas
conforme a este Contrato pertinentes a la Facilidad, pero sin ninguna
comisión por pago adelantado, el último día de dicho Período de
Intereses, a partir de lo cual la Facilidad será cancelada y no se harán
ningunos Adelantos adicionales conforme al presente documento. ----- 10.
PAGO ADELANTADO ----- 10.01 Salvo según lo estipulado en la Cláusula
17.01 los Prestatarios estarán obligados a pagar por adelantado la parte
del Adeudo que el Prestamista requiera a su entera discreción si
cualquier Nave fuera vendida o se convirtiera en Pérdida Total o la
Hipoteca sobre dicha Nave fuera cancelada de conformidad con la Cláusula
10.01(c) en las siguientes fechas: ---- (a) en caso de una venta de una
Nave, en o antes de la fecha en la cual dicha fecha fuera completada
mediante la entrega de dicha Nave a su comprador; o ---- (b) en caso de




**REPUBLICA DE PANAMA**
**PAPEL NOTARIAL**

**NOTARIA NOVENA DEL CIRCUITO DE PANAMA.**

una Pérdida Total de una Nave, en la anterior o en la fecha que cayera ciento ochenta (180) días después de la fecha de ocurrencia de dicha Pérdida Total y la fecha o recibo por el Prestamista de los réditos de seguros relacionados con dicha Pérdida Total; o ---- **(c)** en caso de cancelación de la Hipoteca sobre cualquier Nave (salvo en las circunstancias a las que se hace referencia en el párrafo (a) anterior y cuando los Prestatarios y las Partes de la Garantía hayan cancelado todas sus obligaciones conforme a los Documentos de Garantía), en o antes de la fecha en la cual la Hipoteca sobre dicha Nave fuera cancelada. ----- 10.02 Para los efectos de la Cláusula 10.01, una Pérdida Total de una Nave será considerada como que ha ocurrido ---- **(a)** en caso de una pérdida total real de dicha Nave en la fecha y en la hora real en que la Nave se perdió o si dicha fecha no fuera conocida, en la fecha en la cual dicha Nave se reportó por última vez; ---- **(b)** en caso de una pérdida total constructiva de dicha Nave en la fecha y en la hora en que el aviso de abandono de la Nave fuera dado a los Aseguradores de dicha Nave por el momento (siempre y cuando, que un reclamo para dicha pérdida total sea admitido por dichos aseguradores) o, si los Aseguradores no admitieran dicho reclamo, o, en caso que dicho aviso de abandono no fuera dado por el Armador de dicha Nave a los Aseguradores de dicha Nave, en la fecha y en la hora en que el incidente que pudiera resultar, en que la Nave sea posteriormente determinada como una pérdida total constructiva ha ocurrido; ---- **(c)** en caso de una pérdida total comprometida o arreglada de dicha Nave, en la fecha en la cual un contrato vinculante en cuanto a dicha pérdida total comprometida o arreglada ha sido suscrito por los Aseguradores de dicha Nave; ---- **(d)** en caso de Adquisición Obligatoria de dicha Nave, en la fecha en la cual la requisición para título pertinente u otra adquisición obligatoria ocurra; y ---- **(e)** en caso de piratería, robo, condena, apresamiento, embargo, secuestro, detención o confiscación de dicha Nave (salvo cuando

esto equivalga a la Adquisición Obligatoria de dicha Nave) por cualquier Entidad Gubernamental, o por personas que pretendieran actuar en representación de cualquier Entidad Gubernamental, que prive al Armador de dicha Nave del uso de dicha Nave por más de treinta (30) días, al expirar el período de treinta (30) días después de la fecha en la cual la piratería, robo, condena, apresamiento, embargo, secuestro, detención o confiscación pertinente ocurrió. ----- 10.03 Siempre que medien no menos de quince (15) días de preaviso escrito al Prestamista, los Prestatarios podrán pagar por adelantado toda o cualquier parte de la Facilidad (pero si en parte el monto a ser pagado por adelantado será de US$100,000 o un múltiplo del mismo) al final del Período de Intereses entonces en curso. Los Prestatarios obtendrán cualquier consentimiento o aprobación de las autoridades pertinentes que fuera necesario para efectuar cualquier tal pago adelantado de la Facilidad y si no llegaran a obtener y/o cumplir con los términos de dicho consentimiento o aprobación y como consecuencia de ello, el Prestamista tenga que amortizar el monto pagado por adelantado o el Prestamista incurra en cualquier recargo o pérdida, entonces los Prestatarios indemnizarán al Prestamista de inmediato contra todas las sumas amortizadas en tal forma y/o contra todos los recargos y pérdidas incurridos. ----- 10.04 Salvo según fuera expresamente aquí establecido de otro modo, cualquier pago adelantado de la Facilidad efectuado o considerado como efectuado conforme a este Contrato será, si es efectuado de otro modo que al final de un Período de Intereses relativo a las sumas pagadas por adelantado, efectuado junto con los intereses acumulados sobre el mismo y la suma adicional (si la hay) que el Prestamista certifique como necesaria para compensar al Prestamista por cualesquiera daños, costos o pérdidas incurridos o a ser incurridos por él como resultado de dicho pago adelantado (lo que incluye, pero no se limita a, pérdida de utilidades y pérdidas por concepto de fondos tomados en préstamo a fin de realizar,

**REPUBLICA DE PANAMA**
PAPEL NOTARIAL

NOTARIA NOVENA DEL CIRCUITO DE PANAMA

financiar o mantener cualquier Adelanto o cualquier parte del mismo pagado por adelantado). ----- 10.05 Cualquier aviso de pago adelantado dado por los Prestatarios conforme a este Contrato será irrevocable y los Prestatarios estarán obligados a pagar por adelantado de acuerdo con cada tal aviso. ----- 10.06 Sujeto a las demás estipulaciones de este Contrato (incluyendo, sin limitación, las Cláusulas 9.03, 10.01, 11.01, 15.01 y 15.02) una suma pagada por adelantado respecto a la Facilidad o cualquier parte de la misma podrá ser tomada en préstamo nuevamente hasta por el Límite Aplicable de tiempo en tiempo. ----- 10.07 Los Prestatarios no podrán pagar por adelantado toda o cualquier parte de la Facilidad excepto de acuerdo con los términos expresos de este Contrato. ----- **11. AMORTIZACIÓN** ----- 11.01 Sujeto a lo estipulado en adelante, el total de todas las sumas pendientes de pago sobre la Facilidad serán amortizadas por los Prestatarios en la anterior de: ---- i) la Fecha de Expiración de la Facilidad Original o, sujeto a la Cláusula 11.04 en el caso de cualquier extensión o renovación de la Facilidad de conformidad con la Cláusula 11.02, el último Día Bancario del período especificado en el aviso del Prestamista al que se hace referencia en la Cláusula 11.03; y ---- ii) la Fecha de Requerimiento, siempre y cuando, sin embargo, que salvo que un Caso de Incumplimiento haya ocurrido, el Prestamista le dará un aviso escrito previo de noventa (90) días a los Prestatarios de su intención de hacer un requerimiento para la amortización conforme al presente documento. ---- En vista de lo cual, en cualquier tal caso, la Facilidad será cancelada y ningún Adelanto adicional será retirado. ----- 11.02 Los Prestatarios podrán solicitar por escrito una extensión de la Facilidad por períodos adicionales de hasta doce (12) meses sujeto siempre al consentimiento del Prestamista, SIEMPRE Y CUANDO, QUE dicha solicitud deberá ser dirigida al Prestamista por lo menos veinte (20) Días Bancarios antes de la Fecha de Expiración de la Facilidad Original o (en caso que la Facilidad ya

haya sido extendida de conformidad con los términos de esta cláusula)

veinte (20) Días Bancarios antes de la Fecha de Expiración de la

Facilidad pertinente especificada en el aviso del Prestamista al que se

hace referencia en la Cláusula 11.03, Y SIEMPRE Y CUANDO, ADEMÁS, QUE

el Prestamista podrá a su discreción, siempre que de su consentimiento

a dicha extensión de acuerdo con la Cláusula 11.03 ajustar el Límite

Aplicable según lo estime apropiado. ----- 11.03 El Prestamista podrá

(a su entera y absoluta discreción) mediante aviso por escrito al

Prestatario, consentir en la solicitud de los Prestatarios a los que se

hace referencia en la Cláusula 11.02 anterior y convenir en la extensión

de la Facilidad por uno o más períodos adicionales de hasta doce (12)

meses. Si el Prestamista no da dicho aviso según lo antedicho, todas

las sumas pendientes de pago de la Facilidad serán amortizables de

acuerdo con la Cláusula 11.01. Cualquier tal aviso será sin perjuicio al

derecho del Prestamista de hacer el requerimiento a los Prestatarios en

cualquier momento de conformidad con la Cláusula 11.01(ii). ----- 11.04

Los Prestatarios aceptan y convienen que en cada Fecha de Reducción, la

suma máxima de la Facilidad disponible conforme al presente documento

será reducida al Límite Aplicable y en caso que en cualquier Fecha de

Reducción la suma principal pendiente de pago de todos los Adelantos

retirados antes de dicha Fecha de Reducción excede del Límite

Aplicable, los Prestatarios convienen en pagarle al Prestamista en

dicha Fecha de Reducción dicha parte de la Facilidad según sea

requerido a fin de reducir la Facilidad al Límite Aplicable. ----- 12.

APLICACIÓN ----- 12.01 Todos los dineros recibidos por el Prestamista

conforme a o de acuerdo con cualquiera del Contrato y/o los Documentos

de Garantía y expresados como aplicables de acuerdo con las

estipulaciones de esta Cláusula 12 serán tenidos por el Prestamista,

para ser aplicados en la siguiente manera: ---- (a) primero, a o hacia

el pago de todas las sumas, que no sean el principal de o los intereses





000400

P 302133

**NOTARIA NOVENA DEL CIRCUITO DE PANAMA**

sobre la Facilidad, que pudieran adeudarse al Prestamista conforme a
este Contrato y los demás Documentos de Garantía o cualquiera de ellos;
---- (b) segundo, a o hacia el pago al Prestamista de cualesquiera
intereses adeudados respecto a la Facilidad o cualquier parte de la
misma; ---- (c) tercero, a o hacia el pago al Prestamista del principal
adeudado respecto a la Facilidad; ---- (d) cuarto, a o hacia el pago al
Prestamista de cualquier suma adeudada a él de acuerdo con las
estipulaciones de las Cláusulas 10.04 y 28 por motivo de cualquier tal
pago respecto a la Facilidad no ser efectuado el último día de un
Período de Intereses respecto al monto total de la Facilidad; ---- (e)
quinto, en cualquier momento en o después de la ocurrencia de un Caso de
Incumplimiento en retención de una suma igual al total de cualesquiera y
todas las demás sumas que (a criterio razonable del Prestamista) aunque
no estuviera vencida entonces al Prestamista conforme a este Contrato y
a los Documentos de Garantía quedara vencida en tal forma al
Prestamista, cuyas sumas serán en adelante aplicadas por el Prestamista
de tiempo en tiempo de acuerdo con esta cláusula 12.01; y ---- (f)
sexto, el excedente (si lo hay) será pagado a los Prestatarios o a quien
quiera que tuviera derecho a recibir dicho superávit. ----- **13.**
**EVIDENCIA DE DEUDA** ----- 13.01 El Prestamista mantendrá de acuerdo con
su práctica corriente una o más Cuentas de Préstamo a nombre de los
Prestatarios que evidencien el Adeudo y dichas Cuenta de Préstamo
constituirán colectivamente la **"Cuenta Corriente"** a la que se hace
referencia en la Hipoteca y la Escritura de Convenios sobre la Nave A.
----- 13.02 Si cualquier acción o procedimientos legales surgiesen de o
en relación con este Contrato y/o los Documentos de Garantía, las
partidas hechas en la(s) Cuenta(s) de Préstamo mantenida(s) de
conformidad con la Cláusula 13.01 serán evidencia concluyente (salvo en
el caso de error evidente) de la existencia y los montos de las
obligaciones de los Prestatarios allí registradas. ----- **14.   PAGOS** ----

- 14.01 Todas las sumas pagaderas conforme a este Contrato y/o a los Documentos de Garantía por los Prestatarios, incluyendo las sumas pagaderas conforme a esta Cláusula 14, serán pagadas en su totalidad al Prestamista sin ninguna compensación o demanda de reconvención o retención, y perfecta y absolutamente libres de, y sin ninguna deducción o retención por o por concepto de cualesquiera Impuestos. ----- 14.02 En caso de que los Prestatarios estuvieran obligados por ley a efectuar cualquier tal deducción o retención de cualquier pago conforme al presente documento, entonces los Prestatarios pagarán de inmediato al Prestamista la suma adicional que resulte en el recibo inmediato por el Prestamista (según sea el caso) del monto total que hubiera sido recibido conforme al presente documento de no hacerse tal deducción o retención, pero si el Prestamista tuviera o llegara a tener derecho a cualquier crédito o reembolso fiscal respeto a cualquier Impuesto que fuera deducido de cualquier pago por los Prestatarios, y si el Prestamista, a su entera determinación, de hecho recibiera un beneficio de dicho crédito o reembolso fiscal en su país de domicilio, constitución o residencia, el Prestamista deberá, sujeto a cualesquiera leyes o reglamentos aplicables a los mismos, pagarle a los Prestatarios después que dicho beneficio sea de hecho recibido por el Prestamista las sumas (las cuales serán concluyentemente certificadas por el Prestamista) que garanticen que el monto neto de hecho retenido por el Prestamista sea igual al monto que hubiera sido retenido de no existir tal deducción; los Prestatarios le remitirán de inmediato al Prestamista un recibo oficial de la autoridad fiscal o de otra índole correspondiente u otra evidencia aceptable para el Prestamista de la suma deducida o retenida según lo antedicho, siempre y cuando, que en caso de que fuera ilegal para los Prestatarios pagar la suma adicional a la que se hace referencia en esta Cláusula 14.02, entonces el Adeudo será amortizable por los Prestatarios al Prestamista al requerimiento.

**REPUBLICA DE PANAMA**
**PAPEL NOTARIAL**





28. VI .07

P 302133

**NOTARIA NOVENA DEL CIRCUITO DE PANAMA**

----- 14.03 Todos los pagos a ser efectuados por los Prestatarios
conforme a este Contrato y/o a los Documentos de Garantía serán
efectuados en Dólares en fondos inmediatamente disponibles y
libremente transferibles y convertibles, a más tardar a las 11:00 a.m.,
hora de Londres en la fecha en la cual el pago pertinente estuviera
vencido al Prestamista a la cuenta que el Prestamista pudiera de tiempo
en tiempo designar mediante aviso escrito a los Prestatarios. -----
14.04 En caso de una falta por los Prestatarios para pagar cualquier
suma en la fecha en la cual dicha suma esté vencida y pagadera de
conformidad con este Contrato y/o los Documentos de Garantía e
independientemente de cualquier aviso por el Prestamista o cualquier
otra persona al Prestatario respecto a dicha falta, los Prestatarios
pagarán intereses sobre dicha suma al requerimiento desde la fecha de
dicho incumplimiento hasta la fecha real de pago (tanto antes como
después de sentencia) a la tasa anual que sea el total de (a) Dos por
ciento (2%) y (b) el Margen Aplicable y (c) la tasa a la cual al
Prestamista de acuerdo con su práctica normal se le ofrecieran depósitos
en Dólares en el Mercado Interbancario de Londres por el período que el
Prestamista seleccione en o alrededor de las 11:00 a.m. (hora de
Londres) el Día Bancario inmediatamente siguiente a aquél en el cual el
Prestamista se percate del incumplimiento y, mientras que el
incumplimiento continúe, dicha tasa será recalculada en los mismos
términos en adelante. ----- 14.05 Las Cláusulas 7.02 y 7.03 se
aplicarán al cálculo y la determinación de los intereses sobre las
sumas morosas. ----- 14.06 Los Prestatarios se comprometen a indemnizar
al Prestamista contra cualquier pérdida incurrida por el Prestamista
como resultado de cualquier sentencia u orden ser emitida u otorgada
para el pago de cualquier suma adeudada conforme al presente documento,
y dicha sentencia u orden ser expresada en una moneda que no sea la
moneda en la cual el pago estuviera vencido conforme al presente

documento, y como resultado de cualquier variación haber ocurrido en los tipos de cambio entre la fecha en la cual la moneda fuera convertida para los efectos de dicha sentencia u orden, y la fecha real de pago de la misma. Esta indemnización constituirá una obligación separada e independiente de los Prestatarios y continuará en vigor y efecto no obstante cualquier tal sentencia u orden según lo antedicho. ----- 15. **CAMBIO EN LAS CIRCUNSTANCIAS** ----- 15.01 Si: ---- 15.01.01 cualquier ley, reglamento, tratado o directriz oficial (ya sea o no que tenga fuerza de ley) o la interpretación del mismo por cualquier autoridad encargada de su administración: --- 15.01.01.1 sujetara al Prestamista a cualquier Impuesto respecto a los pagos del principal de o los intereses sobre su proporción de la Facilidad o cualquier otra suma pagadera conforme al presente documento; o --- 15.01.01.2 cambiara la base para la Imposición Fiscal sobre los pagos al Prestamista del principal de o los intereses sobre la Facilidad o de cualquier otra suma pagadera conforme al presente documento (que no sea un cambio en la tasa de Impuesto sobre la renta neta total del Prestamista); o --- 15.01.01.3 impusiera, modificara o hiciera aplicable cualesquiera requisitos de reserva y/o de depósito especial contra o respecto a los activos o pasivos de, o depósitos con, o para la cuenta de, o préstamos o créditos extendidos por cualquier oficina del Prestamista; o --- 15.01.01.4 impusiera sobre el Prestamista cualquier otra condición que afectara este Contrato, la Facilidad o su financiamiento; o ---- 15.01.02 el Prestamista cumpliera con cualquier solicitud, ley, reglamento (incluyendo cualquiera que se relacione con la suficiencia de capital o control de liquidez o que afecte la forma en la cual el Prestamista adjudica recursos de capital a sus obligaciones conforme a este Contrato (lo que incluye, pero no se limita a, la implementación de cualesquiera reglamentos que pudieran reemplazar a los que constan en la declaración del Comité de Basilea de Reglamentos Bancarios y Prácticas Supervisoras

**REPUBLICA DE PANAMA**
**PAPEL NOTARIAL**





### NOTARIA NOVENA DEL CIRCUITO DE PANAMA

fechado en julio de 1998 y titulado "Convergencia Internacional sobre Medidas de Capital y Estructuras de Capital") o la directriz de cualquier autoridad fiscal o monetaria aplicable (ya sea o no que tenga fuerza de ley) y como resultado de cualquiera de lo anterior: --- 15.01.02.1 el costo del Prestamista de conceder, financiar o mantener la Facilidad fuera incrementado; o --- 15.01.02.2 el monto del principal, los intereses u otra suma pagadera al Prestamista o el rendimiento real para el Prestamista conforme al presente documento fuera reducido; o --- 15.01.02.3 el Prestamista efectuara cualquier pago o renunciara a cualesquiera intereses u otro rendimiento sobre o calculado en referencia al monto bruto por cobrar por él de los Prestatarios conforme al presente documento, ---- entonces y en cada tal caso, al requerimiento de tiempo en tiempo, los Prestatarios le pagarán al Prestamista la suma que sirva para compensar al Prestamista por dicho costo incrementado, reducción, pago o intereses u otro rendimiento sacrificado. Si el Prestamista tuviera derecho a efectuar un reclamo de conformidad con esta Cláusula, le notificará a los Prestatarios del caso por motivo del cual tuviera derecho en tal forma y le presentará a los Prestatarios un certificado que establezca los detalles del caso que diera lugar a dicha compensación, el monto de la misma y la forma en la cual la misma se haya calculado y, a falta de error evidente, dicho certificado será concluyente. ---- Una vez recibido dicho certificado, los Prestatarios tendrán la opción de pagar por adelantado, dentro de noventa (90) días la Facilidad, junto con todos los intereses acumulados sobre la misma, y todos los costos y las demás sumas (incluyendo las sumas pagaderas a las que arriba se hace referencia y cualquier suma pagadera conforme a la Cláusula 10.06) pagaderos al Prestamista conforme al presente documento. Si los Prestatarios decidieran ejercer dicha opción, le darán aviso escrito al Prestamista, y pagarán por adelantado la suma adeudada al Prestamista dentro de noventa (90) días a partir del

recibo del certificado al que arriba se hace referencia. Los deberes y obligaciones del Prestamista conforme al presente documento serán cancelados una vez dado dicho aviso. ----- 15.02 No obstante cualquier cosa en sentido contrario aquí contenida, si cualquier cambio en la ley, reglamento o tratado o en la interpretación o aplicación del mismo por cualquier autoridad encargada de su administración, hiciera ilegal para el Prestamista conceder, financiar o mantener la Facilidad o cualquier parte de la misma, el Prestamista podrá mediante aviso escrito de ello a los Prestatarios, declarar que el deber del Prestamista de suministrarle a los Prestatarios la Facilidad se dará por terminado de inmediato, en vista de lo cual, los Prestatarios pagarán por adelantado de inmediato (o si fuera permitido por ley, en la Fecha de Pago de Intereses próxima siguiente) la Facilidad junto con todos los intereses acumulados sobre la misma y todas las demás sumas pagaderas al Prestamista conforme al presente documento, incluyendo las sumas adeudadas conforme a la Cláusula 10.06. Los deberes y obligaciones del Prestamista conforme al presente documento serán cancelados una vez dado dicho aviso. ----- 15.03 Si cualquiera de los casos a los que se hace referencia en la Cláusula 15.01 o en la Cláusula 15.02 ocurriese, pero sin perjuicio de la obligación de los Prestatarios de pagar por adelantado la Facilidad, los Prestatarios y el Prestamista negociarán de buena fe con miras a convenir en los términos para conceder la Facilidad desde otra jurisdicción, o de financiar la Facilidad de fuentes alternas o reestructurar de otro modo la Facilidad en una forma que no sea ilegal. ----- 16. **ASEVERACIONES Y GARANTÍAS** ----- 16.01 Los Prestatarios conjunta y separadamente aseveran y garantizan por este medio al Prestamista que los siguientes asuntos son ciertos en la fecha de este Contrato y garantiza que continuará siendo ciertas hasta el pago completo de todas las sumas pagaderas conforme al presente documento: ---- 16.01.01 cada Parte de la Garantía Corporativa es una sociedad

**REPUBLICA DE PANAMA**
**PAPEL NOTARIAL**

**NOTARIA NOVENA DEL CIRCUITO DE PANAMA**

debidamente constituida y válidamente existente con arreglo a las leyes del país de su constitución y tiene la facultad y autoridad para ser dueño de sus activos y ejercer sus negocios en cada jurisdicción en la cual posea activos o ejerza negocios; ---- 16.01.02 cada Prestatario tiene la facultad para tomar en préstamo conforme al presente documento y cada Parte de la Garantía tiene el poder para celebrar este Contrato y los demás Documentos del Tema de los cuales éste/él fuera parte y para ejecutar y cumplir con sus deberes y obligaciones conforme a éste y aquéllos y éste/él ha tomado toda medida necesaria (ya sea corporativa o de otra índole) requerida para autorizar el otorgamiento, la entrega y ejecución de este Contrato y los demás Documentos del Tema de los cuales éste/él fuera parte y los empréstitos a ser efectuados conforme al presente documento; ---- 16.01.03 el otorgamiento, la entrega y ejecución de este Contrato y los demás Documentos del Tema, de los cuales cada Parte de la Garantía fuera parte, no violará ni constituirá un extralimitación de los poderes otorgados a dicha Parte de la Garantía por, o cualquier disposición de, cualquier ley o reglamento en cualquier jurisdicción a la cual dicha Parte de la Garantía esté sujeta, cualquier orden o decreto de cualquier agencia o tribunal gubernamental de o en cualquier jurisdicción a la cual dicha Parte de la Garantía esté sujeta, el pacto social y los estatutos (si los hay) o el pacto social y los estatutos (según sea el caso) de dicha Parte de la Garantía o cualquier hipoteca, escritura, contrato o acuerdo del cual dicho Prestatario fuera parte, y que sea vinculante para esa Parte de la Garantía o sus activos, y no hará que ningún Gravamen surja respecto a o pese sobre todos o cualquier parte de sus ingresos o activos ni requerirá que dicha Parte de la Garantía cree cualquier tal Gravamen que no sea cualquier Gravamen a ser creado conforme al presente documento; ---- 16.01.04 todos los consentimientos, licencias, aprobaciones, registros, autorizaciones o declaraciones (incluyendo, sin limitación, todas las aprobaciones de

control de divisas extranjeras) en cualquier jurisdicción a la cual cada
Prestatario o cualquiera de las Partes de la Garantía estuvieran sujetos
requeridos para permitirle a dicho Prestatario tomar en préstamo
conforme al presente documento y cada Parte de la Garantía legalmente
celebrar y ejecutar y cumplir con sus deberes y obligaciones conforme a
este Contrato y los demás Documentos del Tema de los cuales fueran
parte, para asegurarse de que los deberes y obligaciones de dicho
Prestatario y dicha otra Parte de la Garantía conforme a éste y aquéllos
sean legales, válidos y exigibles de acuerdo con los términos de este
Contrato y los términos de los demás Documentos del Tema de los cuales
fueran parte respectivamente y para hacer que este Contrato y los demás
Documentos del Tema de los cuales fueran parte admisibles en evidencia
en las jurisdicciones antedichas, han sido obtenidos o efectuados y se
encuentran en pleno vigor y efecto; ---- 16.01.05 este Contrato y cada
uno de los Documentos del Tema, de los cuales cada Parte de la Garantía
fuera parte, constituyen los deberes y obligaciones legales, válidos,
vinculantes e incondicionales de dicha Parte de la Garantía, exigibles
contra dicha Parte de la Garantía de acuerdo con los términos de éste o
aquéllos salvo según lo estipulado por cualquier quiebra, insolvencia o
leyes similares de aplicación general; ---- 16.01.06 ninguna Parte de la
Garantía ha dejado de pagar en su vencimiento cualquier suma en exceso
del total de US$ 150,000 o cumpla con cualquier deber material conforme
a las estipulaciones de cualquier contrato relacionado con el adeudo del
cual fuera parte o mediante el cual éste/él estuviera comprometido y
ningún caso ha ocurrido y continúa que constituya, o que con aviso o el
transcurso del tiempo o ambos pudiera constituir, una violación o
incumplimiento material por cualquier Parte de la Garantía conforme a
cualquier tal contrato; ---- 16.01.07 ningún procedimiento de litigio o
administrativo ante o en cualquier corte, tribunal de arbitraje o
autoridad gubernamental se encuentra pendiente o, al saber de los

**REPUBLICA DE PANAMA**
PAPEL NOTARIAL





**NOTARIA NOVENA DEL CIRCUITO DE PANAMA**

Prestatarios, amenazado contra cualquier Parte de la Garantía o sus
activos que pudiera tener un efecto material adverso sobre los negocios,
activos o condición financiera de dicha Parte de la Garantía o la
habilidad de dicha Parte de la Garantía para ejecutar y cumplir con sus
respectivos deberes y obligaciones conforme al presente documento y
conforme a los demás Documentos del Tema de los cuales sea parte; ----
16.01.08 las Cuenta Combinadas con completas y correctas y representan
fielmente la posición de los Prestatarios y/o el Grupo a partir de dicha
fecha y los resultados de las operaciones de los Prestatarios y/o el
Grupo finalizaron en dicha fecha, y han sido preparadas de acuerdo con
los Principios de Contabilidad Internacionales (IAS, por sus siglas en
inglés) consistentemente aplicados y representan en forma fiel y exacta
la condición financiera, activos y obligaciones de los Prestatarios y/o
el Grupo en la fecha a la cual dichas Cuentas Combinadas han sido
preparadas y desde esa fecha no ha habido ningún cambio adverso en las
condiciones financieras de los negocios, activos u operación de los
Prestatarios y/o el Grupo, consideradas como un todo; ---- 16.01.09 la
información suministrada al Prestamista en relación con esta transacción
es cierta y correcta en todo sentido material y no omite ninguna
información necesaria para hacer que cualquiera de la información
suministrada en tal forma no resulte engañosa; ---- 16.01.10 no es
necesario o aconsejable para garantizar la legalidad, validez,
exigibilidad o admisibilidad en evidencia de este Contrato y los demás
Documentos del Tema (con la excepción de las Hipotecas y la Escritura de
Convenios que tienen que ser inscritos en el Registro de Singapur o
panameño correspondiente) que cualquiera de ellos sea presentado,
inscrito o registrado con cualquier autoridad o agencia gubernamental o
que sean selladas con cualquier timbre fiscal, derecho de registro o
impuesto de transacción similar; ---- 16.01.11 la selección de ley
inglesa para regir este Contrato es una selección válida y vinculante y

no pretende cumplir con cualquiera de los términos de cualquiera de dichos documentos. ----- 16.02 Los Prestatarios conjunta y separadamente aseveran y garantizan además por este medio al Prestamista que los siguientes asuntos serán ciertos en la Fecha de Entrega de la Nave C y, en la Fecha de Retiro de Fondos del Adelanto de Refinanciamiento, en el caso de la Nave A y la Nave B (cada una en adelante llamada en esta Cláusula 16.02 como la "Nave pertinente" y el Armador de la misma se denomina en adelante en esta Cláusula 16.02 como el "Prestatario pertinente") y en adelante seguirán siendo ciertos durante todo el Período de Garantía: ---- 16.02.01 la Nave C habrá sido entregada incondicionalmente por el Vendedor y aceptada por el Prestatario C, de conformidad con el MDA, y el monto total de los dineros pagaderos en la Fecha de Entrega conforme al MDA habrá sido debidamente pagado al Vendedor; ---- 16.02.02 la Nave pertinente será debidamente registrada a nombre del Prestatario pertinente conforme a la bandera de Singapur o panameña (según el caso); ---- 16.02.03 la Nave pertinente será de propiedad absoluta y desahogada del Prestatario pertinente salvo según lo contemplado por este Contrato y los demás Documentos de Garantía; -- -- 16.02.04 la Nave pertinente mantendrá la clase más alta con su Sociedad de Clasificación libre de todas las recomendaciones y salvedades de su Sociedad de Clasificación; ---- 16.02.05 la Nave pertinente estará en condiciones operativas de hacerse a la mar; ---- 16.02.06 la Nave pertinente cumple con todas las leyes, reglamentos y requisitos pertinentes (reglamentarios o de otra índole), lo que incluye, pero no se limita a, el Código ISM, el Código ISPS, la Documentación del Código ISM y la Documentación del Código ISPS que sean aplicables a (i) naves registradas bajo las leyes de la bandera bajo la cual navegará y (ii) participan en el mismo servicio o en un servicio similar en que dicha Nave participa o habrá de participar; -- -- 16.02.07 la Hipoteca respecto a la Nave pertinente habrá sido

REPUBLICA DE PANAMA
PAPEL NOTARIAL





## NOTARIA NOVENA DEL CIRCUITO DE PANAMA

debidamente inscrita contra dicha Nave como una hipoteca naval de primera prioridad válida de acuerdo con las leyes de su bandera; ---- 16.02.08 la Nave pertinente estará asegurada de acuerdo con las estipulaciones de este Contrato respecto a los Seguros; ---- 16.02.09 la Nave pertinente estará administrada por el Administrador conforme a los términos del Contrato de Administración, relacionados con ella; ---- 16.02.10 el Prestatario pertinente y el Administrador han cumplido con las estipulaciones de todas las Leyes Ambientales respecto al Prestatario pertinente; ---- 16.02.11 el Prestatario pertinente y el Administrador han obtenido todas las Aprobaciones Ambientales y están en cumplimiento con todas las Aprobaciones Ambientales respecto a la Nave pertinente; ---- 16.02.12 el Prestatario pertinente y el Administrador no haya recibido ningún aviso de cualquier Reclamo Ambiental que alegue que cualquier Prestatario o el Administrador no está en cumplimiento con cualquier Ley Ambiental o cualquier Aprobación Ambiental respecto a la Nave pertinente; ---- 16.02.13 no existe ningún Reclamo Ambiental pendiente contra cualquier Prestatario y/o el Administrador; y ---- 16.02.14 ningún Incidente Ambiental haya ocurrido que tenga o pudiera dar lugar a cualquier Reclamo Ambiental contra cualquier Prestatario y/o el Administrador y/o cualquier Nave; y ----- 16.03 los Prestatarios aseveran, garantizan y confirman conjunta y separadamente además a cada otra Parte de este Contrato que: ---- 16.03.01 celebrarán este Contrato por cuenta propia y recibirán la Facilidad o cualquier parte de la misma para su beneficio exclusivo; y ---- 16.03.02 le informarán expeditamente al Prestamista (mediante aviso escrito) si ellos o cualquiera de ellos no fueran, o dejaran de ser, dicho(s) beneficiario(s) y establecerán por escrito el(los) nombre(s) y la(s) dirección(es) del(de los) beneficiario(s) pertinente(s); ---- 16.03.04 Las aseveraciones y garantías de los Prestatarios que figuran expuestas en las Cláusulas 16.01, 14.02 y 16.03 arriba sobrevivirán el otorgamiento de este

Contrato y serán consideradas como repetidas en cada Fecha de Retiro de Fondos, cada Fecha de Reducción y en cada Fecha de Pago de Intereses respecto a los hechos y circunstancias existentes en cada tal fecha como si se hubieran hecho en dicha fecha. ----- 17. **GARANTÍAS** ----- 17.01 Los Prestatarios convienen por este medio en que los Documentos de Garantía garantizarán con primera prioridad, el pago debido del Adeudo. ----- 17.02 Queda declarado y pactado en relación con la garantía creada por los Documentos de Garantía que: ---- 17.02.01 la misma será tenida por el Prestamista como una garantía continua del pago del Adeudo; y ---- 17.02.02 la garantía creada en tal forma no será satisfecha o levantada mediante el pago o la satisfacción intermedia de cualquier parte del mondo garantizado conforme a la misma; y ---- 17.02.03 la garantía creada en tal forma será en adición a y no será de modo alguno perjudicada ni afectada por cualquier garantía colateral o de otra índole actualmente o en el futuro tenida por el Prestamista por todas o cualquier parte de las sumas garantizadas en tal forma; y ---- 17.02.04 cada poder y derecho otorgado al Prestamista conforme al presente documento serán en adición a y no en limitación de cualquier y cada otro poder o derecho del Prestamista conforme a los Documentos de Garantía y podrán ser ejercidos de tiempo en tiempo en el orden y tan a menudo como el Prestamista lo estime apropiado. ----- 18. **CONDICIONES PRECEDENTES** ----- 18.01 No obstante las estipulaciones de la Cláusula 5, el compromiso del Prestamista de permitir el retiro de fondos del Adelanto que primero ocurra está sujeto a la condición de que el Prestamista haya recibido a más tardar en la Fecha de Retiro de Fondos de dicho Adelanto los siguientes documentos o evidencia de modelo y contenido satisfactorios para el Prestamista y sus asesores legales: -- -- 18.01.01 una copia, certificada como fiel copia por el secretario de cada Parte de la Garantía Corporativa de las resoluciones de la junta directiva y de los accionistas de cada Parte de la Garantía Corporativa,

REPUBLICA DE PANAMA
PAPEL NOTARIAL



NOTARIA 9
PANAMA

REPUBLI...
28.XI.0...



302 135

NOTARIA NOVENA DEL CIRCUITO DE PANAMA

autorizando la transacción contemplada por este medio y autorizando a
una persona o personas para firmar u otorgar en representación de cada
Parte de la Garantía Corporativa este Contrato, el Aviso de Retiro de
Fondos, el Reconocimiento (como en el modelo del Anexo 2 del presente
documento) y los Documentos de Garantía de los cuales sea parte; ----
18.01.02 los originales de cualquier poder o poderes legales otorgados
de conformidad con la Cláusula 18.01.1; ---- 18.01.03 espécimen de
firmas, debidamente autenticadas, de la persona o personas a las que se
hace referencia en la Cláusula 18.01.01; ---- 18.01.04 certificados u
otra evidencia satisfactoria para el Prestamista, a su entera
discreción de la existencia y vigencia legal de cada Parte de la
Garantía Corporativa fechada no más de quince (15) días antes de la
fecha del Contrato; ---- 18.01.05 copias, debidamente certificadas como
fiel copia por los respectivos secretarios de cada Parte de la Garantía
Corporativa del certificado de constitución y el memorándum y pacto
social o el pacto social y los Estatutos (según sea el caso) de cada
Parte de la Garantía Corporativa; ---- 18.01.06 evidencia de que cada
Cuenta de Utilidades ha sido debidamente abierta con el Prestamista y
que todas las resoluciones de directiva, mandatos, tarjetas de firma y
otros documentos o evidencia requeridos en relación con la operación,
mantenimiento y operación de dicha cuenta han sido debidamente
entregados al Prestamista; ---- 18.01.07 cada Contrato de Gravamen de
Cuenta debidamente otorgado por el Prestatario pertinente; ----
18.01.08 la Garantía Corporativa debidamente otorgada por el Fiador
Corporativo y cada Garantía Personal debidamente otorgada por el Fiador
Personal pertinente; ---- 18.01.09 copias certificadas de todos los
documentos (con una traducción certificada si un original no fuera en
inglés) evidenciando cualquier otra acción necesaria (lo que incluye,
pero no se limita a, aprobación gubernamental, consentimientos,
licencias, autorizaciones, validaciones o exoneraciones que el

Prestamista o sus asesores legales requieran) requerida por las Partes de la Garantía o cualquiera de ellas respecto a este Contrato y a los demás Documentos de Garantía relacionados con el retiro de fondos del Adelanto pertinente; ---- 18.01.10 el pago al Prestamista de la comisión pagadera a él en o antes de la firma de este Contrato conforme a la Cláusula 25.8; ---- 18.01.11 el pago al Prestamista de una suma de Quince mil Dólares (US$15,000) respecto a las comisiones de los asesores legales griegos del Prestamista relacionados con el Retiro de Fondos del Adelanto que primero ocurra; ---- 18.01.12 una carta de los Sres. Reed Smith Richards Butler LLP al Prestamista confirmando la aceptación de su nombramiento como agentes para la notificación conforme a la Cláusula 38.04; y ---- 18.01.13 una carta de Dimitrios Sioufas al Prestamista confirmando la aceptación de su nombramiento como agente para notificación del proceso en Grecia conforme a la Cláusula 38.05. -----
18.02 La obligación del Prestamista de facilitar el Adelanto de Refinanciamiento conforme a este Contrato está sujeta además también a la condición que el Prestamista haya recibido (además de los documentos y evidencia a los que se hace referencia en la Cláusula 18.01) los siguientes documentos o evidencia de modelo y contenido satisfactorios para el Prestamista y sus asesores legales en o antes de la Fecha de Retiro de Fondos del Adelanto de Refinanciamiento: ---- 18.02.01 las Hipotecas y (donde corresponda) las Escrituras de Convenios sobre cada Nave Existente debidamente otorgadas por el Armador de la misma y debidamente inscritas con las autoridades correspondientes; ---- 18.02.02 evidencia de que, a excepción de los Gravámenes creados por los Documentos de Garantía pertinentes no existe ningún Gravamen de ninguna clase sobre cada Nave Existente; ---- 18.02.03 evidencia de que cada Nave Existente será, en la Fecha de Retiro de Fondos del Adelanto de Refinanciamiento, registrada como propiedad del Armador de la misma como una nave de bandera de Singapur o panameña con el Registro de la

**REPUBLICA DE PANAMA**
**PAPEL NOTARIAL**





P 302133

**NOTARIA NOVENA DEL CIRCUITO DE PANAMA**

misma libre de Gravámenes registrados además de la Hipoteca que será registrada sobre la misma; ---- 18.02.04 la Cesión General respecto a cada Nave Existente debidamente otorgada por las partes de la misma; ---- 18.02.05 los avisos de cesión de las Utilidades y los Seguros de cada Nave Existente debidamente otorgados por el Armador de la misma; ---- 18.02.06 evidencia de que cada Nave Existente está asegurada de acuerdo con las estipulaciones de este Contrato; ---- 18.02.07 evidencia de que cada Nave está clasificada con el grado de clasificación más alto con su Sociedad de Clasificación; ---- 18.02.08 copias certificadas de los certificados de clasificación y de seguridad y comercio internacional emitidos por la Sociedad de Clasificación de cada Nave Existente libre de recomendaciones u otras condiciones o anotaciones que afecten su clase. ---- 18.02.09 evidencia de que cualquier y todo adeudo garantizado por las Naves Existentes de conformidad con el Contrato de Préstamo Existente ha sido amortizado en su totalidad; ---- 18.02.10 si fuera requerido por el Prestamista, un informe de arqueo que será realizado mediante inspección física a través de un arqueador marítimo aceptable para el Prestamista a costo de los Prestatarios, indicando la condición de cada Nave Existente y su maquinaria de modelo y contenido satisfactorios para el Prestamista; ---- 18.02.11 una copia certificada del Contrato de Administración pertinente respecto a cada Nave Existente; ---- 18.02.12 copias de la Documentación del Código ISM y de la Documentación del Código ISPS en relación con cada Nave Existente, el Armador de la misma y el Administrador; ---- 18.02.13 el pago al Prestamista de las comisiones pagaderas a él en o antes de la Fecha de Retiro de Fondos de dicho Adelanto conforme a la Cláusula 25; ---- 18.02.14 copias certificadas de todos los documentos (con una traducción certificada si el original no fuera en inglés) evidenciando cualquier otra acción necesaria (lo que incluye, pero no se limita a, la aprobación, consentimientos, licencias, autorizaciones, validaciones

o excepciones gubernamentales que el Prestamista o sus asesores legales requieran) que se requiera que sea tomada por las Partes de la Garantía o cualquiera de ellas respecto a este Contrato y los demás Documentos de Garantía en relación con el retiro del Adelanto de Refinanciamiento; y ---- 18.02.15 las cartas de opinión de los asesores legales de Singapur, panameños y cualesquiera otros asesores legales que el Prestamista requiera, todas aceptables para el Prestamista en relación con los Documentos de Garantía a los que se hace referencia en esta Cláusula 18.02 y de modelo y contenido satisfactorios para el Prestamista; ----- 18.03 La obligación del Prestamista de facilitar el Adelanto de Adquisición conforme a este Contrato está sujeta también además a la condición que el Prestamista haya recibido (además de los documentos y evidencia a los que se hace referencia en la Cláusula 18.01 y 18.02) los siguientes documentos o evidencia de modelo y contenido satisfactorios para el Prestamista y sus asesores legales en o antes de la Fecha de Retiro de Fondos del Adelanto de Adquisición: -- -- 18.03.01 copias certificadas del MDA, la escritura de venta, una transcripción de registro expedidas por las autoridades de la bandera panameña correspondientes y todos los demás Documentos de Compra respecto a la Nave C expedidos por el Vendedor al Prestatario C; ---- 18.03.02 una copia certificada del protocolo de entrega y aceptación de la Nave C conforme al MDA; ---- 18.03.03 evidencia de que el saldo restante del precio de compra de la Nave C de acuerdo con los términos del MDA (que no sea el monto del mismo que sea tomado en préstamo conforme al presente documento) ha sido pagado por el Prestatario C al Vendedor; ---- 18.03.04 la Hipoteca sobre la Nave C debidamente otorgada por el Prestatario C y debidamente inscrita con las autoridades panameñas correspondientes; ---- 18.03.05 evidencia de que salvo por los Gravámenes creados por los Documentos de Garantía pertinentes no existe Gravamen de ninguna clase sobre la Nave C; ----

**REPUBLICA DE PANAMA**
**PAPEL NOTARIAL**





**NOTARIA NOVENA DEL CIRCUITO DE PANAMA**

18.03.06 evidencia de que la Nave C estará, en la Fecha de Retiro de Fondos del Adelanto de Adquisición, registrada como propiedad del Prestatario C como una nave de bandera panameña con el Registro panameño correspondiente, libre de Gravámenes registrados, que no sea la Hipoteca pertinente que será registrada en su contra; ---- 18.03.07 la Cesión General y la Cesión de Fletamento Aprobado respecto a la Nave C debidamente otorgadas por sus partes; ---- 18.03.08 los avisos de cesión de las Utilidades y los Seguros y del Fletamento Aprobado de la Nave C debidamente otorgados por el Prestatario C y en el caso de la Cesión de Fletamento Aprobado debidamente reconocida por el Fletador Aprobado pertinente; ---- 18.03.09 evidencia de que la Nave C está asegurada de acuerdo con las estipulaciones de este Contrato; ---- 18.03.10 evidencia de que la Nave C está clasificada con el grado de clasificación más alto con su Sociedad de Clasificación; ---- 18.03.11 copias certificadas de la clasificación y los certificados internacionales de seguridad y comercio expedidas por la Sociedad de Clasificación de la Nave C, libre de recomendaciones u otras condiciones o anotaciones que afecten su clase; ---- 18.03.12 avalúo de mercado libre de fletamento de la Nave C sobre la base de la Cláusula 21.27; ---- 18.03.13 si fuera requerido por el Prestamista, un informe de arqueo que será realizado por medio de inspección física por un arqueador marítimo aceptable para el Prestamista a costo de los Prestatarios, indicando la condición de la Nave C y su maquinaria de modelo y contenido satisfactorios para el Prestamista; ---- 18.03.14 una copia certificada del Contrato de Administración pertinente respecto a la Nave C; ---- 18.03.15 copias de la Documentación del Código ISM y la Documentación del Código ISPS en relación con la Nave C, el Prestatario C y el Administrador; ---- 18.03.16 el pago al Agente de las comisiones pertinentes pagaderas a él en o antes de la Fecha de Retiro de Fondos de dicho Adelanto conforme a la Cláusula 25; ---- 18.03.17 copias

certificadas de todos los documentos (con una traducción certificada si el original no fuera en inglés) evidenciando cualquier otra acción necesaria (lo que incluye, pero no se limita a, la aprobación, consentimientos, licencias, autorizaciones, validaciones o excepciones gubernamentales que el Prestamista o sus asesores legales requieran) que se requiera que sea tomada por las Partes de la Garantía o cualquiera de ellas respecto a este Contrato y los demás Documentos Financieros en relación con el retiro de fondos del Adelanto de Adquisición; y ---- 18.03.18 las cartas de opinión de los asesores legales panameños y cualesquiera otros asesores legales que el Prestamista requiera, todas aceptables para el Fiduciario de la Garantía en relación con los Documentos Financieros a los que se hace referencia en esta Cláusula 18.3 y de modelo y contenido satisfactorios para el Prestamista, ----- 18.04 Además, la obligación del Prestamista de conceder cualquier Adelanto (incluyendo, sin limitación, un Adelanto de Capital de Trabajo e Inversión) está sujeta también a las siguientes condiciones adicionales: ---- 18.04.01 que tanto en la fecha del Aviso de Retiro de Fondos pertinente y en la Fecha de Retiro de Fondos pertinente --- (a) ningún Caso de Incumplimiento ni ningún Caso de Incumplimiento Potencial ha ocurrido y continúa o podría resultar de la realización del Adelanto pertinente; y --- (b) las aseveraciones y garantías de los Prestatarios en la Cláusula 16 y las aseveraciones y garantías de los Prestatarios y las demás partes de los Documentos del Tema que constan en los Documentos del Tema son ciertas y exactas en cada tal fecha, como si se hubieran hecho en cada tal fecha en referencia a los hechos entonces subsistentes; y --- (c) ninguna de las circunstancias especificadas en la Cláusula 23 (Casos de Incumplimiento) ha ocurrido y continúa; y ---- 18.04.02 que el Prestamista habrá recibido, y habrá encontrado satisfactorios para él en todo sentido, las opiniones, consentimientos, acuerdos y documentos




**REPUBLICA DE PANAMA**
**PAPEL NOTARIAL**

NOTARIA PANAMA

**NOTARIA NOVENA DEL CIRCUITO DE PANAMA**

adicionales en relación con este Contrato y los Documentos del Tema que el Prestamista pudiera solicitar mediante aviso a los Prestatarios antes de la Fecha de Retiro de Fondos. --- SIEMPRE Y CUANDO, SIN EMBARGO, QUE el Prestamista podrá permitir cualquier Adelanto o cualquier parte del mismo sea retirado no obstante que todas las condiciones especificadas en las respectivas subcláusulas de esta Cláusula 18 no se hayan cumplido y en este caso, cada uno de los Prestatarios conviene por este medio en cumplir y conseguir el cumplimiento de dichas condiciones dentro de cinco (5) Días Hábiles después de la Fecha de Retiro de Fondos de dicho Adelanto o en cualquier otra fecha especificada por el Prestamista y el retiro de fondos de dicho Adelanto o cualquier parte del mismo no será interpretado como una renuncia del derecho del Prestamista a exigir la presentación de todos los documentos y evidencia requeridos por las Cláusulas 18.01 y/o 18.02 y/o 18.03 y/o 18.04 según sea el caso. -----

19.  **COMPROMISOS FINANCIEROS Y GENERALES** ----- 19.01 Los Prestatarios convienen conjunta y separadamente con el Prestamista cumplir con las siguientes estipulaciones de esta Cláusula 19, en todo momento pertinente durante el Período de Garantía, salvo que el Prestamista permita lo contrario: ---- 19.01.01 suministrarle al Prestamista (a) dos (2) copias de las Cuentas Combinadas del Grupo y de los estados financieros anuales auditados de los Prestatarios a más tardar ciento ochenta (180) días después que finalice el año financiero pertinente que comienza con los estados financieros de 2006 y (b) cualquier otra información respecto a los negocios, las propiedades o la condición, financiera o de otra índole, de los Prestatarios, y los demás miembros del Grupo que el Prestamista pudiera razonablemente solicitar de tiempo en tiempo; ---- 19.01.02 conseguir que las Cuentas Combinadas del Grupo y los estados financieros anuales de los Prestatarios sean entregados de tiempo en tiempo de acuerdo con la Cláusula 19.01.01 sean preparadas de

acuerdo con principios y prácticas de contabilidad internacionalmente aceptados aplicados consistentemente, que representan fielmente las posiciones financieras al cierre del período al cual se relacionan; ---- 19.01.03 obtener expeditamente en cualquier momento y de tiempo en tiempo los registros, licencias, consentimientos y aprobaciones que pudieran ser requeridos respecto a este Contrato y a los Documentos de Garantía conforme a cualquier ley o reglamento aplicable que le permita a ellos ejecutar y cumplir con sus deberes y obligaciones conforme a éste y aquéllos y suministrarle copias de los mismos expeditamente al Prestamista; ---- 19.01.04 garantizar que en todo momento los reclamos del Prestamista contra cada Parte de la Garantía conforme a este Contrato y a los demás Documentos de Garantía tengan un rango por lo menos *pari passu* con los reclamos de todos sus demás acreedores no garantizados, a excepción de aquéllos reclamos que sean preferidos por cualesquiera leyes de quiebra, insolvencia u otras leyes similares de aplicación general; ---- 19.01.05 entregarle al Prestamista traducciones al inglés (certificadas por un traductor autorizado) de cualesquiera documentos que tuvieran que ser entregados al Prestamista conforme a los términos de este Contrato o los Documentos de Garantía, los originales de los cuales no sean en el idioma inglés; ---- 19.01.06 no conceder ningunos préstamos o adelantos a, ni cualesquiera inversiones en, cualquier persona, firma, sociedad o empresa conjunta (o a cualquier dignatario, director, accionista, empleado o cliente de cualquier tal persona); ---- 19.01.07 no declarar ni pagar ningunos dividendos ni amortizar ningunos préstamos de accionistas ni hacer ninguna distribución sea cual fuere sin el consentimiento escrito previo del Prestamista; ---- 19.01.08 no tomar en préstamo ningún dinero ni permitir que cualquier tal empréstito continúe que no sea a título de préstamos a accionistas subordinados ni celebrar ningún contrato para el pago en términos diferidos (de otro modo que no sean los términos de



**REPUBLICA DE PANAMA**
**PAPEL NOTARIAL**



**NOTARIA NOVENA DEL CIRCUITO DE PANAMA**

crédito normales de abastecedores) ni ningún contrato de arriendo de equipo o arriendo por contrato que no sea en el transcurso normal de los negocios; ---- 19.01.09 no asumir, garantizar ni asumir de otro modo la obligación de cualquier persona, firma o compañía (de otro modo que no sea de conformidad con los términos del presente documento, y en el transcurso normal de la operación o el comercio de las Naves); ---- 19.01.10 no autorizar ni aceptar ningunos compromisos de capital (salvo y excepto en relación con el transcurso normal de la operación o el comercio de las Naves); ---- 19.01.11 no cambiar y encargarse de que el Administrador no cambie la naturaleza de su negocio ni comenzar ningún negocio que no sea la propiedad y operación de las naves; ---- 19.01.12 (salvo y excepto según fuera estipulado en este Contrato o de otro modo a favor del Prestamista), no crear ni permitir que exista ningún Gravamen sea cual fuere sobre las Naves o cualquiera de ellas o sobre cualquiera de su otra propiedad o activos, bienes muebles o inmuebles, de los que sea dueña actualmente o que adquiera en el futuro, que no sea un Crédito Permitido sin el consentimiento escrito previo del Prestamista; ---- 19.01.13 sin perjuicio de las obligaciones de los Prestatarios conforme a la Cláusula 19.01.14, expeditamente después de la ocurrencia de un caso que constituya (o que con el transcurso del tiempo o aviso o ambos) un Caso de Incumplimiento, notificarle al Prestamista de dicho caso y de las medidas (si las hay) que se están tomando para anular o mitigar su efecto; ---- 19.01.14 de tiempo en tiempo (pero no más de una vez cada seis (6) meses) a solicitud del Prestamista entregarle a él un certificado firmado por un director o dignatario de cada uno de los Prestatarios confirmando que, salvo según fuera notificado en detalle en dicho certificado, ningún Caso de Incumplimiento (ni ningún caso que, con aviso, el transcurso del tiempo o ambos, pudiera constituir un Caso de Incumplimiento) ha ocurrido y subsiste entonces, a ser acompañado por la evidencia en cuanto a la

información y los asuntos contenidos en dicho certificado que el Prestamista pudiera razonablemente requerir de tiempo en tiempo. ----
19.01.15 pagar y garantizar y conseguir que las demás Partes de la Garantía paguen todos los Impuestos, contribuciones y otros cargos gubernamentales cuando los mismos se venzan, excepto en la medida que los mismos se impugnen de buena fe mediante los procedimientos correspondientes y reservas adecuadas se hayan puesto a un lado para su pago si dichos procedimientos fallan y velar por y garantizar que todas las declaraciones de impuestos pertinentes de los Prestatarios y de las demás Partes de la Garantía sean debida y oportunamente presentadas; --
-- 19.01.16 no traspasar, ceder, transferir, vender o disponer de otro modo de o negociar con las Naves o cualquiera de ellas o cualquiera de sus bienes muebles o inmuebles, activos o derechos ya sean actuales o futuros, sin el consentimiento escrito previo del Prestamista; ----
19.01.17 enviar (o conseguir que se le envíe) al Prestamista tan pronto como los mismos sean instituidos (o, al saber de los Prestatarios, amenazado), detalles de cualesquiera procedimientos de litigio, arbitraje o administrativo contra o que implique a los Prestatarios (o cualquiera de ellos), las demás Partes de la Garantía (o cualquiera de ellas) o las Naves (o cualquiera de ellas), que tuvieran posibilidades de tener un efecto material adverso sobre los Prestatarios, las demás Partes de la Garantía (o cualquiera de ellas) o la operación de las Naves (o cualquiera de ellas); ---- 19.01.18 cumplir (y garantizar que cada otra Parte de la Garantía cumpla) con todas las leyes, reglamentos, tratados y convenciones aplicables a los Prestatarios, las demás Partes de la Garantía y las Naves y llevar en cada Nave todos los certificados y demás documentos que sean de tiempo en tiempo requeridos para evidencia de dicho cumplimiento; ---- 19.01.19 asegurar y garantizar que cada Parte de la Garantía Corporativa mantenga su personería jurídica conforme a las leyes del país de su constitución y



cumplir con toda la legislación pertinente aplicable a la misma; ----
19.01.20 asegurar y conseguir que ningún cambio en la propiedad
registrada o beneficiosa de las acciones de cualquier Parte de la
Garantía Corporativa o cualquier Nave ocurra sin el consentimiento
escrito previo del Prestamista; ---- 19.01.21 otorgar y conseguir el
otorgamiento por cada otra Parte de la Garantía de cualquier documento
o documentos adicionales requeridos por el Prestamista a fin de
perfeccionar o perfeccionar la garantía creada por los Documentos de
Garantía; ---- 19.01.22 no disolver o fusionar y conseguir que cada
Parte de la Garantía Corporativa no sea disuelta ni se fusione o
consolide con cualquier otra compañía o persona; y ---- 19.01.23
utilizar los réditos de cada Adelanto para el beneficio de los
Prestatarios y bajo su plena responsabilidad y exclusivamente para los
fines especificados en este Contrato. ----- **20. COMPROMISOS DE SEGUROS**
----- 20.01 Los Prestatarios se comprometen por este medio con el
Prestamista a asegurar y conseguir que durante el Período de Garantía, a
costo de los Prestatarios y conforme a los términos, por las sumas y con
los Aseguradores que sean de tiempo en tiempo aprobados por escrito por
el Prestamista, los Prestatarios cumplirán con las siguientes
estipulaciones de esta Cláusula 20 en todo momento durante el Período de
Garantía, excepto que el Prestamista permita lo contrario: ---- 20.01.01
asegurar y mantener cada Nave aseguradas en Dólares o en cualquier otra
moneda que pudiera ser aprobada por escrito por el Prestamista, por el
valor asegurable completo de cada Nave, pero en ningún caso por una suma
total para todas las Naves Hipotecadas que sea menos de la mayor de (i)
los Valores de Mercado de todas las Naves Hipotecadas y (ii) ciento
treinta por ciento (130%) del monto de la Facilidad, contra riesgos de
incendio, marítimos y de otra índole (incluyendo Exceso de Riesgos) y
Riesgos de Guerra cubiertos por pólizas de casco y maquinaria; ----
20.01.02 inscribir cada Nave a nombre del Armador, por su valor y

tonelaje completos en una asociación de protección e indemnización aprobada por el Prestamista con responsabilidad ilimitada, si estuviera disponible, o de otro modo con la cobertura estándar más alta posible que por el momento es de US$ 1,000,000,000 por contaminación de hidrocarburos y por exceso de derrame de hidrocarburos y seguros contra responsabilidad por contaminación por la cobertura estándar más alta posible contra todos los Riesgos de Protección e Indemnización; ---- 20.01.03 si cualquier Nave entrara en aguas territoriales de los EUA por cualquier motivo sea cual fuere, obtener los seguros adicionales para cubrir los riesgos que pudieran ser necesarios a fin de obtener un Certificado de Responsabilidad Financiera del Guardacostas de Estados Unidos; ---- 20.01.04 a solicitud del Prestamista, obtener Seguros de lucro y/o Utilidades cesantes sobre las Naves o cualquiera de ellas (que pudieran ser requeridos por el Prestamista) respecto a contratos de fletamento con una duración que exceda de seis (6) meses y de otro modo en los términos y por las sumas que el Prestamista le ordene a los Prestatarios o cualquiera de ellos como necesarias o apropiadas; ---- 20.01.05 obtener los Seguros adicionales que pudieran ser razonablemente solicitados por el Prestamista para mantener el alcance de la cobertura de los Seguros existente; ---- 20.01.06 renovar los Seguros por lo menos catorce (14) días antes de que los Seguros pertinentes expiren y conseguir que los Corredores Aprobados confirmen con prontitud por escrito al Prestamista como y cuando cada tal renovación sea efectuada; ---- 20.01.07 pagar puntualmente todas las primas, cuotas, contribuciones u otras sumas pagaderas respecto a los Seguros y presentar todos los recibos pertinentes cuando así sea requerido por escrito por el Prestamista; ---- 20.01.08 pagarle al Prestamista al requerimiento todas las primas o las demás sumas pagaderas por el Prestamista al obtener una póliza del interés del acreedor hipotecario y si fuera así requerido por el Prestamista, una




**REPUBLICA DE PANAMA**
**PAPEL NOTARIAL**

**NOTARIA NOVENA DEL CIRCUITO DE PANAMA**

póliza de seguros del interés del acreedor hipotecario (peligros adicionales) a nombre del Prestamista por una suma asegurada mínima para todas las Naves Hipotecadas de ciento diez por ciento (110%) de la Facilidad y conforme a la redacción y las condiciones aceptables para el Prestamista; ---- 20.01.09 hacer arreglos para el otorgamiento de las garantías que sean de tiempo en tiempo requeridas por cualquier asociación de Protección e Indemnización o de Riesgos de Guerra; ---- 20.01.10 dar aviso de cesión de los Seguros a los Aseguradores en el modelo que figura expuesto en el Anexo 2 de cada Cesión General y conseguir que una copia del aviso de cesión sea endosada sobre o adjunta a los Documentos de Seguros pertinentes; ---- 20.01.11 conseguir que los Documentos de Seguros sean depositados con los Corredores Aprobados y que dichos corredores le suministren al Prestamista copias certificadas de los mismos y emitir al Prestamista una carta o cartas de compromiso en el modelo que el Prestamista razonablemente requiera; ---- 20.01.12 conseguir que las asociaciones de Protección e Indemnización y/o de Riesgos de Guerra en las cuales cada Nave estuviera inscrita le suministren al Prestamista una carta o cartas de compromiso en su formulario estándar y le suministren al Prestamista una copia de los certificados de inscripción; ---- 20.01.13 conseguir que los Documentos de Seguros (incluyendo todos los certificados de inscripción en cualquier asociación de Protección e Indemnización y/o de Riesgos de Guerra) contengan cláusulas de pérdidas pagaderas en el modelo que figura expuesto en el Anexo 3 o en el Anexo 4 (según sea apropiado) de la Cesión General; ---- 20.01.14 conseguir que los Documentos de Seguros dispongan que el crédito o compensación por primas o cuotas sin cancelar esté limitado solamente a las primas o cuotas adeudadas en relación con los Seguros sobre la Nave con la cual se relacionan y que catorce (14) días de preaviso escrito le sean dados al Prestamista por los Aseguradores (cuyo aviso será dado aún si los Aseguradores no hubieran

recibido una indagatoria debida del Prestamista) en caso de cancelación o terminación de los Seguros y en caso de la falta de pago de las primas o cuotas, el derecho a pagar dichas primas o cuotas dentro de un plazo razonable; ---- 20.01.15 suministrarle con prontitud al Prestamista información completa respecto a cualesquiera siniestros o daños a cualquier Nave por una suma en exceso de US$150,000 o como consecuencia de la cual la Nave se haya convertido o pueda convertirse en Pérdida Total; ---- 20.01.16 a solicitud del Prestamista, suministrarle al Prestamista, a costo de los Prestatarios, un informe detallado expedido por una firma de corredores o consultores de seguros marítimos nombrada por el Prestamista en relación con los Seguros; ---- 20.01.17 no realizar ningún acto ni voluntariamente asentir ni permitir que se realice cualquier acto mediante el cual cualquier Seguro fuera o pudiera ser suspendido o anulado y no asentir ni permitir que cualquier Nave participe en cualquier viaje ni transporte cualquier carga que no esté permitida conforme a los Seguros vigentes sin cubrir primero a dicha Nave por el monto aquí estipulado con seguros satisfactorios para el Prestamista por dicho viaje o el transcurso de dicha carga; ---- 20.01.18 (sin limitar la generalidad de lo anterior) especialmente no permitir que la Nave entre a o comercie en cualquier zona que sea declarada una zona de guerra por cualquier Gobierno o por los Aseguradores de Riesgos de Guerra de la Nave, salvo que se hubieran obtenido por los Prestatarios y a costo suyo, los seguros especiales que los Aseguradores de Riesgos de Guerra pudieran requerir; y ---- 20.01.19 conseguir que todas las sumas pagaderas conforme a los Seguros sean pagadas de acuerdo con la cláusula de pérdidas pagaderas en el modelo que figura expuesto en el Anexo 3 o en el Anexo 4 (según sea apropiado) de la Cesión General y aplicar y conseguir que todas las sumas que sean pagadas a cualquier Prestatario sean aplicadas hacia la reparación del daño y la reparación de la pérdida respecto a la cual dichas sumas hayan




**REPUBLICA DE PANAMA**
PAPEL NOTARIAL

NOTARIA NOVENA DEL CIRCUITO DE PANAMA

sido recibidas. ----- 21. **COMPROMISOS OPERATIVOS** ---- Los Prestatarios

se comprometen además por este medio conjunta y separadamente con el

Prestamista a cumplir con las siguientes estipulaciones de esta Cláusula

21 en todo momento pertinente durante el Período de Garantía, salvo que

el Prestamista permita lo contrario: ----- 21.01 garantizar que la Nave

C será permanente registrada bajo bandera panameña dentro de tres (3)

meses a partir de la Fecha de Entrega y mantener cada Nave registrada

como una nave de bandera panameña o (según el caso) de Singapur (o bajo

cualquier otro registro o en cualquier otro puerto que el Prestamista

pudiera acordar) y los Prestatarios no realizarán ni permitirán que se

realice cualquier cosa mediante la cual dicho registro pueda ser anulado

o puesto en peligro; ----- 21.02 garantizar que todas las Utilidades de

cada Nave serán pagadas a la Cuenta de Utilidades abierta a nombre del

Armador de la misma; ----- 21.03 garantizar que, cuando se venzan y sean

pagaderos, todos los impuestos, exacciones, contribuciones, cargos

gubernamentales, multas y recargos legalmente impuestos sobre y

exigibles contra las Naves o cualquiera de ellas serán pagados por los

Prestatarios, salvo que se impugnaran de buena fe mediante los

procedimientos apropiados; ----- 21.04 garantizar que ninguna Nave (ni

ninguna acción de la misma o interés en la misma) será vendida,

transferida, hipotecada, gravada, pignorada ni abandonada (salvo en caso

de necesidad marítima) y ninguno de los Seguros ni las Utilidades de

cualquier Nave serán cedidos sin el consentimiento escrito previo del

Prestamista, el cual tendrá pleno poder para retener; ----- 21.05

garantizar que ninguna Nave será operada en cualquier forma contraria a

la ley o reglamento en cualquier jurisdicción pertinente, incluyendo,

sin limitación, el Código ISM y el Código ISPS; ----- 21.06 garantizar

que ningún Prestatario ni el Administrador participarán en ningún

comercio ilegal ni transportarán ninguna carga que exponga a cualquier

Nave a multa, decomiso o apresamiento y en caso de hostilidades en

cualquier parte del mundo (ya sea o no una guerra declarada) no emplear ninguna Nave ni voluntariamente asentir a su empleo en el transporte de cualesquiera artículos de contrabando; ----- 21.07 no crearán ni permitirán que se cree o continúe cualquier crédito o Gravamen(es) sobre cualquier Nave y/o los Seguros y/o las Utilidades de la misma (que no sean Créditos Permitidos) y/o satisfacer todos los reclamos y demandas que, si no fueran pagados pudieran, en derecho o por disposición legal o de otro modo, crear un crédito o Gravamen(es) y (sin perjuicio de la generalidad de lo anterior) ningún crédito o Gravamen(es) será creado ni permitido ni continuará sobre cualquier Nave por cualquier motivo que fuere; ----- 21.08 a solicitud del Prestamista, suministrarán y conseguirán que se le suministre al Prestamista evidencia satisfactoria de que los salarios, prestaciones, seguros y contribuciones a pensión del Capitán y los tripulantes de cada Nave se vienen pagando de acuerdo con los contratos pertinentes relacionados con dicha Nave y los reglamentos pertinentes, y que todas las deducciones de la remuneración del Capitán y los tripulantes respecto a cualquier obligación fiscal (incluyendo las contribuciones al seguro social) se vienen haciendo y contabilizando a la autoridad pertinente y que el Capitán de dicha Nave no tiene ningún reclamo por desembolsos que no sean aquéllos debidamente incurridos por él en el transcurso normal de dicha Nave en el viaje entonces en curso; ----- 21.09 si cualquier mandamiento judicial o procedimientos fueran emitidos contra cualquier Nave o si cualquier Nave fuera de otro modo embargada, secuestrada o detenida mediante cualquier procedimiento en cualquier corte o tribunal o por cualquier gobierno u otra autoridad, se lo notificarán de inmediato y conseguirán que el Prestamista sea notificado de ello por telefax confirmado por carta y tan pronto como sea prácticamente posible en adelante, conseguir que dicha Nave sea liberada y que todos los créditos o Gravamen(es) (a excepción de la Hipoteca y cualesquiera Créditos Permitidos sobre dicha

**REPUBLICA DE PANAMA**
**PAPEL NOTARIAL**



NOTARIA 9
PANAMA



P.302153

**NOTARIA NOVENA DEL CIRCUITO DE PANAMA**

Nave) sobre la misma sean cancelados; ----- 21.10 sin el consentimiento escrito previo del Prestamista (el cual tendrá pleno poder para retener) no fletarán por viaje o por tiempo cualquier Nave ni la colocará bajo ningún contrato de empleo por cualquier período que, al ser agregado a cualesquiera períodos de extensión opcional contenidos en dicho fletamento o contrato, excederá de seis (6) meses de duración, siempre y cuando, sin embargo, que, en caso de que cualquier Nave fuera empleada (con el consentimiento escrito previo del Prestamista) bajo cualquier fletamento por entero o a casco desnudo o cualquier fletamento que, al ser agregado a cualesquiera períodos opcionales contenidos en dicho fletamento excediera de seis (6) meses de duración, al Prestamista se le suministrarán de inmediato (a) detalles y evidencia documentaria satisfactorios para el Prestamista a su entera discreción respecto al nuevo empleo, (b) a solicitud del Prestamista, una cesión específica a favor del Prestamista del beneficio de dicho fletamento, junto con un aviso de cualquier dicha cesión dirigido al fletador pertinente y endosado con un acuse de recibo del fletador pertinente, todo de modelo y contenido satisfactorios para el Prestamista y (c) a solicitud del Prestamista, un acuerdo de subordinación específico de los derechos de dicho fletador a los derechos del Prestamista; ----- 21.11 sin el consentimiento escrito previo del Prestamista (el cual tendrá pleno poder para retener) no fletarán por entero cualquier Nave por cualquier período sea cual fuere; ----- 21.12 sin el consentimiento escrito previo del Prestamista (el cual tendrá pleno poder para retener) no entregarán cualquier Nave a la posesión de cualquier persona o personas para que efectúen reparaciones o renovaciones a dicha Nave, cuyo costo exceda de la suma de US$150,000, salvo que dicha persona o personas hayan dado un compromiso escrito al Prestamista de no ejercer ningún crédito o derecho de detención sobre dicha Nave respecto al costo de dichas reparaciones o renovaciones; ----- 21.13 en todo momento y a costo de los propios

Prestatarios, mantendrán cada Nave en condiciones de navegabilidad y en buen estado de funcionamiento y reparación de acuerdo con la práctica de propietario de nave y la práctica de administración de nave de primera clase, y mantendrán y conseguirán que cada Nave sea mantenida en condiciones tales que la haga merecedora del grado de clasificación más alto con la Sociedad de Clasificación, libre de recomendaciones y anotaciones, y conseguirán que se le suministre al Prestamista un certificado expedido por la Sociedad de Clasificación pertinente de que dicho grado de clasificación se ha mantenido, y copias de todos los demás certificados de clasificación que el Prestamista pudiera solicitar de tiempo en tiempo; ----- 21.14 someterán a cada Nave regularmente a los arqueos periódicos o de otra índole que puedan ser requeridos para efectos de clasificación y, de ser así requerido por el Prestamista, suministrarán y conseguirán que se le suministre al Prestamista copias de todos los informes de arqueo expedidos respecto a la misma; ----- 21.15 notificarán y conseguirán que se le notifique al Prestamista de inmediato por telefax de cualquier recomendación o requisito impuesto sobre cualquier Nave por su Sociedad de Clasificación, sus Aseguradores o por cualquier otra autoridad competente que no fuera cumplido de acuerdo con sus términos; ----- 21.16 le darán y conseguirán que se le dé al Prestamista previaviso razonable de cualquier encarenamiento propuesto o cualquier arqueo sumergido de cada Nave de manera que el Prestamista (si así lo desea) pueda hacer arreglos para que un representante esté presente; ----- 21.17 autorizan y se encargarán de que la Sociedad de Clasificación y todas las demás autoridades reglamentarias de cada Nave sean autorizadas para divulgar al Prestamista cualquier información o documentos solicitados por el Prestamista en relación con la clasificación, reparación, mantenimiento o navegabilidad de dicha Nave; ----- 21.18 cumplirán con todos los requisitos legales, que fueran impuestos por ley, reglamento, derecho

**REPUBLICA DE PANAMA**
**PAPEL NOTARIAL**




**NOTARIA NOVENA DEL CIRCUITO DE PANAMA**

consuetudinario o de otro modo y tendrán a bordo de cada Nave como y cuando así fuera legalmente requerido, certificados válidos que demuestren el cumplimiento con los mismos; ----- 21.19 sin perjuicio de la Cláusula 21.18, tomarán todas las precauciones necesarias y apropiadas para impedir cualesquiera violaciones de la Ley de Abuso Antidrogas de 1986 de los Estados Unidos de América o cualquier ley similar aplicable a cada Nave en cualquier jurisdicción en o a la cual dicha Nave fuera empleada o comerciara, o que fuera de otro modo aplicable a dicha Nave o su Armador y, si el Prestamista así lo requiere, celebrarán un "Contrato de Iniciativa de Transportista" con el Servicio de Aduanas de los Estados Unidos y conseguirán que dicho acuerdo (o cualquier acuerdo similar introducido en adelante por cualquier agencia de los Estados Unidos de América) sea mantenido en pleno vigor y efecto por el Armador de dicha Nave; ----- 21.20 cumplirán con y se encargarán de que el Administrador y todos los sirvientes y agentes del Armador y el Administrador o cualquier fletador de cada Nave cumplan con, el Código ISM, la Documentación del Código ISM, el Código ISPS, la Documentación del Código ISPS, todas las Leyes Ambientales y toda ley de cualquier estado o gobierno en relación con cada Nave, su propiedad, operación y administración o con el negocio del Armador de dicha Nave y el Administrador, incluyendo, sin limitación, requisitos relacionados con la tripulación, presentación de planes de respuesta a derrames de petróleo, designación de individuos calificados y que establezcan la responsabilidad financiera; ----- 21.21 tendrán y conseguirán que el Administrador tenga toda la Documentación ISM apropiada y suministrarán al Prestamista copias de la Documentación del código ISM pertinente y la Documentación del Código ISPS, debidamente expedida por el Armador pertinente, el Administrador y dicha Nave de conformidad con el Código ISM y el Código ISPS; ----- 21.22 mantendrán, o conseguirán que se mantenga a bordo de cada Nave, una copia de toda la

Documentación del Código ISM pertinente y la Documentación del Código ISPS, respectivamente; ----- 21.23 ejecutarán y cumplirán con todos los deberes y obligaciones impuestos sobre cada Prestatario conforme a cualquier fletamento, conocimiento de embarque u otro contrato relacionado con cada Nave; ----- 21.24 no removerán ni permitirán la remoción de cualquier parte de cualquier Nave o cualquier equipo perteneciente a la misma, ni harán ni permitirán que se haga cualquier alteración en la estructura, tipo o velocidad de cualquier Nave que reduzca materialmente el valor de dicha Nave (salvo que dicha remoción o alteración fuera requerida por disposición legal o por su Sociedad de Clasificación) sin el consentimiento escrito previo del Prestamista, el cual tendrá pleno poder para retener; ----- 21.25 en todo momento razonable y siempre que medie aviso razonable, permitirán y conseguirán que se le permita al Prestamista o a su representante autorizado acceso total y completo a cada Nave para los efectos de inspeccionar el estado y la condición de cada Nave, y su carga y papeles, y a solicitud escrita del Prestamista entregarán y conseguirán la entrega para su inspección copias de cualesquiera y todos los contratos y documentos relacionados con la Nave, estuvieran o no a bordo; ----- 21.26 mantendrán y conseguirán que el Prestamista se mantenga plenamente informado en cuanto al uso, el empleo y la posición de cada Nave y le suministrarán y conseguirán que se le suministre con prontitud al Prestamista información concerniente a la clasificación, condición y seguros de cada Nave de tiempo en tiempo como y cuando así fuera requerido por escrito por el Prestamista; ----- 21.27 cuando así sea solicitado por el Prestamista, nombrar y conseguir que dos (2) agentes marítimos de compraventa independientes sean nombrados, designados por el Prestamista para dar avalúos de cada Nave sin inspección física y sobre la base de una compra en condiciones de igualdad entre partes desinteresadas entre un comprador dispuesto y un vendedor dispuesto y sin tomar en cuenta




**REPUBLICA DE PANAMA**
PAPEL NOTARIAL

**NOTARIA NOVENA DEL CIRCUITO DE PANAMA**

cualquier contrato de fletamento; todos los costos y comisiones pagaderos en relación con dichos avalúos serán pagados por los Prestatarios y el valor de cada Nave será determinado tomando en cuenta el promedio de los avalúos antedichos; ----- 21.28 en caso de Adquisición Obligatoria de cualquier Nave por cualquier Entidad Gubernamental, otorgarán y conseguirán el otorgamiento de cualquier cesión que el Prestamista solicite en relación con cualesquiera y todas las sumas que dicha Entidad Gubernamental sea responsable de pagar como compensación por dicha Nave o por su uso y, si es recibido por los Prestatarios, pagarán y conseguirán el pago de dichas sumas inmediatamente al Prestamista, ----- 21.29 nombrarán y conseguirán que se nombre al Administrador como administrador de cada Nave y no variarán ni terminarán este nombramiento sin el consentimiento escrito previo del Prestamista; ----- 21.30 otorgarán y entregarán al Prestamista los documentos de transferencia que el Prestamista requiera en caso de venta de la Nave de conformidad con cualquier poder para vender contenido en cualquier Hipoteca o Escritura de Convenios o que el Prestamista pudiera tener por ley; ----- 21.31 no emplearán la Nave ni permitirán su empleo en cualquier forma contraria a cualquier ley o reglamento en cualquier jurisdicción pertinente, lo que incluye, pero no se limita a, el Código ISM y el Código ISPS; ----- 21.32 le notificarán de inmediato al Prestamista por fax, confirmado de inmediato por carta de: ---- (i) cualquier siniestro respecto a cualquier Nave que sea o tenga posibilidades de ser o convertirse en un Siniestro Mayor; ---- (ii) cualquier ocurrencia como resultado de la cual cualquier Nave se haya convertido o, con el transcurso del tiempo o de otro modo, tenga posibilidades de convertirse en Pérdida Total; ---- (iii) cualquier requisito o recomendación hecho por cualquier asegurador o sociedad de clasificación o por cualquier autoridad competente respecto a la Nave, que no fuera cumplido de acuerdo con sus términos; ---- (iv) cualquier