**EXHIBIT 11**

**TO THE**

**AFFIDAVIT OF THOMAS H. BELKNAP, JR.**

secuestro o detención de cualquier Nave, cualquier ejercicio o presunto

ejercicio de cualquier crédito sobre cualquier Nave o sus Utilidades o

sus Seguros o cualquier requisición de cualquier Nave para arriendo; --

-- (v) cualquier encarenamiento propuesto de cualquier Nave; ---- (vi)

cualquier Reclamo Ambiental hecho contra cualquier Prestatario o en

relación con cualquier Nave o cualquier Incidente Ambiental respecto a

la misma; ---- (vii) cualquier reclamo por violación del Código ISM o

del Código ISPS, fuera hecho contra cualquier Prestatario y/o el

Administrador o de otro modo en relación con cualquier Nave; o ----

(viii) cualquier otro asunto, caso o incidente, real o amenazado el

efecto del cual fuera o pudiera resultar en que el Código ISM o el

Código ISPS, no fuera cumplido; ---- y le notificarán y conseguirán que

se le notifique al Prestamista por escrito en forma regular y con los

detalles que el Prestamista requiera de la respuesta del Prestatario

pertinente o del Administrador o de cualquier otra persona a cualquiera

de estos asuntos o cosas; y ----- 21.33 garantizar que cada Armador

mantenga prominentemente en el Cuarto de Navegación y en el camarote del

Capitán de la Nave de su propiedad un aviso enmarcado debidamente

llenado impreso en letra corriente de un tamaño tal que el área de

impresión cubra un espacio de no menos de seis pulgadas de ancho por

nueve pulgadas de alto, que rece como sigue: --- "AVISO DE HIPOTECA ---

Esta Nave es propiedad de [•] y está sujeta a una primera [prioridad]

hipoteca [preferida] a favor de LAIKI BANK (HELLAS) S.A. Conforme a los

términos de dicha Hipoteca [y una Escritura de Convenios colateral a la

misma], una copia certificada de la cual reposa entre los documentos de

la Nave, ni los Armadores ni el Capitán ni ningún oficial o agente, ni

ningún fletador de esta Nave ni ninguna otra persona que fuere tiene

ningún poder, derecho o autoridad de ninguna clase para crear, incurrir

o permitir que se impongan sobre esta Nave cualesquiera compromisos o

gravámenes, excepto para salarios de la tripulación acumulados por no

**REPUBLICA DE PANAMA**
**PAPEL NOTARIAL**





REPUBLICA DE PANAMA

28. VI. 07

NOTARIA
PANAMA

**NOTARIA NOVENA DEL CIRCUITO DE PANAMA**

más de tres (3) meses o salvamento."; y ----- 21.35 cumplirán con sus obligaciones conforme al Contrato de Administración y cada Documento de Compra y no variarán, reformarán ni terminarán ninguno de los documentos antedichos. ----- **22.    MARGEN DE GARANTÍA** ----- 22.01 En caso de que durante el Período de Garantía, los Valores de Mercado totales de las Naves determinados de conformidad con la Cláusula 21.27 y el valor de cualquier garantía adicional (valorada de acuerdo con la práctica bancaria normal) suministrada previamente al Prestamista de conformidad con esta Cláusula, fuera inferior al ciento cincuenta por ciento (150%) de la Facilidad, en cualquier momento, entonces los Prestatarios deberán, dentro de veintiún (21) Días Bancarios después de recibido un aviso del Prestamista notificarle a los Prestatarios del monto de dicho déficit (cuyo aviso será concluyente) ya bien suministrarle al Prestamista una garantía adicional (valorada de acuerdo con la práctica bancaria normal) que sea en todo sentido satisfactoria para el Prestamista, de manera que los Valores de Mercado totales de las Naves (determinados de acuerdo con la Cláusula 21.27) y el valor de cualquier garantía adicional (valorada según lo antedicho) suministrada previamente al Prestamista de conformidad con esta Cláusula sea por lo menos ciento cincuenta por ciento (150%) de la Facilidad, o pagar por adelantado parte de la Facilidad de acuerdo con la Cláusula 10, de manera que los Valores de Mercado totales de las Naves (determinados de acuerdo con la Cláusula 21.27) y el valor de cualquier garantía adicional (valorada según lo antedicho) suministrada previamente al Prestamista de conformidad con esta Cláusula 22.01, sea por lo menos ciento cincuenta por ciento (150%) de la Facilidad. ----- **23.    CASOS DE INCUMPLIMIENTO** ----- 23.01 No obstante que la Facilidad sea amortizable al requerimiento si: ---- 23.01.01 cualquier Prestatario o cualquier otra Parte de la Garantía dejara de pagar en la fecha de vencimiento de pago cualquier suma que haya quedado vencida conforme al presente

documento o conforme a los Documentos de Garantía; ---- 23.01.02 cualquier aseveración, garantía o declaración hecha por los Prestatarios o cualquiera de ellos o cualquier otra Parte de la Garantía en este Contrato o en cualquiera de los Documentos de Garantía o en cualquier certificado, declaración u opinión entregado o presentado conforme al presente documento o conforme a los Documentos de Garantía o en relación con el presente documento o con los Documentos de Garantía resultara incorrecta o inexacta al ser hecha en cualquier sentido material; ---- 23.01.03 un Caso de Incumplimiento conforme a cualquiera de los Documentos de Garantía (como allí se definen) ocurriese; ---- 23.01.04 cualquier Prestatario dejara de ejecutar u observar debida y puntualmente cualquier otro término de este Contrato y en cualquier tal caso dicha falta, si fuera capaz de ser solucionada, continuara por catorce (14) días después que el Prestamista le hubiera dado a los Prestatarios aviso de dicha falta; ---- 23.01.05 salvo que se impugnaran de buena fe y mediante los procedimientos correspondientes, cualquier otro adeudo de cualquier Prestatario o cualesquiera otras Partes de la Garantía excedan en total de US$150,000 quedara vencido y fuera pagadero o, con aviso o el transcurso del tiempo o ambos, fuera capaz de ser declarado vencido y pagadero, antes de su vencimiento declarado por motivo de cualquier circunstancia que le diera derecho al(a los) acreedor(es) del mismo a declarar dicho adeudo vencido y pagadero, y dicho adeudo no fuera pagado dentro de catorce (14) días a partir del mismo; ---- 23.01.06 cualquier Prestatario o cualquier otra Parte de la Garantía o cualquier otro miembro del Grupo entraran en quiebra, liquidación o disolución voluntaria o involuntaria, o resultaran insolventes, o un administrador, curador administrativo, curador o liquidador fuera nombrado de todos o una parte material de su empresa o activos o se instituyeran procedimientos por o contra ellos/él conforme a cualquier ley o reglamento de reorganización, arreglo, reajuste de



REPUBLICA DE PANAMA
PAPEL NOTARIAL

NOTARIA NOVENA DEL CIRCUITO DE PANAMA

deudas, disolución o liquidación, o si cualquier caso ocurriese que,
conforme a la legislación pertinente, tuviera un efecto equivalente; --
-- 23.01.07 cualquier Prestatario o cualquier otra Parte de la Garantía
o cualquier otro miembro del Grupo dejaran o amenazaran con dejar de
ejercer la totalidad o una parte substancial de sus negocios; ----
23.01.08 cualquier Prestatario o cualquier otra Parte de la Garantía
transfirieran o dispusieran de todos o una parte substancial de sus
activos, ya sea mediante una transacción o una serie de transacciones,
relacionadas o no; ---- 23.01.09 los Documentos del Tema o cualquiera de
ellos dejaran, en su totalidad o en parte, de ser válidos, vinculantes y
exigibles; ---- 23.01.10 cualquier Prestatario vendiera, transfiriera,
dispusiera o gravara la Nave de su propiedad sin el consentimiento
escrito previo del Prestamista de la misma o conviniera en hacerlo; ----
23.01.11 cualquier Nave se convirtiera en Pérdida Total y los
Prestatarios dejaran de efectuar el pago que tuviera que ser efectuado
conforme a la Cláusula 10.01(b) respecto a dicha Pérdida Total dentro
del plazo de tiempo allí estipulado; ---- 23.01.12 cualquier
consentimiento, licencia o autoridad gubernamental o de otra índole
requerido para hacer que este Contrato y/o cualquiera de los Documentos
de Garantía sea legal, válido, vinculante, exigible y admisible en
evidencia o requerido para permitirle a cualquier Prestatario o a
cualquier otra Parte de la Garantía desempeñar sus respectivos deberes y
cumplir con sus obligaciones conforme al presente documento o conforme a
los demás Documentos de Garantía fuera retirado o dejara de estar en
pleno vigor y efecto, salvo que el Prestatario pertinente o cualquier
otra Parte de la Garantía consiguieran que dicho consentimiento,
licencia o autoridad fuera restablecido o expedido nuevamente a
satisfacción del Prestamista, dentro de quince (15) días después de
dicho retiro o cese; ---- 23.01.13 cualquier embargo o ejecución fuera
presentado o exigido contra una parte material (a criterio del

Prestamista) de la propiedad y los activos de cualquier Prestatario o cualquier otra Parte de la Garantía y dicho embargo o ejecución no fuera retirado o cancelado dentro de diez (10) Días Bancarios; ---- 23.01.14 cualquier Prestatario o cualquier otra Parte de la Garantía o cualquier miembro del Grupo parara el pago de, o fuera incapaz, o admitiera su incapacidad de pagar sus deudas a medida que se vencen, o celebrara cualquier acomodamiento u otro arreglo con sus acreedores en general o declarara una moratoria general sobre el pago del adeudo; ---- 23.01.15 el cumplimiento de una o más de cualquiera de las obligaciones, convenios y compromisos contenidos en uno o más de cualquiera de este Contrato, los demás Documentos de Garantía y cualesquiera otros documentos otorgados de conformidad con éste o aquéllos o el ejercicio de cualquiera de los derechos investidos en el Prestamista conforme a éste o aquéllos resultara ya sea ilegal conforme a cualquier ley aplicable o no autorizado por cualquier autoridad que tuviera jurisdicción o fuera de otro modo imposible; ---- 23.01.16 si cualquier Fiador Personal falleciese o dejara de otro modo de estar activamente involucrado en los negocios de los Prestatarios y los Prestatarios dejaran a solicitud del Prestamista de suministrarle al Prestamista una Garantía Personal de un fiador personal alterno aceptable para el Prestamista a su entera discreción dentro de Sesenta (60) días a partir de dicha solicitud; ---- 23.01.17 un cambio material adverso ocurriese en la condición financiera o en la operación de una o más de cualquiera de las Partes de la Garantía o cualquier otro miembro del Grupo; ---- 23.01.18 si cualquier Parte de la Garantía o el Vendedor repudiara o evidenciara una intención de repudiar uno o más de cualquiera de los Documentos del Tema o si cualquier Documento del Tema fuera reformado, variado, cancelado o terminado sin el consentimiento escrito previo del Prestamista, ---- entonces, y en cualquier tal caso y en cualquier momento en adelante, el Prestamista podrá, mediante aviso escrito a los

**REPUBLICA DE PANAMA**
**PAPEL NOTARIAL**





**NOTARIA NOVENA DEL CIRCUITO DE PANAMA**

Prestatarios, declarar que la Facilidad del Prestamista será cancelada, en vista de lo cual la misma será cancelada y declarar el Adeudo vencido y pagadero de inmediato, en vista de lo cual el mismo será pagadero en tal forma al Prestamista. ----- 23.02 Todas las sumas recibidas por el Prestamista conforme a o de acuerdo con cualquiera de los Documentos de Garantía después de la ocurrencia de cualquier Caso de Incumplimiento serán aplicadas por el Prestamista al pago del Adeudo de acuerdo con los términos de la Cláusula 12. ----- 23.03 Al ocurrir un Caso de Incumplimiento, el Prestamista tendrá el derecho y poder para ordenar que las Naves o cualquiera de ellas procedan de inmediato a riesgo y gasto de los Prestatarios a un puerto o lugar designado por el Prestamista. Los Prestatarios se comprometen a impartir las instrucciones necesarias al Capitán de cada Nave para que cumpla con cualquier tal orden del Prestamista y si los Prestatarios no dieran tales instrucciones por cualquier motivo sea cual fuere, el Prestamista tendrá el derecho y la facultad para impartir dichas instrucciones directamente al Capitán de cada Nave. ----- **24.    COMPENSACIÓN** ----- 24.01 El Prestamista tendrá el derecho, además de todos los derechos de compensación, combinación, crédito o de otra índole que pudieran tener por ley o conforme a cualquier contrato entre el Prestamista y los Prestatarios en cualquier momento sin requerimiento: ---- 24.01.01 compensar cualquier suma al crédito de cualesquiera cuentas existentes de los Prestatarios o cualquiera de ellos con el Prestamista, (ya fueran de depósito, de préstamo o de otra índole, a nombre del Prestatario pertinente o de otro modo) incluyendo, sin limitación, cada Cuenta de Utilidades, a o hacia la cancelación de todas las sumas adeudadas por el Prestatario conforme a este Contrato y/o a los Documentos de Garantía; y ---- 24.01.02 transferir y aplicar cualquier suma que aparezca al crédito de cualesquiera tales cuentas existentes de los Prestatarios o cualquiera de ellos con cualquier asociada o

subsidiaria del Prestamista a o hacia la cancelación de todas las sumas adeudadas por los Prestatarios conforme a este Contrato y/o a los Documentos de Garantía. ----- 24.02 Donde dicha compensación o transferencia requiera la conversión de una moneda a otra, dicha conversión será calculada al cambio al contado como fuera concluyentemente determinado por el Prestamista para la compra de dicha moneda con la moneda en la cual las sumas pertinentes se denominaran en la fecha real de pago. ----- **25. COMISIONES** ----- 25.01 Los Prestatarios se comprometen a pagarle al Prestamista en la fecha de este Contrato una comisión de arreglo de Setenta mil Dólares (US$ 70,000). ----- 25.02 Los Prestatarios le pagarán al Prestamista una comisión de disponibilidad de cero punto cincuenta por ciento (0.50%) anual sobre la suma de tiempo en tiempo sin retirar y disponible de la Facilidad (la "Comisión de Disponibilidad"); dicha Comisión de Disponibilidad para la Facilidad acumulará de día a día para un período comenzando con la aceptación de la Carta de Compromiso y terminando en la Fecha de Expiración de la Facilidad final, será calculada sobre el número exacto de días que hayan transcurrido en base a un año compuesto de trescientos sesenta (360) días y será pagadera trimestralmente vencida y en la Fecha de Expiración de la Facilidad final. ----- 25.03 Los Prestatarios pagarán una comisión anual de Cinco mil Dólares ($5,000) en cada aniversario de la fecha de este Contrato, durante todo el Período de Garantía y en la Fecha de Expiración de la Facilidad final. ----- **26. CUENTAS DE UTILIDADES** ----- 26.01 Los Prestatarios por este medio se comprometen a conseguir la apertura de cada Cuenta de Utilidades con el Prestamista. ----- 26.02 Los Prestatarios garantizarán que todas las Utilidades de cada Nave serán pagadas a la Cuenta de Utilidades abierta a nombre del Armador de la misma; ----- **27. GASTOS** ----- 27.01 Ya fuera o no que la Facilidad o cualquier parte de la misma, fuera en efecto retirada, los Prestatarios reembolsarán al





**REPUBLICA DE PANAMA**
**PAPEL NOTARIAL**

NOTARIA 9ª
PANAMA

**NOTARIA NOVENA DEL CIRCUITO DE PANAMA**

Prestamista al requerimiento por todos los costos, cargos y gastos incurridos por el Prestamista en relación con la preparación, negociación y perfección de este Contrato y los Documentos de Garantía, incluyendo las comisiones y gastos de los asesores legales del Prestamista. ----- 27.02 Los Prestatarios reembolsarán al Prestamista al requerimiento por todos los cargos y gastos (incluyendo honorarios legales) incurridos por el Prestamista en o en relación con el ejercicio de los derechos y poderes del Prestamista conforme a este Contrato y a los Documentos de Garantía (incluyendo, pero sin limitarlo a, los honorarios y cargos de auditores, corredores, arqueadores y abogados contratados por el Prestamista) y con la ejecución real, intento de ejecución o presunta ejecución, o conservación de los derechos conforme a este Contrato y a los Documentos de Garantía. ----- **28. INDEMNIZACIÓN** ---- Los Prestatarios se comprometen y obligan a indemnizar al Prestamista, al primer requerimiento del Prestamista, de y contra cualesquiera pérdidas, costos o gastos (incluyendo los gastos legales), que incurran como consecuencia de cualquier Caso de Incumplimiento, incluyendo (pero sin limitación) todas las pérdidas (incluyendo la pérdida de utilidad para el Período de Intereses en curso), primas y recargos incurridos o a ser incurridos en la liquidación o el reempleo de depósitos hechos por terceras personas o fondos adquiridos o arreglados para adelantar o mantener la Facilidad o cualquier parte de la misma y cualesquiera temas de responsabilidad que surjan, o que sean exigidos, conforme a o en relación con cualquier ley relacionada con la seguridad en el mar. ----- 29. **INDEMNIZACIÓN AMBIENTAL** ---- Los Prestatarios se comprometen a indemnizar al Prestamista contra todos los daños, pérdidas, obligaciones, costos, gastos, recargos, multas o procedimientos que pudieran ser incurridos o pagados por o impuestos sobre el Prestamista directa o indirectamente en cualquier momento (ya sea antes o después que el Adeudo haya sido amortizado en su totalidad)

de conformidad con cualquier Ley Ambiental o cualquier otra ley ambiental de cualquier estado o gobierno, que no hubieran sido incurridos o pagados por o impuestos sobre el Prestamista de no haberse celebrado este Contrato y/o los Documentos de Garantía. ----- **30. TIMBRES FISCALES** ---- Los Prestatarios pagarán cualesquiera y todos los timbres fiscales, derechos de registro y los impuestos y cargos similares de cualquier naturaleza que fueren que pudieran ser pagaderos o determinados como pagaderos sobre, o en relación con, el otorgamiento, registro, notarización, ejecución o cumplimiento de este Contrato o los Documentos de Garantía. Los Prestatarios indemnizarán al Prestamista contra cualesquiera y todas las obligaciones respecto a o que resultaran de la demora u omisión por parte de los Prestatarios para pagar cualesquiera tales impuestos. ----- **31.    DETERMINACIONES** ---- Cada determinación de una Tasa de Interés o una Tasa por Mora o de cualquier suma respecto al principal o intereses o comisiones o gastos por el Prestamista de acuerdo con este Contrato y cada otra determinación o certificación por el Prestamista conforme a este Contrato será concluyente y vinculante para los Prestatarios, a falta de error evidente. ----- **32.    NO RENUNCIA** ---- Ninguna falta de ejercer ni ninguna demora por parte del Prestamista en el ejercicio de cualquier derecho o poder conforme al presente documento constituirá una renuncia al mismo, ni ningún ejercicio individual o parcial de cualquier derecho o poder impedirá cualquier otro ejercicio o el ejercicio futuro del mismo ni el ejercicio de cualquier otro derecho o poder. Los derechos, poderes y recursos aquí estipulados son acumulativos y no exclusivos de cualesquiera derechos, poderes o recursos estipulados por ley. ----- **33. INVALIDEZ PARCIAL** ---- En caso de que cualquier término o condición de este Contrato fuera considerado o declarado ilegal, inválido o inoperante en su totalidad o en parte por cualquier disposición legal, regla o reglamento o por cualquier decisión de cualquier corte o

REPUBLICA DE PANAMA
PAPEL NOTARIAL

REPUBLICA DE PANAMA

28. VI .07        B/0000400

P 302 133

NOTARIA NOVENA DEL CIRCUITO DE PANAMA

tribunal de jurisdicción competente, entonces dicha determinación o declaración no afectará la validez de ningún otro término o condición de este Contrato que (excepto según lo antedicho) continuara en pleno vigor y efecto, ni la legalidad, validez o exigibilidad de dicho término o condición conforme a las leyes de cualquier otra jurisdicción. ----- **34. TRANSFERENCIA Y CESIÓN** ----- 34.01 Este Contrato comprometerá y será para beneficio de cada Prestatario y el Prestamista y de sus respectivos sucesores y causahabientes permitidos. ----- 34.02 Los Prestatarios no podrán ceder ninguno de sus derechos, poderes, deberes u obligaciones conforme al presente documento, sin el consentimiento escrito previo del Prestamista, el cual tendrá pleno poder para retener. ----- 34.03 El Prestamista podrá en cualquier momento ceder, transferir u ofrecer participaciones a otros bancos o instituciones financieras o a cualquier otra persona en su totalidad o en parte, o disponer en cualquier forma de todos o cualquiera de sus derechos y/u obligaciones que surgieran o se acumularan conforme a este Contrato o cualquiera de los otros Documentos de Garantía o cualesquiera documentos otorgados de conformidad con este Contrato y/o los demás Documentos de Garantía. El Prestamista podrá divulgar a un cesionario potencial, beneficiario de participante o a cualquier otra persona que proponga celebrar relaciones contractuales con el Prestamista en relación con este Contrato, dicha información acerca de los Prestatarios y las Partes de la Garantía que el Prestamista estime apropiada. ----- 34.04 El Prestamista podrá en cualquier momento y de tiempo en tiempo cambiar su oficina prestamista respecto a la totalidad o cualquier parte de su participación en la Facilidad. El Prestamista le notificará a los Prestatarios de cualquier tal cambio en la oficina prestamista tan pronto como sea práctico. ----- 34.05 Si el Prestamista cediera o transfiriera todos o cualquier parte de sus derechos, poderes, deberes y obligaciones conforme al presente documento de conformidad con la Cláusula 34.03, los Prestatarios se

comprometen de inmediato una vez que el Prestamista así lo requiera a celebrar y conseguir que las demás partes de los Documentos de Garantía celebren, los documentos que puedan ser necesarios o aconsejables para ceder y/o transferir al cesionario o beneficiario pertinente todos o la parte pertinente del interés del Prestamista en los Documentos de Garantía, y todas las referencias pertinentes en este Contrato y en los Documentos de Garantía al Prestamista serán en adelante interpretadas como una referencia al Prestamista y/o a su cesionario o beneficiario (según sea el caso) en la medida de sus respectivos intereses. ----- **35. NO INMUNIDAD** ----- 35.01 Ningún Prestatario tendrá ningún derecho a inmunidad contra compensación, litigio o ejecución, embargo u otro proceso legal conforme a las leyes del Reino Unido o de la República de Grecia o la República de Singapur, o la República de las Islas de Marshall, o la República de Panamá. ----- 35.02 El ejercicio por los Prestatarios de sus derechos y la ejecución y cancelación de sus deberes y obligaciones conforme al presente documento constituirán los actos comerciales realizados y ejecutados para fines privados y comerciales. ----- 35.03 En la medida que cualquier Prestatario pudiera en cualquier jurisdicción en la cual procedimientos pudieran de ser instituidos en cualquier momento para la ejecución de este Contrato y/o de cualquiera de los Documentos de Garantía reclamar para sí mismo o para sus activos inmunidad contra litigio, sentencia, ejecución, embargo (ya sea, antes de sentencia o de otro modo) u otro proceso legal, y en la medida que en cualquier tal jurisdicción se le pudiera atribuir a sí mismos o a sus activos cualquier tal inmunidad (ya fuera o no reclamada), cada Prestatario se compromete irrevocablemente por este medio a no reclamar y por este medio renuncia irrevocablemente a cualquier tal inmunidad en la medida plena que sea permitido por las leyes de dicha jurisdicción. ----- **36. AVISOS** ----- 36.01 Salvo según fuera de otro modo específicamente estipulado, cualquier aviso conforme o en relación con




**REPUBLICA DE PANAMA**
**PAPEL NOTARIAL**

**NOTARIA NOVENA DEL CIRCUITO DE PANAMA**

cualquier Documento de Garantía será cursado por carta o por fax; y las referencias en los Documentos de Garantía a avisos escritos, avisos por escrito y avisos firmados por personas particulares serán interpretadas asimismo. ----- 36.02 Un aviso será enviado: ---- (a) a los Prestatarios: - c/o Marachart Shipping Company Limited, 5, Kapodistriou Street, Metamorfossi 144 52, Attiki, Grecia; Fax No. + 30 210 2807080 ---- (b) al Prestamista en su sucursal de Pireo: - 63, Iroon Polytechniou Avenue and Skouze str., Pireo 185 36, Grecia; Fax No: +30 210 4283058 ---- o a cualquier otra dirección que la parte pertinente le notifique a la otra por escrito. ----- 36.03 Sujeto a las Cláusulas 36.04 y 36.05: ---- a) un aviso que sea entregado en persona o anunciado será considerado como notificado, y entrará en vigencia, al momento de ser entregado; ---- b) un aviso que sea enviado por fax será considerado como notificado, y entrará en vigencia, dos (2) horas después de terminada su transmisión. ----- 36.04 Sin embargo, si conforme a la Cláusula 36.03 un aviso fuera considerado como notificado: ---- a) en un día que no sea un Día Bancario en el lugar de recibo; o ---- b) en dicho Día Bancario, pero después de las 5 p.m., hora local; ---- el aviso (sujeto a la Cláusula 36.05) será considerado como notificado, y entrará en vigencia, a las 9 a.m. el día próximo que sí sea un Día Bancario. ----- 36.05 Las Cláusulas 36.03 y 36.04 no se aplican si el destinatario de un aviso le notificara al remitente dentro de una hora después de la fecha en la cual el aviso fuera de otro modo considerado como notificado que el aviso ha sido recibido en forma, que sea ilegible en un sentido material. ----- 36.06 Un aviso conforme o en relación con un Documento de Garantía no será inválido debido a que la forma en que el mismo fue notificado no cumple con los requisitos de este Contrato o, donde sea apropiado, cualquier otro Documento de Garantía conforme al cual sea notificado si la falta de notificar el mismo de acuerdo con los requisitos de este Contrato u otro Documento de

Garantía, según sea el caso, no ha hecho que cualquier parte sufra cualquier pérdida o perjuicio importante. ----- 36.07 Cualquier aviso conforme o en relación con un Documento de Garantía será en inglés. --- -- 36.08 En esta Cláusula "aviso" incluye cualquier demanda, consentimiento, autorización, aprobación, instrucción, renuncia u otra comunicación. ----- 37 **SUPLEMENTARIO** ----- 37.01 Los derechos y recursos que los Documentos de Garantía le confieren al Prestamista son: ---- a) acumulativos; ---- b) podrán ser ejercidos tan a menudo como sea conveniente; y ---- c) no serán considerados, salvo que algún Documento de Garantía así lo indique explícita y específicamente, como que excluyen o limitan cualquier derecho o recurso conferido por cualquier ley. ----- 37.02 Si cualquier estipulación de un Documento de Garantía fuera o posteriormente resultara nula, inexigible o ilegal, esto no afectará la validez, exigibilidad o legalidad de las demás estipulaciones de dicho Documento de Garantía o de las estipulaciones de cualquier otro Documento de Garantía. ----- 37.03 Un Documento de Garantía podrá ser otorgado en cualquier número de ejemplares. ----- 37.04 Una persona que no sea una parte de este Contrato no tiene derecho conforme a la Ley de Contratos (Derechos de Terceros) de 1999 a exigir o disfrutar del beneficio de cualquier término de este Contrato. ----- 37.05 Este Contrato sobresee los términos y condiciones contenidos en cualquiera correspondencia relacionada con el tema de este Contrato intercambiada entre el Prestamista y el Prestatario o sus representantes antes de la fecha de este Contrato, incluyendo, sin limitación, la Carta de Compromiso. ----- 38 **LEY Y JURISDICCIÓN** ----- 38.01 Este Contrato se regirá por, y será interpretado de acuerdo con, la ley inglesa. ----- 38.02 Sujeto a la Cláusula 38.03, los tribunales de Inglaterra tendrán jurisdicción exclusiva para resolver cualesquiera disputas, que surjan de o en relación con este Contrato. ----- 38.03 La Cláusula 38.02 es para beneficio exclusivo del Prestamista, el cual se reserva el derecho

**REPUBLICA DE PANAMA**
**PAPEL NOTARIAL**





**NOTARIA NOVENA DEL CIRCUITO DE PANAMA**

a: ---- (a) instituir procedimientos en relación con cualquier asunto que surja de o en relación con este Contrato en los tribunales de la República de Grecia y/o de cualquier país que no sea Inglaterra o Grecia y que tenga o reclame jurisdicción sobre ese asunto; y ---- (b) instituir dichos procedimientos en los tribunales de cualquier dicho país o países concurrentemente con o en adición a los procedimientos en Inglaterra o Grecia o sin instituir procedimientos en Inglaterra o Grecia. ---- Los Prestatarios no instituirán cualesquiera procedimientos en cualquier país que no sea Inglaterra en relación con un asunto, que surja de o en relación con este Contrato. ----- 38.04 Los Prestatarios nombran irrevocablemente a los Sres. Reed Smith Richards Butler LLP, actualmente en Beaufort House, 15 Botolph Street, Londres, EC3A 7EE Inglaterra, para actuar como su agente para recibir y aceptar en representación suya cualquier proceso u otro documento relacionado con cualesquiera procedimientos en los tribunales ingleses que guarden relación con este Contrato. ----- 38.05 Los Prestatarios designan y nombran irrevocablemente al Sr. Dimitrios Sioufas, un Abogado con oficinas en 13, II Merarchias Street, Pireo 185 35, Grecia, como agente para la notificación del proceso en Grecia ("antiklitos") y convienen en considerar cualquier proceso legal o cualquier demanda o aviso notificado por o en representación del Prestamista a dicho agente como dado a los Prestatarios. La designación de dicho agente autorizado ("antiklitos") seguirá siendo irrevocable hasta que todo el Adeudo haya sido pagado en su totalidad de acuerdo con los términos de este Contrato y los demás Documentos de Garantía. ----- 38.06 Nada en esta Cláusula 38 excluirá o limitará cualquier derecho que el Prestamista pueda tener (ya sea conforme a la ley de cualquier país, una convención internacional o de otro modo) respecto a la institución de procedimientos, la notificación del proceso, el reconocimiento o la ejecución de una sentencia o cualquier asunto similar o relacionado en cualquier

jurisdicción. ----- 38.07 En esta Cláusula 38, "procedimientos"
significa procedimientos de cualquier clase, incluyendo una solicitud de
orden judicial para medida provisional o protectora o de ejecución
(diatagi pliromis). ----- 39. ESTE CONTRATO Y LOS DEMÁS DOCUMENTOS DE
GARANTÍA ---- En caso de cualquier conflicto entre las estipulaciones de
este Contrato y cualquiera de los otros Documentos de Garantía, las
estipulaciones de este Contrato prevalecerán. --------------------------
EN TESTIMONIO, el puño y letra de los representantes debidamente
autorizados de las partes del presente documento en el día y año que
aparecen escritos al principio. -----------------------------------------
FIRMADO por: ---------------------- y por ----------------------, por
y en representación de LAIKI BANK (HELLAS) S.A. - en presencia de:-----
FIRMADO por: ----------------------, por y en representación de TOUGH
TRADER MARITIME PTE. LTD. - en presencia de:---------------------------
FIRMADO por: ----------------------, por y en representación de SWORD
TRADING S.A. - en presencia de:-----------------------------------------
FIRMADO por: ----------------------, por y en representación de
AMBIENT SHIPHOLDING CO. - en presencia de:-----------------------------
-------------------------------------------------------------------------
ANEXO 1 ----- Aviso de Retiro de Fondos ----- A: LAIKI BANK (HELLAS)
S.A., 63, Iroon Polytechniou Avenue & Skouze Str., Pireo 185 36,
Grecia ----- Fecha: [•] de 2007 ----- Estimados Señores, ----- Contrato
Financiero fechado [•] -------------------------------------------------
1. Nos referimos al contrato financiero fechado [•] de 2007 (el
"Contrato Financiero") y suscrito entre nosotros, como prestatario y
ustedes como prestamista, en relación con una facilidad de crédito
rotativa disminuyente de hasta US$ 7,000,000. Los términos definidos en
el Contrato Financiero tendrán sus significados definidos cuando sean
utilizados en este Aviso de Retiro de Fondos.--------------------------
2. Solicitamos tomar en préstamo un Adelanto de la Facilidad como

**REPUBLICA DE PANAMA**
**PAPEL NOTARIAL**




**NOTARIA NOVENA DEL CIRCUITO DE PANAMA**

sigue: ---- (a) Importe: US$ [•]; ---- (b) Fecha de Retiro de Fondos:
[•] de 2007; ---- (c) La duración del primer Período de Intereses será
de [•] meses; y ---- (d) Instrucciones de pago: cuenta a nombre de [•]
y numerada [•] con [•] de [•].-----------------------------------------

3. Aseveramos y garantizamos que: ---- (a) las aseveraciones y
garantías en la Cláusula 16 del Contrato Financiero y en los demás
Documentos de Garantía seguirán siendo ciertas y no engañosas si fueran
repetidas en la fecha de este aviso en referencia a las circunstancias
existentes actualmente; ---- (b) ningún Caso de Incumplimiento ha
ocurrido o resultará del empréstito del Adelanto anterior.-------------

4. Este aviso no será revocado sin el consentimiento escrito previo de
ustedes.--------------------------------------------------------------

5. Los autorizamos para deducir del Adelanto la suma de [la comisión de
arreglo a la que se hace referencia en la Cláusula 25.01] [la Comisión
de Disponibilidad a la que se hace referencia en la Cláusula 25.02] [la
comisión anual a la que se hace referencia en la Cláusula 25.03],
[todas las comisiones legales pagaderas de conformidad con la Cláusula
18].------------------------------------------------------------------

Atentamente,----------------------------------------------------------

---------------------------- - Apoderado Especial----------------------

Por y en representación de **TOUGH TRADER MARITIME PTE. LTD.** y **SWORD
TRADING S.A.** y **AMBIENT SHIPHOLDING CO.**-------------------------------

----------------------------------------------------------------------

**ANEXO  2** ----- **Reconocimiento** ----- [•] de 2007 ----- **Contrato
Financiero fechado** [•] **de 2007 (el "Contrato Financiero")** -------------

Nosotros, el Prestatario suscrito, declaramos que en relación con el
Contrato Financiero anterior hemos recibido un Adelanto por la suma de
[•] Dólares de Estados Unidos ($[•]) con valor el [•] de 2007. ---- Los
términos en mayúscula utilizados aquí tendrán los respectivos
significados especificados en el Contrato Financiero.------------------

Atentamente,----------------------------------------------------

---------------------------- - Apoderado Especial----------------------

Por y en representación de **TOUGH TRADER MARITIME PTE. LTD.** y **SWORD**

**TRADING S.A.** y **AMBIENT SHIPHOLDING CO.**---------------------------------

----------------------------------------------------------------------

ES FIEL TRADUCCIÓN AL IDIOMA ESPAÑOL DEL DOCUMENTO ADJUNTO ESCRITO EN

INGLÉS. --------------------------------- Panamá, 21 de junio de 2007.

(Fdo.) Gilda de Ferrer, Traductora Oficial, Res. No.104, 28 abril--

1975.-----------------------------------------------------------------

Concuerda con su original esta copia que expido, sello y firmo en

la Ciudad de Panamá, República de Panamá, a los veintiseis (26)

días del mes de junio de dos mil siete (2007).------------------------

Licdo. JAVIER DANILO SMITH CHEN
NOTARIO PÚBLICO NOVENO

### Ingresado en el Registro Público de Panamá

| | |
|---|---|
| Provincia: **Panamá** | Fecha y Hora: **2007/06/29  11:53:25:0** |
| Tomo: **2007** | Asiento: **114172** |
| Presentante: **FERNANDO VIQUEZ** | Cedula: **8-261-152** |
| Liquidación No.: **7007067182** | Total Derechos: **650.00** |
| Ingresado Por: **KAAL** | |





**REPUBLICA DE PANAMA**
PAPEL NOTARIAL

NOTARIA NOVENA DEL CIRCUITO DE PANAMA








REPUBLICA DE PANAMA
AUTORIDAD MARITIMA DE PANAMA
DIRECCION GENERAL DE MARINA MERCANTE
PAZ Y SALVO

No. 1095

Solicitante MORGAN & MORGAN

El Suscrito,

DIRECTOR (A) GENERAL DE LA DIRECCION GENERAL DE MARINA MERCANTE

CERTIFICA:

Que el (la) nave ( X ) yate ( ) de servicio EXTERIOR denominada (o) PIONEER TRADER EX- PIONEER

con Letras de Radio UCJK8 de 104,290.00 toneladas brutas y

6,110.00 toneladas como propiedad de PIONEER SHIP HOLDING CO.

se encuentra a PAZ Y SALVO con el Tesoro Nacional, en concepto

de IMPUESTO ANUAL de conformidad con el Art. de 24 de

FEBRERO No. 19 del 7 de FEBRERO del G.O. No.

42938 DEL 22 DE FEBRERO DEL 2007 EXPEDIDO POR EL CONSUL GENERAL DE PANAMA EN

PIREO, GRECIA su tasa anual de Inspección hasta el 7

de FEBRERO del año 42938 DEL 22 DE FEBRERO DEL 2007

EXPEDIDO POR EL CONSUL GENERAL DE PANAMA EN PIREO, GRECIA

Que la nave en referencia

Expedido y firmado en la ciudad de Panamá, a la parte m... (1) (los) VEINTISEIS

(26) día(s) del mes de ABRIL de DOS MIL SIETE (2007)

VALIDO PARA INSCRIPCION DE HIPOTECA

Derechos: LIQ. No. 292268/25/4/20...

Adhiéranse timbres por valor de B/.0.25

FERNANDO SOLORZANO
Director (a) General

/mb

No. 24346

AMP-2006





**REPÚBLICA DE PANAMÁ**

**PAPEL NOTARIAL**

**NOTARIA NOVENA DEL CIRCUITO DE PANAMÁ**

**Inscrito en el Sistema Tecnológico de Informacion**
**del Registro Público de Panamá**

Sección de ___Mores___ Ficha No. 29924 Sigla No. ___

Documento Redi No. 1160980

Operación realizada ___J. Hipoteca___

Derechos de Registro B/. 600.00

Derecho de Calificación B/. 50.00

Lugar y Fecha de Inscripción ___Panama___ ___julio___ ___2004___

Registrador Jefe

**GONZALO CORNEJO C.**