UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------x
FAR EASTERN SHIPPING CO., PLC

                Plaintiff,

  - against -

SEA TRANSPORT CONTRACTORS LIMITED,
MARACHART SHIPPING CO., LTD.,
SWORD TRADING S.A., AMBIENT
SHIPHOLDING CO., S.A., and
TOUGH TRADER MARITIME PTE LTD.,

                Defendants.
----------------------------------------------------------x

07 CV 9887 (PAC)

**STIPULATION AND ORDER OF DISMISSAL PURUSANT TO F.R.C.P. 41 (a) (1)**

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: MAR 1 9 2008

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned attorneys who represent all parties that have entered an appearance in this action, that this action be, and the same is hereby, dismissed as to all parties without prejudice and without costs, in accordance with F.R.C.P. 41 (a)(1), and that the Process of Maritime Attachment and Garnishment issued in this matter, on January 15, 2008, be vacated. The Clerk of Court shall close this case.

| | |
|---|---|
| BLANK ROME, LLP<br>Attorneys for Plaintiff,<br>Far Eastern Shipping Co, PLC | CHALOS, O'CONNOR & DUFFY, LLP<br>Attorneys for Defendants,<br>Sea Transport Contractors, Limited,<br>Marachart Shipping Co, Ltd, Sword<br>Trading S.A., Ambient Shipping Co.,<br>Ltd., and Tough Trader Maritime Pte., Ltd. |
| By: _____<br>Thomas H. Belknap (TB 3188)<br>The Chrysler Building<br>405 Lexington, Avenue<br>New York, NY 10174<br>(212) 885-5000 | By: _____<br>Owen F. Duffy (OD3144)<br>366 Main Street<br>Port Washington, NY 11050<br>(516) 767-3600 |

NOW, BY REASONS OF THE STATED STIPULATION OF THE PARTIES, IT IS HEREBY ORDERED AND ADJUDGED THAT:

The Processes of Maritime Attachment, issued pursuant to this Court's Order dated January 15, 2008, is vacated;

This action is dismissed as to all the defendants, namely, Sea Transport Contractors, Limited, Marachart Shipping Co., Ltd, Sword Trading S.A., Ambient Shipholding Co., S.A. and Tough Trader Maritime Pte Ltd. without prejudice and without costs;

The garnishees, Bank of New York, Deutsche Bank and JPMorgan Chase, which have restrained and are holding, funds of the Defendants Ambient Shipholding Co., S.A. and Tough Trader Maritime Pte Ltd. shall release all said funds and remit same to the IOLA account of the Plaintiff's counsel, Chalos, O'Connor & Duffy LLP, the details of which are: State Bank of Long Island; 960 Port Washington Blvd., Port Washington, NY 11050; ABA 021401617; Chalos, O'Connor & Duffy IOLA Account: 1517007976, and Chalos, O'Connor & Duffy shall return the funds to Ambient Shipholding Co., S.A. and Tough Trader Martime Pte Ltd.

The plaintiff's counsel is to immediately communicate the contents of this Order to each and every garnishee served with Process of Attachment for this matter, upon receipt thereof, and is to serve a copy of this Order on said garnishees by the most expeditious means possible by the end of business on March  , 2008.

Dated: March 19, 2008

SO ORDERED:

Hon. Paul A. Crotty,
United States District Judge